UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.  19-80030-CR-DIMITROULEAS

      Plaintiff,

vs.

PHILLIP BRAUN,
AARON SINGERMAN,
ANTHONY VENTRELLA,
JAMES BOCCUZI,
DAVID WINSAUER,
BLACKSTONE LABS, LLC, and
VENTECH LABS, LLC,

      Defendants.
_____/

## ORDER REQUESTING DOCUMENTS FOR EX PARTE IN CAMERA REVIEW

THIS CAUSE is before the Court on the Government's February 14, 2020 Response [DE-261], wherein the Government offers to submit privileged documents to the Court for an ex parte, in camera review.  [DE-261, p. 6].  Said documents shall be provided on or before February 28, 2020.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record