AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

USA

V.

James Boccuzzi

## EXHIBIT AND WITNESS LIST

Case Number:  19-cr-80030-WPD

| PRESIDING JUDGE William P. Dimitrouleas | | PLAINTIFF'S ATTORNEY A. Reader, J. Burke, D.Frank | | DEFENDANT'S ATTORNEY J. Stephen Salter | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 11/29/2021 , 11/30, 12/1, 12/2, 12/7, 12/8 | | COURT REPORTER Gizella Baan-Proulx | | COURTROOM DEPUTY Crystal Barnes-Butler | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 11/30 | | | Kelly McCoy |
| 2 | | 11/30 | | | David Winsauer |
| 3 | | 12/1 | | | Melanie Parsons |
| 4 | | 12/1 | | | Bethany Hanson |
| 5 | | 11/30 | | | Lisa Lorenz |
| 6 | | 12/1 | | | Lorrie Linn |
| 7 | | 12/1 | | | C. H. |
| 8 | | 12/1 | | | T. H. |
| 9 | | 12/1 | | | Cara Welch |
| 10 | | 12/2 | | | Paul Hayashi |
| 11 | | 12/2 | | | Randal Detwiler |
| 12 | | 12/2 | | | Leonard Shemtob |
| 13 | | 12/2 | | | Ted Puplawski |
| 14 | | 12/2 | | | Suranjan De |
| 15 | | 12/2 | | | Robert Afeong |
| 16 | | 12/2 | | | Daniel Wittenbring |
| 17 | | 12/2 | | | Mark Sinus |
| 18 | | 12/7 | | | Houston Ramsey |
| 19 | | 12/7 | | | Mark Dunkel |
| 20 | | 12/7 | | | Jonathan Frick |
| | | | | | |
| | | | | | See attached exhibit list |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES<br>v.<br>JAMES BOCCUZZI | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>CASE NUMBER:   19-80030-CIV-WPD<br>JUDGE:   HON. WILLIAM P. DIMITROULEAS |
|---|---|
| GOVERNMENT COUNSEL:   Alistair Reader<br>                                      Stephen Gripkey<br>                                      Josh W. Burke<br>DEFENSE COUNSEL:         Steven Salter | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 1 | 9-4-12 Superdmz.com website certified by Internet Archive | McCoy | | 11/30 |
| 2 | 1-16-13 Email from DiMaggio | | | |
| 3 | 3-13-14 Email from Singerman | Frick | | 12/7 |
| 4 | 2015 FDA Enforcement reports certified by Internet Archive | McCoy | | 11/30 |
| 5 | 11-10-13 Blackstone Labs webpage for Alpha-1 Max certified by Internet Archive | " | | " |
| 6 | 4-20-15 Email from Christopher Herron | " | | " |
| 7 | 8-22-15 Email from Braun | Frick | | 12/7 |
| 8 | 10-10-15 Email from Braun | " | | " |
| 9 | 10-13-15 Email from Boccuzzi | McCoy | | 11/30 |
| 10 | 10-28-15 Email from Braun | | | |
| 11 | 5-6-16 Email from Braun | Winsauer | | 11/30 |
| 12 | 5-19-16 Text between Ashley Ventrella and Braun | | | |
| 13 | 8-24-16 Text - David Winsauer, Clayton Hodges | | | |
| 14 | Product Labels produced by Blackstone Labs compilation | McCoy | | 11/30 |
| 15 | 8-3-14 Email from Justin Smith | | | |
| 16 | 9-26-14 Email from Sean Lipinski | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 17 | 6-30-15 Invoice from Blackstone Labs | | | |
| 18 | 9-1-16 Text - David Winsauer, Clayton Hodges | | | |
| 19 | Photographs of Super DMZ 2.0 purchased from Legendary Supplements | McCoy | | 11/30 |
| 20 | 8-29-16 Blackstone Company Roster Email | Winsauer | | 12/1 |
| 21 | Blackstone Labs label compilation from Quality Tape & Label | McCoy | | 11/30 |
| 22 | Fight Pharm, LLC label compilation from Quality Tape & Label | \\ | | \\ |
| 23 | 10-6-2014 Email from Singerman | \\ | | \\ |
| 24 | 1-16-2015 Email from Boccuzzi | McCoy | | 11/30 |
| 25 | 1-19-2015 Email from Aaron Clark | \\ | | \\ |
| 26 | 6-11-2015 Email from Boccuzzi | Frick | | 12/7 |
| 27A | 3-24-2016 Email from Boccuzzi | Winsauer | | 11/30 |
| 27B | 3-24-2016 Email from Boccuzzi | \\ | | \\ |
| 27C | 3-24-2016 Email from Boccuzzi | \\ | | \\ |
| 27D | 3-24-2016 Email from Christopher Herron | \\ | | \\ |
| 29 | Photographs of Clyde Haywood | T, Haywood | | 12/1 |
| 30 | James Boccuzzi Resume | Frick | | 12/7 |
| 31 | 8-21-12 IML meeting minutes | | | |
| 32 | 8-28-12 IML meeting minutes | | | |
| 33 | 8-29-12 Email from Robert DiMaggio | | | |
| 34 | 8-22-12 Email from John Connor | | | |
| 35 | 8-30-12 Email from Robert DiMaggio | | | |
| 36 | 8-31-12 Email from Gena Marie DiMaggio | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 37 | 8-31-12 Email from Robert DiMaggio | | | |
| 38 | 9-5-12 Email from Singerman | | | |
| 39 | 9-20-12 Superdmz.com "About" page certified by Internet Archive | McCoy | | 11/30 |
| 40 | 9-20-12 Superdmz.com "Contact" page certified by Internet Archive | " | | " |
| 41 | 1-22-13 Email from Robert DiMaggio | | | |
| 42 | 2-6-13 Email from Robert DiMaggio | | | |
| 43 | 3-24-13 Email from Singerman | | | |
| 44 | 8-2-13 Email from Strong Supplements | | | |
| 45 | 4-4-13 Email from Consumer | | | |
| 46 | 4-10-13 Email from Singerman | | | |
| 47 | 4-17-13 Email from Singerman | McCoy | | 11/30 |
| 48 | 5-9-13 Email from Consumer | | | |
| 49 | 5-14-13 Email from Strong Supplements | | | |
| 50 | 5-11-13 Email from Business Contact | | | |
| 51 | 5-13-13 Email from Consumer | | | |
| 52 | 5-20-13 Email from Consumer | | | |
| 53 | 5-21-13 Email from Consumer | | | |
| 54 | 6-7-13 Email from Singerman | | | |
| 55 | 6-13-13 Email from Singerman | | | |
| 56 | 6-26-13 Email from Braun | | | |
| 57 | 7-7-13 Email from Braun | | | |
| 58 | 7-8-13 Email from Robert DiMaggio | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 59 | 7-23-13 Email from Robert DiMaggio | | | |
| 60 | 7-25-13 Email from Robert DiMaggio | | | |
| 62 | 8-5-13 Email from Singerman | | | |
| 63 | 8-5-13 Email from Braun | | | |
| 64 | 8-6-13 Email from Singerman | | | |
| 65 | 8-20-13 Email from Consumer | | | |
| 66 | 10-3-13 Email from Retailer | | | |
| 69 | 10-29-13 Email from Blackstone Labs | | | |
| 70 | 11-4-13 invoice for Blackstone Labs | | | |
| 71 | 11-11-13 Email from Braun | | | |
| 72 | 9-17-13 Email from Singerman | | | |
| 73 | 11-15-13 Email from Business Contact | | | |
| 75 | 12-6-13 blackstonelabs.co Alpha-1 Max page certified by Internet Archive | McCoy | | 11/30 |
| 76 | 12-6-13 blackstonelabs.co product page  certified by Internet Archive | '' | | '' |
| 77 | 11-10-13 blackstonelabs.co Alpha-1 Max page certified by Internet Archive | '' | | '' |
| 78 | 10-26-13 blackstonelabs.co DMZ page certified by Internet Archive | '' | | '' |
| 79 | 12-8-13 Blackstone Labs homepage certified by Internet Archive | '' | | '' |
| 80 | 12-18-13 Email from Singerman | | | |
| 81 | 12-30-13 Email from Singerman | | | |
| 83 | FDA enforcement report for 3-12-14 re Super DMZ | | | |
| 84 | FDA enforcement report for 3-12-14 re Methadrol | | | |
| 85 | 6-25-14 Email from David Winsauer | Winsauer | | 11/30 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 86 | 3-27-14 blackstonelabs.co page for PCT IV certified by Internet Archive | McCoy | | 11/30 |
| 87 | 3-27-14 Blackstonelabs.co page for Razor's Edge certified by Internet Archive | | | |
| 88 | 3-30-14 Email from Robert DiMaggio | | | |
| 89 | 4-23-14 Email from Singerman | | | |
| 90 | 4-23-14 Email from Singerman | | | |
| 91 | 5-14-14 Email from Singerman | | | |
| 92 | 5-27-14  Email from Quality Tape & Label | | | |
| 93 | 5-21-14 Email from Braun | | | |
| 94 | 6-18-14 Email from Singerman | | | |
| 95 | 7-3-14  store.blackstonelabs.co Super DMZ RX 2.0 certified by Internet Archive | McCoy | | 11/30 |
| 96 | 7-3-14 Email from Robert DiMaggio | | | |
| 97 | 7-3-14 store.blackstonelabs.co Super DMZ stack certified by Internet Archive | | | |
| 98 | 7-20-14 Email from Consumer | | | |
| 99 | 7-29-14 Email from Justin Smith | | | |
| 100 | 8-2-14 Email from Justin Smith | | | |
| 101 | 12-1-14 Email from Singerman | | | |
| 102 | 8-19-14 Email from Braun | McCoy | | 11/30 |
| 103 | 9-8-14 Email from Singerman | | | |
| 104 | 9-9-14 Email from Boccuzzi | McCoy | | 11/30 |
| 105 | 9-17-14 Email from Singerman | | | |
| 106 | 1-18-14 Email from Singerman | | | |
| 107 | 9-26-14 Email from sales@primenutrition | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 108 | 9-26-14 Email from Braun | | | |
| 109 | 10-6-14 Email from Singerman | | | |
| 110 | 10-14-14 Email from Singerman | Shem tob | | 12/2 |
| 111 | 10-7-14 Dykema lobbying proposal | '' | | '' |
| 113 | 10-23-14 Email from Wes Houser | | | |
| 114 | 10-24-14 Email from Anthony Ventrella | McCoy | | 11/30 |
| 115 | 10-27-14 Email from Quality Tape & Label | | | |
| 117 | 11-10-14 Email from Robert DiMaggio | | | |
| 117a | Scientific Article re: Super DMZ RX 2.0 Case Report, from hyperlink in Exhibit 117 | | | |
| 118 | 12-1-14 Email from Singerman | McCoy | | 11/30 |
| 119 | 12-10-14 invoice for Quality Tape & Label | | | |
| 120 | 12-12-14 Email from Singerman | | | |
| 121 | 12-16-14 Email from Consumer | Winsauer | | |
| 122 | 12-16-14 Email from Legendary Supplements | | | |
| 123 | 12-17-14 Email from David Winsauer | Winsauer | | 11/30 |
| 124 | 12-19-14 Email from Quality Tape & Label | | | |
| 125 | 1-5-15 Email from Accounting-Quality Tape & Label | | | |
| 126 | 12-20-14 Email from Naturalbody | | | |
| 131 | 12-22-14 Email from Boccuzzi | Frick | | 12/7 |
| 133 | 12-22-14 Statements by Blackstone Labs employees | | | |
| 133a | 12-22-14 Statement signed by David Winsauer | McCoy | | 11/30 |
| 134 | 12-22-14 signed statement by Luis Maldonado | '' | | '' |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 135 | 12-28-14 Email from Braun | McCoy | | 11/30 |
| 136 | 12-29-14 Email from Boccuzzi | " | | " |
| 137 | 12-31-14 Email from Boccuzzi | McCoy | | 11/30 |
| 138 | 12-31-14 LegendarySupplements.com Prohormone Ban page certified by Internet Archive | | | |
| 139 | 1-7-15 FDA Enforcement Reports Week of 3-12-14 page certified by Internet Archive | | | |
| 140 | 1-7-15 Email from Braun | | | |
| 141 | 5-20-15 Email from Singerman | | | |
| 142 | 1-14-15 Email from cs@blackstonelabs.com | Winsaun | | 12/1 |
| 143 | 1-16-15 Email from PayPal | Frick | | 12/7 |
| 144 | 1-19-15 Email from Consumer | | | |
| 145 | 1-19-15 Email from Christopher Herron | | | |
| 146 | 1-21-15 Email from Boccuzzi | McCoy | | 11/30 |
| 148 | 2-3-15 Email from cs@blackstonelabs.com | " | | " |
| 149 | 2-10-15 Email from Luis Maldonado | | | |
| 150 | 2-12-15 Email from Boccuzzi | Frick | | 12/7 |
| 151 | Screenshot of Blackstone Labs DMZ sales page | | | |
| 152 | FDA Enforcement Report DMZ | | | |
| 153 | Screenshot of Blackstone Labs DMZ purchase | | | |
| 154 | 3-6-15 Email from cs@blackstonelabs.com | | | |
| 155 | 3-6-15 Nutrition Distribution complaint against Blackstone Labs | | | |
| 156 | 3-9-15 Email from Quality Tape & Label | | | |
| 157 | 3-11-15 Email from Quality Tape & Label | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 158 | 3-11-15 from Boccuzzi | McCoy | | 11/30 |
| 159 | 3-17-15 Email from Singerman | | | |
| 160 | 3-15-15 blackstonelabs.co Ostapure page certified by Internet Archive | McCoy | | 11/30 |
| 161 | 3-15-15 blackstonelabs.co Angel Dust page certified by Internet Archive | \\ | | \\ |
| 162 | 3-15-15 blackstonelabs.co products page certified by Internet Archive | \\ | | \\ |
| 163 | 3-17-15 Email from Braun | | | |
| 164 | 3-19-15 Email from cs@blackstonelabs.com | | | |
| 165 | 3-18-15 Email from Shannon Leonard | | | |
| 166 | 3-18-15 Email from cs@blackstonelabs.com | | | |
| 168 | 3-19-15 Email from Strong Supplements | McCoy | | 11/30 |
| 169 | 3-19-15 Blackstone Labs Alpha 1-Max page certified by Internet Archive | \\ | | \\ |
| 170 | 3-19-15 Email from Singerman | | | |
| 171 | 3-23-15 Email from Grant Roberts | | | |
| 172 | 3-23-15 Email with Blackstone Labs Call Center Manual | | | |
| 173 | 3-23-15 Email from Singerman | McCoy | | 11/30 |
| 174 | 3-24-15 Email from Richard Newton | | | |
| 175 | 3-26-15 Email from Boccuzzi | | | |
| 176 | 3-26-15 Letter from BBC reporter | | | |
| 177 | 3-27-15 Email from Consumer | | | |
| 178 | 11-28-16 Email re Blackstone Labs Alpha and DMZ sale | McCoy | | 11/30 |
| 180 | 4-19-15 Email from Singerman | | | |
| 181 | Angel Dust photos provided by Shannon Leonard | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 182 | 4-24-15 FDA Warning Letter to Blackstone Labs | Winman | | 11/30 |
| 183 | 3-12-15 Email from Joseph Safina | | | |
| 184 | 5-15-15 Email from Anthony Ventrella | | | |
| 185 | 5-28-15 Email from Ashley Ventrella | | | |
| 186 | 6-10-15 Email from Christopher Evangelista | | | |
| 187 | 6-10-15 Quality Tape & Label invoice | | | |
| 188 | 6-11-15 Email from Aaron Clark | | | |
| 189 | 6-14-15 Email from Singerman | Winman | | 11/30 |
| 190 | 6-24-15 Email from Singerman | McCoy | | 11/30 |
| 191 | 6-25-15 Email from Braun | | | |
| 192 | 6-25-15 Raymond Raines' Gold Coast Nutrition receipt | | | |
| 193 | 6-28-15 Email from Aaron Clark | | | |
| 194 | 6-27-15 Email from Singerman | | | |
| 195 | 9-4-15 Email from Braun | | | |
| 196 | 7-3-15 Email from Braun | | | |
| 197 | 7-8-15 Email from Quality Tape & Label | | | |
| 198 | 7-9-15 Email from Singerman | | | |
| 199 | 7-20-15 Email from Christopher Herron | | | |
| 200 | 7-20-15 Email from Consumer | | | |
| 201 | 7-27-15 Email from Christopher Herron | McCoy | | 11/30 |
| 202 | 7-29-15  Declaration of Braun Motion to Dismiss | | | |
| 203 | 7-29-15 Declaration of Singerman re Venue | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 204 | 7-29-15 ECF No. 23 Braun Declaration | | | |
| 205 | 7-29-15 Declaration of Singerman re Motion to Dismiss | | | |
| 206 | 8-10-15 Email from Alexander Frekey | | | |
| 207 | 8-10-15 Email from Alexander Frekey | | | |
| 208 | 8-14-15 Email from Flex It Nutrition | McCoy | | 4/30 |
| 210 | 8-14-15 Email from Boccuzzi | Frick | | 12/7 |
| 211 | 8-17-15 Email from Richard Newton | | | |
| 212 | 8-19-15 Email from Quality Tape & Label | | | |
| 213 | 8-19-15 Email from Christopher Herron | | | |
| 214 | 8-19-15 Email from Braun | McCoy | | 11/30 |
| 215 | 8-20-15 Email from Alexander Frekey | | | |
| 216 | 8-20-15 Email from Consumer | | | |
| 217 | 8-21-15 Email from Alexander Frekey | | | |
| 218 | 8-21-15 Email from Alexander Frekey | | | |
| 219 | 10-20-15 Email from Singerman | | | |
| 220 | 8-24-15 Email from Christopher Herron | | | |
| 221 | 8-31-15 Email from Ashley Ventrella | McCoy | | 11/30 |
| 222 | 8-31-15 Email from Quality Tape & Label | | | |
| 223 | 8-31-15 Email from ans30340@hotmail.com | | | |
| 224 | 8-31-15 Quality Tape & Label Invoice | | | |
| 225 | 8-31-15 Quality Tape & Label Invoice | | | |
| 226 | 9-8-15 Email from Retailer | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 227 | 9-15-15 FDA Enforcement Report DMZ certified by Internet Archive | McCoy | | 11/30 |
| 228 | 9-17-15 Email from Howard Gaines | | | |
| 229 | 9-18-15 Email from cs@blackstonelabs.com | | | |
| 230 | 9-19-15 Email from Singerman | | | |
| 231 | Video of Blackstone Labs SARMs sale | | | |
| 232 | 9-25-15 Email from Boccuzzi | | | |
| 233 | 9-25-15 Email from Boccuzzi | Frick | | 12/7 |
| 234 | 9-24-15 Email from Aaron Clark | Winbauer | | 11/30 |
| 235 | 9-25-15 Email from alexis tp01@aol.com | | | |
| 236 | 9-28-15 Email from Braun | | | |
| 237 | 10-2-15 Email from Alexander Frekey | | | |
| 238 | 10-4-15 Email from Alexander Frekey | | | |
| 239 | 10-21-15 Email from Boccuzzi | McCoy | | 11/30 |
| 240 | 10-7-15 Email from Braun | | | |
| 241 | 11-11-13 Email from infoblackstonelabs@yahoo.com | | | |
| 242 | 10-12-15 Email from Boccuzzi | McCoy | | 11/30 |
| 243 | 4-23-14 Email from Singerman | | | |
| 245 | 10-20-15 Email from Anthony Ventrella | | | |
| 246 | 10-21-15 Email from cs@blackstonelabs.com | McCoy | | 11/30 |
| 247 | 10-22-15 Email from Christopher Niemczyk | | | |
| 248 | 10-26-15 Email from Richard Newton | | | |
| 249 | 12-2-15 Email from Bodybuilding.com | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 250 | 10-29-15 Email from Consumer | | | |
| 251 | 10-29-15 Broward Palm Beach New Times: "Lawsuit: Blackstone Labs Is Selling Unsafe Supplement, Ostarine" | | | |
| 252 | 11-5-15 Email from Braun | | | |
| 253 | 11-3-15 Email from Consumer | | | |
| 254 | 11-9-15 Email from Blackstone Labs cs@blackstonelabs.com | | | |
| 255 | 11-10-15 Email from Christopher Niemczyk | | | |
| 257 | 11-23-15 Email from Consumer | McCoy | | 11/30 |
| 258 | 11-23-15 Email from Howard Gaines | | | |
| 259 | 11-25-15 Email from Consumer | | | |
| 260 | 12-9-15 Email from Richard Newton | | | |
| 261 | 12-14-15 Email from Singerman | | | |
| 263 | 1-18-16 Email from Blackstone Labs cs@blackstonelabs.com | | | |
| 264 | 2-1-16 Email from cs@blackstonelabs.com | McCoy | | 11/30 |
| 265 | 2-10-15 Email from cs@blackstonelabs.com | | | |
| 267 | 3-1-16 Email from Bryan Moskow | | | |
| 268 | 4-25-16 Email from Christopher Evangelista | | | |
| 269 | 3-4-16 Email from Paul Jasinto | McCoy | | 11/30 |
| 270 | 3-12-16 Email from Jodie Minear | | | |
| 271 | 3-15-16 Legendary Supplements DMZ page certified by Internet Archive | | | |
| 272 | 5-22-16 Email from Consumer | | | |
| 273 | 3-25-16 Email from Wes Houser | | | |
| 274 | 4-1-16 Email from cyberrights@163.com | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 275 | 4-8-16 Email from Paul Jasinto | McCoy | | 11/30 |
| 276 | 4-8-16 Email from Quality Tape & Label | | | |
| 277 | 4-15-16 Email from Singerman | | | |
| 278 | 4-20-16 Email from Braun | | | |
| 279 | 5-3-16 Legendary Supplements products page certified by Internet Archive | | | |
| 280 | 12-19-14 Legendary Supplements products page certified by Internet Archive | | | |
| 282 | Photographs of Outlier MethylDMZ bottle | | | |
| 283 | Sticky note from Ventech Labs search | | | |
| 284 | 4-23-14 Email from Singerman | | | |
| 285 | 10-28-13 Email from Singerman | | | |
| 286 | Blackstone Labs Employee Hire-Termination Dates | McCoy | | 11/30 |
| 287 | 9-24-15 email from DiMaggio | | | |
| 289 | 4-26-16 Email from Quality Tape & Label | | | |
| 290 | 5-3-16 Email from Braun | | | |
| 291 | 5-18-16 Email from Christopher Niemczyk | | | |
| 292 | Fight Pharm-Blackstone Labs product sign off | McCoy | | 11/30 |
| 293 | 5-14-16 Certificate of Free Sale Product List | | | |
| 294 | 5-8-16 Email from Jared Brown | McCoy | | 11/30 |
| 295 | 5-19-16 Blackstone Labs Invoices | | | |
| 296 | 6-2-16 Email from David Winsauer | | | |
| 297 | 6-3-16 Email from Jared Brown | McCoy | | 11/30 |
| 298 | 6-9-16 Email from Consumer | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
| 299 | 6-10-16 Equipment Invoices | | | |
| 300 | 6-14-16 Email from Richard Newton | | | |
| 301 | 6-16-16 Quality Tape & Label invoice | | | |
| 302 | Photos from 1090 Holland Drive trash | McCoy | | 11/30 |
| 303 | 7-13-16 Email from Singerman | | | |
| 304 | 7-13-16 Email from Wes Houser | | | |
| 305 | 8-2-16 Email from Boccuzzi | | | |
| 306 | 8-4-16 Email from Boccuzzi | | | |
| 307 | 8-8-16 Email from Boccuzzi | A Leong | | 12/2 |
| 308 | 8-4-16 Email from Christopher Niemczyk | | | |
| 309 | 8-5-16 Email from Houser | | | |
| 310 | 8-10-16 Email from Christopher Niemcyzk | | | ʹ ʹ ɪ ʙ.ᴊ.ᴄ |
| 311 | 8-10-16 Email from Grant Roberts | | | |
| 312 | 8-10-16 Email from Clay Hodges | | | |
| 313 | 8-17-16 Email from David Winsauer | | | |
| 314 | 8-22-16 Blackstone Labs Invoice for Kabal One | | | |
| 315 | 8-24-16 Blackstone Labs Invoice for Kabal One | | | |
| 316 | 9-8-16 Email from Anthony Ventrella | | | |
| 317 | 8-24-16 Email from Braun | | | |
| 318 | 8-26-16 Ventech Invoice to Blackstone Labs | McCoy | | 11/30 |
| 319 | 8-26-16 Blackstone Labs Receipt for Legendary Supplements | | | |
| 320 | 9-1-16 Blackstone Labs Invoice for Legendary Supplements | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 321 | 9-7-16 Online Order for Super DMZ Rx 2.0 from Legendary Supplements | | | |
| 322 | 9-9-16 Email from Wes Houser | | | |
| 323 | 9-22-16 invoice for Kabal One | | | |
| 324 | 9-24-16 Email from Braun | | | |
| 325 | 9-28-16 Invoice for Kabal One | | | |
| 326 | 9-28-16 Invoice for Kabal One | | | |
| 327 | 10-4-16 Email from Mark Sinus | Sinus | | 12/7 |
| 329 | 10-4-16 Invoice for Kabal One | McCoy | | 11/30 |
| 330 | 10-19-16 Email from Braun | | | |
| 331 | 11-4-16 Invoice for Kabal One | | | |
| 332 | 10-25-16 Email from Braun | | | |
| 333 | 11-22-16 Email from Raymond Raines | McCoy | | 11/30 |
| 334 | 11-28-16 Email from Braun | | | |
| 335 | 11-30-16 Email from keith.bearden@mensjournal.com | | | |
| 336 | 10-2-16 letter from Zachary Catanzaro | | | |
| 337 | 12-5-16 Email from Zachary Catanzaro | | | |
| 338 | 12-13-16 Email from Boccuzzi | | | |
| 340 | 1-24-17 Email from Braun | | | |
| 341 | 2-9-17 Email from Grants Roberts | | | |
| 342 | 1-27-17 Invoice for Kabal One | | | |
| 343 | 1-28-17 Email from Christopher Herron | | | |
| 344 | 1-30-17 Invoice for Kabal One | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 345 | Sketch of VBS Labs Premise Search | | | |
| 347 | Photo inside Blackstone Labs (Singerman Braun mural) | | | |
| 350 | Internet Archive web pages for Blackstone Labs and Legendary Supplements produced by Legendary Supplements, LLC | | | |
| 353 | 12-14-14 Email from Boccuzzi | McCoy | | 11/30 |
| 355 | 5-29-14 Blackstone Labs Membership Purchase Agreement | | | |
| 356 | Bank of America Records for Boccuzzi/Get Big Go Fast Consulting | | | |
| 357 | Label of Super DMZ | | | |
| 358 | JPMC Signature Account Ending 6261 | | | |
| 359 | JPMC Signature Card for Account Ending in 1697 | McCoy | | 11/30 |
| 360 | JPMC FDIC certificate | | | |
| 361 | JPMC Signature Card for Account Ending in 2830 | McCoy | | 11/30 |
| 362 | JPMC Signature Card for Account Ending in 9542 | | | |
| 363 | JPMC Signature Card for Account Ending in 8539 | | | |
| 364 | JPMC Signature Card for Account Ending in 3987 | McCoy | | 11/30 |
| 387 | Blackstone Labs ShipStation Business Records | McCoy | | 11/30 |
| 388 | JPMC Bank Records Compilation | 11 | | 11 |
| 389 | QTL Invoices | 11 | | 11 |
| 390 | Blackstone Labs Articles of Incorporation | McCoy | | 11/30 |
| 391 | Fight Pharm Articles of Incorporation | 11 | | 11 |
| 392 | VBS Labs Articles of Incorporation | 11 | | 11 |
| 393 | Ventech Labs Articles of Incorporation | 11 | | 11 |
| 394 | JPMC Signature Card for Account Ending in 2820 | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
| 395 | JPMC Signature card for Account Ending in 7708 | | | |
| 396 | JPMC Signature Card for Account Ending in 5760 | | | |
| 397 | JPMC Signature Card for Account Ending in 9567 | | | |
| 398 | JPMC Signature Card for Account Ending in 5699 | | | |
| 400a | 12-15-14 Text - Anthony Ventrella, 2252457761 | | | |
| 401a | 1-22-15 Text - Anthony Ventrella, Brandon Francis | | | |
| 403a | 8-20-15 Text - Anthony Ventrella, Matt Mosier | | | |
| 403b | 8-14-15 Text - Anthony Ventrella, Matt Mosier | | | |
| 404a | 5-29-15 Text - Anthony Ventrella, Seth (BSL) | | | |
| 404b | 5-30-15 Text - Anthony Ventrella, Seth (BSL) | | | |
| 404c | 7-1-15 Text - Anthony Ventrella, Seth (BSL) | | | |
| 404d | 7-6-15 Text - Anthony Ventrella, Seth (BSL) | | | |
| 405a | 7-6-15 Text - Anthony Ventrella, Chris-Supplement City | | | |
| 405b | 7-21-15 Text - Anthony Ventrella, Chris-Supplement City | | | |
| 405c | 8-11-15 Text - Anthony Ventrella, Chris-Supplement City | | | |
| 406a | 10-30-15 Text - Anthony Ventrella, Kevin Smith | | | |
| 407a | 12-17-15 Text - Anthony Ventrella, Paul Jasinto | | | |
| 407c | 2-25-16 Text - Anthony Ventrella, Paul Jasinto | | | |
| 407e | 3-29-16 Text - Anthony Ventrella, Paul Jasinto | | | |
| 407g | 4-6-16 - 4-18-16 Text - Anthony Ventrella, Paul Jasinto | | | |
| 408a | 6-8-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408b | 6-23-16 Text - Anthony Ventrella, Juan Moran | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 408c | 6-29-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408d | 7-13-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408e | 8-19-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408f | 8-30-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408g | 10-4-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408h | 10-18-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408i | 11-1-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408j | 12-12-16 Text - Anthony Ventrella, Juan Moran | | | |
| 408k | 1-26-17 Text - Anthony Ventrella, Juan Moran | | | |
| 408l | 1-29-17 Text - Anthony Ventrella, Juan Moran | | | |
| 408n | 9-13-16 Text - Anthony Ventrella, Juan Moran | | | |
| 409a | 2-16-17 Text - Anthony Ventrella, Matt Thomas | FRIPK | | 12/7 |
| 410a | 9-13-16 Text - Anthony Ventrella, Braun | | | |
| 411a | 2-3-17 Text - Anthony Ventrella, Chris Evangelista | | | |
| 412a | 8-24-16 Text - Anthony Ventrella, Ashley Ventrella, Braun | | | |
| 412b | 9-2-16 Text - Anthony Ventrella, Ashley Ventrella, Braun | | | |
| 412c | 9-12-16 Text - Anthony Ventrella, Ashley Ventrella, Braun | | | |
| 413a | 10-6-15 Text - Anthony Ventrella, David Willis, Singerman, 5616768390 | | | |
| 414a | 8-3-16 Text - Ashley Ventrella, Juan Moran | | | |
| 414b | 8-18-16 Text - Ashley Ventrella, Juan Moran | | | |
| 414c | 8-24-16 Text - Ashley Ventrella, Juan Moran | | | |
| 414d | 9-29-16 Text - Ashley Ventrella, Juan Moran | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 415a | 3-21-16 Text - Ashley Ventrella, Braun | | | |
| 415c | 3-25-16 Text - Ashley Ventrella, Braun | | | |
| 417a | 12-21-15 Text - Justin Smith, Braun | | | |
| 421 | 5-19-16 Text - Justin Smith | | | |
| 422a | 6-8-16 Text - Justin Smith, Braun | | | |
| 424a | 8-31-16 Text - Justin Smith, Braun | | | |
| 428 | 10-10-16 Text - Justin Smith, DiMaggio | | | |
| 432b | 9-6-16 Text - Anthony Ventrella, Justin Smith | | | |
| 432d | 10-15-16 Text - Anthony Ventrella, Justin Smith | | | |
| 433a | 8-4-16 Text – Boccuzzi, Robert Aleong | Aleong | | 12/2 |
| 433b | 8-4-16 - Text – Boccuzzi, Robert Aleong | " | | " |
| 433c | 8-5-16 - Text – Boccuzzi, Robert Aleong | | | |
| 445a | 8-3-16 Text - Boccuzzi, Steve Natural Body | | | |
| 447a | 8-4-16 Text - Boccuzzi, Anthony Ventrella | | | |
| 454a | 4-8-16 Text - Anthony Ventrella, Aaron Singerman | | | |
| 455 | Full Conversation - Ashley Ventrella, Braun, Aaron Singerman | | | |
| 458a | 6-24-16 Text - Anthony Ventrella, James Boccuzzi | Frick | | 12/7 |
| 458b | 6-27-16 Text - Anthony Ventrella, James Boccuzzi | | | |
| 459a | 8-31-16 Text - Ashley Ventrella, Anthony Ventrella, Braun | | | |
| 472a | 9-23-15 Text - David Winsauer, PJ Braun | Winsauer | | 12/1 |
| 472b | 9-28-15 Text - David Winsauer, PJ Braun | | | |
| 472c | 11-20-15 Text - David Winsauer, PJ Braun | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 472d | 9-1-16 Text - David Winsauer, PJ Braun | | | |
| 472e | 12-9-16 Text - David Winsauer, PJ Braun | | | |
| 472f | 2-16-17 Text - David Winsauer, PJ Braun | | | |
| 474a | 3-21-15 Text - David Winsauer, PJ Braun, Richard Newton, Howard Gaines | | | |
| 475a | 3-21-15 Text - David Winsauer, PJ Braun, Aaron Singerman | | | |
| 476a | 12-17-14 Text - David Winsauer, Aaron Singerman | Winsauer | | 11/30 |
| 477 | Text Exchange - Mark Sinus, James Boccuzzi | Sinus | | 12/7 |
| 480 481 | MAP 8-19-15 Email from Tanya Haywood | McCoy T. Haywood | | 11/30 12/1 |
| 482 | 3-25-15 Email from Aaron Clark | Frick | | 12/7 |
| 483a | Absence of Records, Businesses – CDER | De | | 12/2 |
| 483b | Absence of Records, Individuals – CDER | " | | " |
| 483c | Absence of Records, Businesses – CFSAN | Stephaded | | " " |
| 483d | Absence of Records, Individuals – CFSAN | " | | " |
| 484 | 9-13-16 Letter to eBay from Zachary Catanzaro, Esq. | McCoy | | 11/30 |
| 487 | 10-6-14 Email from Singerman | | | |
| 488 | Document by David Winsauer | | | |
| 500 | Photos of Super DMZ from FCC lab | Parsons | | 12/1 |
| 501 | Photos of Alpha-1 from FCC lab | " | | " |
| 502 | Photos of Methyl DMZ (Item 9) from FCC lab | Linn | | " |
| 503 | Photos of Bottle (Item 10) from FCC lab | " | | " |
| 504 | Photos of Bottle (Item 14) from FCC lab | " | | " |
| 505 | Photos of Bottle (Item 18) from FCC lab | " | | " |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 506 | Photos of Alpha-1 (Item 21) from FCC lab | | | |
| 507 | Container labeled "Osta" (Item 26), from FCC lab | Linn | | 12/1 |
| 508 | Photos of "Profiller Mix" (Item 27) from FCC lab | " | | " |
| 509 | Photo of bag labeled "BSL DMZ" (Item 38) from FCC lab | " | | " |
| 510 | Photos of Super DMZ (Item 49) from FCC lab | " | | " |
| 511 | Photos of Alpha Xtreme (Item 58) from FCC lab | " | | " |
| 512 | Photographs of Super DMZ RX 2.0 and Methyl DMZ labels seized from VBS/Ventech Labs | McCoy | | 11/30 |
| 513 | Photographs of Outlier Nutrition Methyl DMZ and MK Ultra seized from VBS/Ventech Labs | " | | " |
| 514 | Super DMZ RX 2.0 labels seized from VBS/Ventech Labs | " | | " |
| 515 | Photographs of Super DMZ RX 2.0 , Alpha-1 Max, Fight Pharm Methyl DMZ, and Fight Pharm Alpha-1 Max bottles seized from VBS/Ventech Labs | " | | " |
| 520 | 9-23-15 Email from Boccuzzi | McCoy | | 11/30 |
| 521 | 10-3-15 Email from Boccuzzi | " | | " |
| 522 | 4-23-2014 Email from Aaron Singerman | | | |
| 523 | 12-14-14 Email from cs@blackstonelabs.com | McCoy | | 11/30 |
| 524 | 9-3-14 Email from Anthony Ventrella | McCoy | | 11/30 |
| 525 | 10-21-14 Email from Boccuzzi | " | | " |
| 528 | 8-4-16 Email from Boccuzzi | McCoy | | 11/30 |
| 533 | 8-4-16 Email from Boccuzzi | " | | " |
| 534 | Photograph of Bag Labeled "BSL DMZ" seized at VBS/Ventech Labs | " | | " |
| 535 | Photograph of Bag Labeled "Outlier Profiller Alpha mix" seized at VBS/Ventech Labs | " | | " |
| 536 | Signature card for Bank of America account ending in 1717 and 8330 | McCoy | | 11/30 |
| 537 | Signature card for Bank of America account ending in 6371 | McCoy | | 11/30 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|-----|------------------------|---------|--------------|---------------|
| 538 | Bank of America records for accounts ending in 1717, 8330, and 6371 | McCoy | | 11/30 |
| 539 | JP Morgan Chase records for accounts ending in 1697 and 3987 | 11 | | 11 |
| 540 | 3-17-15 Email from Anthony Ventrella | McCoy | | 11/30 |
| 541 | Blackstone Labs Super DMZ RX 2.0 bottle purchased by Kelly McCoy | McCoy | | 11/30 |
| 542 | Blackstone Labs Alpha-1 Max bottle purchased by Kelly McCoy | 11 | | 11 |
| 550 | Blackstone Labs Super DMZ RX 2.0 purchased by Kelly McCoy, from FCC Lab | 11 | | 11 |
| 551 | Blackstone Labs Alpha-1 Max purchased by Kelly McCoy from FCC Lab | 11 | | 11 |
| 552 | Outlier Nutrition Methyl DMZ (Item 9), from FCC lab | 11 | | 11 |
| 553 | Bottle (Item 10), from FCC lab | 11 | | 11 |
| 554 | Bottle (Item 14), from FCC lab | 11 | | 11 |
| 555 | Bottle (Item 18), from FCC lab | 11 | | 11 |
| 556 | Blackstone Labs Alpha-1 max (Item 21), from FCC lab | 11 | | 11 |
| 557 | Container labeled "Osta" (Item 26), from FCC lab | 11 | | 11 |
| 558 | Bag labeled "Profiller Mix" (Item 27), from FCC lab | 11 | | 11 |
| 559 | Bag labeled "BSL DMZ" (Item 38), from FCC lab | 11 | | 11 |
| 560 | Blackstone Labs Super DMZ RX 2.0 (Item 49), from FCC lab | 11 | | 11 |
| 561 | Outlier Nutrition Alpha Xtreme (Item 58), from FCC lab | 11 | | 11 |
| 575 | Summary exhibit of wires from Blackstone/Fight Pharm/ VBS to China Merchants Bank | FRick | | 12/7 |
| 577a | Summary exhibit - yearly deposits into Blackstone account | Dunkel | | 12/7 |
| 577d | Summary chart - Boccuzzi total income from Blackstone for 2014-2016 | 11 | | 11 |
| 750 | Invoices from Gold Coast Nutrition | McCoy | | 11/30 |
| 751 | 10-7-15 Email from Boccuzzi | 11 | | 11 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 752 | 12-7-15 Email from Boccuzzi | McCoy | | 11/30 |
| 753 | 12-22-15 Email from Boccuzzi | 11 | | 11 |
| 754 | 6-6-14 Email from Boccuzzi | 11 | | 11 |
| 755 | 1-12-15 Email from Boccuzzi | 11 | | 11 |
| 756 | 11-19-15 Email from Boccuzzi | 11 | | 11 |
| 757 | 9-9-14 Email from Boccuzzi | 11 | | 11 |
| 758 | 12-1-14 Email from Boccuzzi | 11 | | 11 |
| 759 | 2-24-15 Email from Boccuzzi | 11 | | 11 |
| 760 | 12-19-14 Email from Boccuzzi | 11 | | 11 |
| 761 | 12-17-14 Email from Boccuzzi | McCoy | | 11/30 |
| 762 | 8-20-15 Email from Boccuzzi | Frick | | 12/7 |
| 763 | 4-19-16 Email from Boccuzzi | McCoy | | 11/30 |
| 764 | 9-3-15 Email from Boccuzzi | 11 | | 11 |
| 815 | Labels produced by Blackstone Labs | | | |
| 827 | 3-25-15 Email from James Boccuzzi | McCoy | | 11/30 |
| 868 | 2-17-15 Email from James Boccuzzi | McCoy | | 11/30 |
| 872 | 3-13-15 Email from Elite Sports Distribution | 11 | | 11 |
| 880 | Email from patriotscd@aol.com - Chris De Silva | McCoy | | 11/30 |
| 885 | 7-13-15 Email from Boccuzzi | 11 | | 11 |
| 894 | 8-10-15 Email from patriotscd@aol.com - Chris De Silva | McCoy | | 11/30 |
| 922a | 9-26-17 Richard Newton GJ Transcript | | | |
| 922b | 10-24-17 Richard Newton GJ Transcript | | | |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 922c | 11-7-17 Richard Newton GJ Transcript | | | |
| 922d | 12-7-17 Richard Newton GJ Transcript | | | |
| 922e | 1-11-18 Richard Newton GJ Transcript | | | |
| 922f | 2-1-18 Richard Newton GJ Transcript | | | |
| 931f | MS-5 | Sinus McCoy | | 12/2 4/30 |
| 931h | MS-7 | " | | 11/30 |
| 950 | 4-18-19 Justin Smith Proffer Letter | | | |
| 951 | 3-2-17 Aaron Singerman Proffer Letter | | | |
| 953 | 7-11-18 Ashley Ventrella Proffer Letter | | | |
| 954 | 7-11-18 Clayton Hodges | | | |
| 955 | 7-11-17 John Wesley Houser Proffer Letter | | | |
| 956 | 6-14-18 Joseph Safina Proffer Letter | | | |
| 958 | 8-16-18 Luis Maldonado Proffer Letter | | | |
| 959 | 1-9-19 Robert Aleong Proffer Letter | Aleong | | 12/2 |
| 959a | 10-6-21 Robert Aleong Proffer Letter | Aleong | | " |
| 961 | Plea Agreement- DiMaggio | | | |
| 962 | Plea Agreement – Justin Smith | | | |
| 963 | Plea Agreement – Leonard Shemtob | Shemtob | | 12/2 |
| 964 | Plea Agreement – David Winsauer | Winsauer | | 11/30 |
| 965 | Plea Agreement – Joey Ventrella | | | |
| 1001 | 9-23-15 Email from James Boccuzzi | McCoy | | 11/30 |
| 1011 | 10-12-15 Email from James Boccuzzi | Frick | | 12/7 |

| EX. | DESCRIPTION OF EXHIBIT | WITNESS | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 1042 | 2-9-16 Email from James Boccuzzi | McCoy | | 11/30 |
| 1043 | VBS Labs - Feb - Invoice | ɥ | | ɥ |
| 1053 | 3-21-16 Email from James Boccuzzi | McCoy | | 11/30 |
| 1054 | 3-30-16 Email from fightpharm@gmail.com | McCoy | | 11/30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 1113 | Ship Station Records | Winsauer | | 12/1 |
| 1114 | 7/30/14 Shipment plus others | Winsauer | | 12/1 |
| 1115 | Chart | Welch | | 12/2 |
| 1116 | Pwwpoint | Willenbring | | 12/2 |
| 1117 | Lab Reports | LINN | | 12/1 |
| 1119 | Demonstrative Chart | Hyashi | | 12/2 |
| 1211-1223 | Interview Questions | Shimokawa | | 12/7 |
| 1240 | | | | |
| Def 1 | Report | Welch | | 12/2 |
| 2 | Guidelines | Shemtob | | 12/2 |
| 3 | | | | |
| 4 | FDA Interview | SINUS | | 12/7 |