# GOVERNMENT'S EXHIBIT INDEX

| UNITED STATES v. JAMES BOCCUZZI | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NUMBER: 19-80030-CIV-WPD JUDGE: HON. WILLIAM P. DIMITROULEAS |
|---|---|
| GOVERNMENT COUNSEL: Alistair Reader, Stephen Gripkey, Josh W. Burke<br>DEFENSE COUNSEL: Steven Salter | |

| EX. | DESCRIPTION OF EXHIBIT | PAGE |
|---|---|---|
| 1 | 9-4-12 Superdmz.com website | 1 - 5 |
| 3 | 3-13-14 Email from Singerman | 6 - 8 |
| 4 | 2015 FDA Enforcement reports | 9 - 12 |
| 5 | 11-10-13 Blackstone Labs webpage for Alpha-1 Max | 13 – 15 |
| 6 | 4-20-15 Email from Christopher Herron | 16 |
| 7 | 8-22-15 Email from Braun | 17 |
| 8 | 10-10-15 Email from Braun | 18 |
| 9 | 10-13-15 Email from Boccuzzi | 19 |
| 11 | 5-6-16 Email from Braun | 20 |
| 14 | Product Labels produced by Blackstone Labs compilation | 21 - 30 |
| 19 | Photographs of Super DMZ 2.0 allegedly purchased from Legendary Supplements | 31 - 37 |
| 20 | 8-29-16 Blackstone Company Roster Email | 38 - 40 |