https://web.archive.org/web/20120904013514/http://www.superdmz.com/

Gov't Exhibit

001

http://www.superdmz.com/   Go

39 captures
4 Sep 2012 – 4 Aug 2019





## SUPER-DMZ Rx 2.0™ - Pro-Anabolic Complex
**Dymethazine & Methylsten**



-**Comparable to Dianabol or Anadrol**
-Increases Lean Muscle Mass
-Increases Strength & Power
-Helps with Cutting (getting lean)
-Does Not Aromatize (convert to estrogen)
-No Bloating or Water Retention

The <u>only</u> Methylsten product on the market!



**ONLY $49.99**

1 Bottle



**Super-DMZ Rx 2.0™ is a newly formulated anabolic "Hardening Stack" engineered and designed to increase, sustain, and strengthen muscularity via multiple pathways. Super-DMZ Rx™ incorporates a combination of two synergistic compounds (Dymethazine & Methylsten) that target multiple receptor sites resulting in dry gains, harder/leaner muscle, and increased vascularity from one workout to the next. Super-DMZ Rx™ will increase lean muscle mass and strength at a level that is comparable to popular anabolic steroids such as Dianabol and Anadrol, the only difference is it's 100% legal!.**

Adobe Flash Player is blocked

## Dymethazine



Featuring unheard of anabolic and myotropic effects, Dimethazine was compared to Methyltestosterone, Oxymethalone, Androstanazole and Testosterone Propionate in their protein-anabolic activity. Dymethazine was shown to have the HIGHEST myotropic (muscle building) effects out of any of the previously named steroids (Methyl-Test, Anadrol, Winstrol, and Testosterone Propionate)! In addition to this, it also displayed an ability to induce a higher rate of Nitrogen retention than Methyl-Test.(1)

In another study performed on Dymethazine, patients were administered Dymethazine for 45+ days. Liver values did not change for 50% of patients, while the other 50% noticed only modest to moderate increases in liver values(2). So, Dymethazine can increase liver values, however nowhere near the current methyl monsters on the market today. This means Dimethazine can be run for 4-6 weeks without the need of expensive liver support supplements.

Hormonal products that give huge strength/weight gains are usually associated with watery or wet gains due to large amounts of aromatization resulting in high levels of estrogen in the body. Too much estrogen can cause severe bloating, fat gain, and even potential growth problems. Dymethazine features 0% ability to aromatize and expresses an extremely weak androgenic activity (3). This means Dimethazine will produce intense gain, has very little to no liver impact, and will cause absolutely no estrogen related side effects.

Move beyond the pro-hormones of yesterday, and step into the future of Designer Steroids with Dimethazine. Consume 1-3 capsules, evenly spaced throughout the day. Do not use Dimethazine for longer than 6 weeks. Immediately begin PCT dosing protocol upon finishing Dymethazine. Wait at least 90 days before running Dimethazine again.

References:

1. Biological activity of dimethazine in the protein-anabolic field. Matscher, R.; Lupo, C.; De, P. Ruggieri. Lab. Ric. Ormonoter. Richter, Milan, Bollettino - Societa Italiana di Biologia Sperimentale (1962), 38 988-90. CODEN: BSIBAC ISSN: 0037-8771. Journal language unavailable. CAN 58:34623 AN 1963:34623 CAPLUS

2. Protracted action of protein anabolism in gynecological oncology and its effect on hepatic function. Dambrosio, F.; Donatelli, G. Fontana. Univ. Milan, Cancro, II (1963), 16(5), 553-604. Journal language unavailable. CAN 62:11656 AN 1965:11656 CAPLUS

3. A new steroid with protein anabolic activity: dimethazine. De Ruggieri, P.; Matscher, R.; Gandolfi, C.; Chiaramonti, D.; Lupo, C.; Pietra, E.; Cavalli, R. Ormonoterap. Richter, Milan, Archivio di Scienze Biologiche (Bologna) (1963), 47(1), 1-19. CODEN: ASBIAL ISSN: 0004-0169. Journal language unavailable. CAN 60:46973 AN 1964:46973 CAPLUS

## Methylstenbolone

In 1966 Methylstenbolone was researched by Searle Laboratories, along with several other compounds; several of which have become well known in the pro-hormones today. Some of the steroids included in this research were Desoxymethyltestosterone (Pheraplex), Methyl-1-Testosterone (M1T), and 17a-methyl-1-androstenediol (M1-Alpha). At the conclusion of this research, the results were compared against several other well known compounds, all of which are still regularly used today. The results of this comparison were shocking, with the researchers commenting that "Even the least active compound in Table 6 (see below) possessed a higher relative myotropic (muscle-building)



potency than previously has been obtained with several clinically interesting compounds, which have been studied under identical conditions, i.e. Oxymetholone (Anadrol), Oxandrolone (Anavar), Stanozolol (Winstrol), and Methandrostenolone (Dianabol).

Even a novice in the world of steroids understands that Anadrol and Dianabol are considered "strong" steroids. In fact, Anadrol was long believed by many to be the most potent oral steroid in the world when it came to adding overall muscle mass. For every single steroid studied in Table 6 to be considered more myotropic than Anadrol, we are indeed looking at a powerful class of compounds. See below:

### Table 6.

Relative oral androgenic and myotropic potency and the ratio of oral to parenteral activity of methyltestosterone and the most active androstane derivatives included in this study.

| Derivative of 17a-methyl-5a-androstan-17b-ol | Average androgenic | Myotropic activity* | Ratio of myotropic | Ratio of oral to |
|---|---|---|---|---|

Gov't Ex 001
Page 3 of 5

| | activity (%) | (a) | to average androgenic activity | parenteral myotropic activity[a] |
|---|---|---|---|---|
| Methyltestosterone (IIe) | 100 | 100 | 1.0 | 70.0 |
| 1-dehydro-3-keto (IIa) | 198 | 910 | 4.6 | 20.0 |
| 1-dehydro-3-keto-2-methyl (IVd) | 124 | 660 | 5.3 | 18.0 |
| 1-dehydro-3b-hydroxy (IIf) | 91 | 420 | 4.2 | 12.0 |
| 2-dehydro (IIIa) | 187 | 1200 | 6.3 | 1.8 |

Key

**IIe:** Methyltestosterone
**IIa:** 1-Methyl-Testosterone
**IVd:** Methylstenbolone
**IIf:** M1-Alpha
**IIIa:** Desoxymethyltestosterone

As you can see by the chart above, Methylstenbolone is over 2/3rd as myotropic as M1T, per mg. In comparison, Superdrol's anabolic rating is about 400, making Methylstenbolone the more potent compound. While a steroid's anabolic/myotropic rating doesn't always directly correlate with its ability to induce size & strength gains (think Anavar), if we use other drugs in this class as a guidepost for what kind of results to expect relative to their myotropic rating, Methylstenbolone can be expected to deliver. Fortunately, we do not have to guess when it comes to this compound's muscle building potential. In terms of lean tissue gain, Methylstenbolone ranks right up there at the top of the heap, likely providing greater gains per mg than any other OTC designer on the market, as well as surpassing nearly every other commonly produced oral steroid, such as Anadrol, Dianabol, etc.

Structurally, Methylstenbolone is an amalgamation between SD & M1T, sharing significant characteristics of both. However, in terms of visual results, Methylstenbolone will more closely resemble Superdrol, providing the user with a hard, dense, and dry appearance to his muscularity. When it comes to strength enhancement, Methylstenbolone will perform impressively, rivaling steroids such as Superdrol and Anadrol. No doubt, this is a compound strength athletes will be able to put to good use. In accordance with other DHT derivatives, Methylstenbolonen also lacks the ability to aromatize to any degree, nor is it capable of 5a-reduction.

Like all methylated prohormones, Methylstenbolone will exhibit some degree of liver toxicity, but when used responsibly, which entails proper dosing and cycle length, this should remain a non-issue. When discussing hair loss, it should be remembered that the likelihood of experiencing this side effect is largely based on the individual's genetic predisposition. Still, Methylstenbolone does not seem to be particularly prone to causing this side effect, being much less likely than Testosterone or Trenbolone to initiate hair loss. Overall, the uses for which this steroid finds itself suitable are numerous. It can be used effectively in off-seasons bodybuilders, pre-contest competitors, or strength athletes all to good effect.

**ONLY $49.99**

1 Bottle



---

**Suggested Use:**

As a dietary supplement, take one (1) to two (2) capsules in divided doses per day, with food.
Use in cycles of 4 weeks only and take at least 8 weeks off in between cycles.

**This product should only be used by healthy adults at least 21 years old. Do not exceed the recommended dose or duration of 4 weeks. Do not use if you are at risk of, or being treated for diabetes, liver problems or high blood pressure. Do not drink alcohol while using this product, and increase daily water intake. This product can negatively affect male fertility. Always Consult your health care professional before using any dietary supplements.**

**Warnings:**
Do not exceed the recommended dose or duration. This product should only be used by healthy adults at least 21 years old. Do no use if pregnant or nursing, or if you are at risk of, or being treated for diabetes, liver problems or high blood pressure. Consult your health care professional before using any dietary supplements.



Gov't Ex 001
Page 5 of 5

| From: | Aaron Singerman <aaronsingerman@me.com> |
|---|---|
| Sent: | Thursday, March 13, 2014 5:14 PM |
| To: | IronMag <robert@panamasafe.com> |
| Cc: | pjbraunfitness@yahoo.com |
| Subject: | Re: Making you aware |

Can you call me please to discuss this?

Aaron Singerman
Chief Executive Officer Blackstone Labs
www.blackstonelabs.com

On Mar 13, 2014, at 1:10 PM, IronMag <robert@panamasafe.com> wrote:

> **I don't think you should panic at this point.**
> My advice would be to blow out all of the MDE as quickly as possible, **run a sale online and to retailers.**
> And basically try and do the same with SDMZ… did you just get another batch made?
> Once you get an FDA letter I would move all of the MDE and SDMZ that is left to a different location
> (in case they show up), and remove them from the website, and sell it to retailers only til its gone.
>
>
> ---------------
> Thanks,
> **Robert DiMaggio**
> **Owner/CEO**
>
> **IronMagLabs Inc.**
> www.ironmaglabs.com
> **992 S. 4th Street**
> **Suite 100-236**
> **Brighton, CO 80601**
> Toll Free: 800.815.3350
> eFax: 815.642.0931
>
> > **From:** Aaron Singerman [mailto:aaronsingerman@me.com]
> > **Sent:** Thursday, March 13, 2014 11:02 AM
> > **To:** IronMag
> > **Subject:** Re: Making you aware
> >
> > Nope. Nothing
> >
> > Aaron Singerman
> > Chief Executive Officer Blackstone Labs
> > www.blackstonelabs.com
> >
> > On Mar 13, 2014, at 12:59 PM, IronMag <robert@panamasafe.com> wrote:
> >
> > > You have not received a letter or visit from the FDA right?
> > >
> > > ---------------
> > > Thanks,
> > > **Robert DiMaggio**
> > > **Owner/CEO**
> > >
> > > **IronMagLabs Inc.**
> > > www.ironmaglabs.com
> > > **992 S. 4th Street**
> > > **Suite 100-236**
> > > **Brighton, CO 80601**
> > > Toll Free: 800.815.3350
> > > eFax: 815.642.0931
> > >
> > > > **From:** Aaron Singerman [mailto:aaronsingerman@me.com]
> > > > **Sent:** Thursday, March 13, 2014 10:48 AM
> > > > **To:** IronMag
> > > > **Subject:** Re: Making you aware
> > > >
> > > > We have some of the old methadrol left... That lot #. All those old lot #s of dmz are gone.
> > > >
> > > > Aaron Singerman
> > > > Chief Executive Officer Blackstone Labs
> > > > www.blackstonelabs.com
> > > >
> > > > On Mar 13, 2014, at 12:33 PM, IronMag <robert@panamasafe.com> wrote:

**Gov't Exhibit**

**003**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BSL-0966674
GOV_01263036

How much of MDE and SDMZ do you have on hand right now?

```
----------------
Thanks,
Robert DiMaggio
Owner/CEO
```

**IronMagLabs Inc.**
www.ironmaglabs.com
**992 S. 4th Street**
**Suite 100-236**
**Brighton, CO 80601**
Toll Free: 800.815.3350
eFax: 815.642.0931

**From:** Aaron Singerman [mailto:aaronsingerman@me.com]
**Sent:** Thursday, March 13, 2014 8:53 AM
**To:** Robert DiMaggio
**Subject:** Fwd: Making you aware

Uh oh....

These were from Drew. What should we do?

Aaron Singerman
Chief Executive Officer Blackstone Labs
www.blackstonelabs.com

Begin forwarded message:

> **From:** Angel Echevarria <angel@primenutrition.com>
> **Date:** March 13, 2014 at 10:51:21 AM EDT
> **To:** Aaron Singerman <aaronsingerman@me.com>
> **Subject: Fwd: Making you aware**
>
>
> Angel Echevarria
> COO- Prime Nutrition
> www.primenutrition.com
> Apply Discount code- "angel" for 20% off your next purchase online.
>
>
> This e-mail message and any attachments hereto are for the sole use of the intended
> recipient(s) and may contain confidential and privileged information. Any
> unauthorized review, use, disclosure or distribution is prohibited. If you are not the
> intended recipient, please contact the sender by reply e-mail and destroy all copies
> of the original message
>
> Begin forwarded message:
>
>
> Wes wanted to make sure you saw this:
>
>
> http://www.accessdata.fda.gov/scripts/enforcement/enforce_rpt-
> Product-Tabs.cfm?action=select&recall_number=D-1150-
> 2014&w=03122014&lang=eng
>
>
> http://www.accessdata.fda.gov/scripts/enforcement/enforce_rpt-
> Product-Tabs.cfm?action=select&recall_number=D-1151-
> 2014&w=03122014&lang=eng
>
>
> http://www.accessdata.fda.gov/scripts/enforcement/enforce_rpt-
> Product-Tabs.cfm?action=select&recall_number=D-1151-
> 2014&w=03122014&lang=eng

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gov't Ex 003**
**Page 2 of 3**

BSL-0966675
GOV_01263037

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   BSL-0966676
GOV_01263038

https://web.archive.org/web/20150915222155/http://www.accessdata.fda.gov/scripts/enforcement/enforce_rpt-Product-Tabs.cfm?action=select&recall_number=D-1150-2014&w=03122014&lang=eng

Gov't Exhibit

004

Gov't Ex 004
Page 1 of 4



Gov't Ex 004
Page 2 of 4

https://web.archive.org/web/20150327092119/http://www.accessdata.fda.gov/scripts/enforcement/enforce_rpt-Product-Tabs.cfm?action=select&recall_number=D-1151-2014&w=03122014&lang=eng

**Gov't Ex 004**
**Page 3 of 4**



## Enforcement Report - Week of March 12, 2014

FDA Home — Enforcement Reports

### Product Detail

| | |
|---|---|
| Product Description | METHA-DROL Extreme capsules, packaged as 60 capsules per bottle Pro-Anabolic Mass Stack Dietary Supplement, Manufactured for Blackstone Labs, Boca Raton, FL |
| Recall Number | D-1151-2014 |
| Classification | Class I |
| Code Info | lot number: L54Q |
| Product Distributed Qty | 5,555 bottles |
| Reason For Recall | Marketed without an Approved NDA/ANDA; product found to contain dimethazine which is a steroid and/or steroid-like drug ingredient, making it an unapproved new drug |

### Event Detail

| | |
|---|---|
| Event Id | 65772 |
| Product Type | Drugs |
| Status | Ongoing |
| Recalling Firm | Mira Health Products Ltd. |
| City | Farmingdale |
| State | NY |
| Country | US |
| Voluntary / Mandated | Voluntary: Firm Initiated |
| Recall Initiation Date | 2013-07-22 |
| Initial Firm Notification of Consignee or Public | Two or more of the following: Email, Fax, Letter, Press Release, Telephone, Visit |
| Distribution Pattern | Nationwide |

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

https://web.archive.org/web/20131110085544/http://store.blackstonelabs.co/?page_id=282

Gov't Exhibit

005

Gov't Ex 005
Page 1 of 3

http://store.blackstonelabs.co/?page_id=282   Go

2 captures
10 Nov 2013 – 24 Mar 2016

NOV **10** 2013   2016



STORE      MAIN SITE      FORUMS      DISTRIBUTORS      STACKS      APPAREL      ABOUT



**Items in cart: 0**
**Subtotal: 0.00**

Sign up for our
Email Newsletter

Email [EXAMPLE@SUBSCRIBE.COM]
SUBSCRIBE

Privacy by SafeSubscribe℠
For Email Newsletters you can trust

# ALPHA-1 MAX™

(IN STOCK NOW!)



## 404 Not Fou



Search

About
  Contact
  Privacy
  Terms
Apparel
Distributors
Forums
Main Site
Stacks
Store
  Alpha-1 Max
  Angel Dust
  Eradicate
  Gear Support
  Growth
  Metha-Drol Extreme
  Super Trenabol
  Super-DMZ Rx
  Trenabol

**PLEASE SELECT QUANTITY:**

ALPHA-1 MAX - 1 BOTTLE $64.99

▶ Add to Cart      ✓ In Stock

**ALPHA-1 MAX™ by BLACKSTONE LABS is a very powerful designer steroid that will illicit significant strength and lean body mass gains in just four short weeks.** This methylated version of 1-AD also has a significant conversion to the exceedingly strong but banned Methyl 1-Testosterone (M1T). M1T was arguably one of the most powerful designer steroids to ever hit the OTC market. Therefore, ALPHA-1 MAX possesses two distinct and powerful anabolic pathways that will produce rapid and profound gains in muscle mass and power if proper weight training and nutrition are in place. Users of ALPHA-1 MAX routinely have reported gains of 12-15 lbs. in just one cycle.



ALPHA-1 MAX™ by BLACKSTONE LABS has been designed for experienced users of anabolic steroids and cycle duration should NOT exceed four weeks. ALPHA-1 MAX does not aromatize which means conversion to estrogen is not a concern. Proper hydration and cycle support is recommended. ALPHA-1 MAX has been purity tested and is the gold standard in Alpha-1 products.

Nomenclature: Methyl-1-Etiocholenolol-Epietiocholanolone (20 mg per capsule) Consume

facebook

You Tube

November 2013
M T W T F S S

**Gov't Ex 005
Page 2 of 3**

capsule twice daily in divided doses.

1 2 3

4 5 6 7 8 9 10

11 12 13 14 15 16 17

18 19 20 21 22 23 24

25 26 27 28 29 30

« Jul



Authorize.Net
Click
Transaction Processing



PayPal
VERIFIED

VISA  MasterCard  DISCOVER



**Suggested Use:**
As a dietary supplement, take one one (1) capsule twice per day with food. Use in cycles of 4-8 weeks only and take a
least 8 weeks off in between cycles.

**This product should only be used by healthy adults at least 21 years old. Do not exceed the recommended dose or
duration of 4 weeks. Do not use if you are at risk of, or being treated for diabetes, liver problems or high blood
pressure. Do not drink alcohol while using this product, and increase daily water intake. This product can
negatively affect male fertility. Always Consult your health care professional before using any dietary
supplements.**

**Warnings:** Do not exceed the recommended dose or duration. This product should only be used by healthy adults at
least 21 years old. Do no use if pregnant or nursing, or if you are at risk of, or being treated for diabetes, liver problems or
high blood pressure. Consult your health care professional before using any dietary supplements.



These statements have not been evaluated by the Food and Drug Administration.
Our products are not intended to diagnose, treat, cure or prevent any disease.
Always consult with your health care professional before using any dietary supplements.

| | |
|---|---|
| **From:** | Christopher Herron <cs@blackstonelabs.com> |
| **Sent:** | Monday, April 20, 2015 10:24 AM |
| **To:** | j███████@yahoo.com |
| **Subject:** | Re: Contact Form | j███ m███ |

No, definitely not. They are both methylated, so that would be murder on your liver. Only take one at a time.

Blackstone Labs Customer Service
cs@blackstonelabs.com

> On Apr 18, 2015, at 6:15 PM, Blackstone Labs Customer Support <cs@blackstonelabs.com> wrote:
>
> Name: j███ m███
> E-mail: j██████████@yahoo.com
> Telephone: ████████
>
> Comment: i was just wanting to ask if it was ok to stack alpha 1 max with super DMZ  2.0?



**Gov't Ex 006**
**Page 1 of 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | PJ Braun <pjbraunfitness@yahoo.com> |
|---|---|
| Sent: | Saturday, August 22, 2015 2:55 PM |
| To: | alex.frekey@blackstonelabs.com |
| Cc: | Aaron Singerman <aaronsingerman@me.com>; James Boccuzzi <jamesbocc@gmail.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com>; Aaron Clark <aaron.clark@blackstonelabs.com> |
| Subject: | Re: EOD Aug 21 |

Good

PJ Braun
President At Blackstone Labs
www.blackstonelabs.com

On Aug 22, 2015, at 10:47 AM, alex.frekey@blackstonelabs.com wrote:

> Moved about 30 units of Fight Pharm Methyl DMZ this week
>
> Sent from my iPhone
>
> On Aug 22, 2015, at 9:45 AM, Aaron Singerman <aaronsingerman@me.com> wrote:
>
>> Exactly!
>>
>> Aaron Singerman
>> CEO of Blackstone Labs
>> CEO of Prime Nutrition
>>
>> On Aug 22, 2015, at 10:44 AM, PJ Braun <pjbraunfitness@yahoo.com> wrote:
>>
>>> I guess tell the people who want pros about Fight pharm right Aaron?
>>>
>>> PJ Braun
>>> President At Blackstone Labs
>>> www.blackstonelabs.com
>>>
>>> On Aug 21, 2015, at 8:22 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
>>>
>>>> EOD
>>>>
>>>> --
>>>> James Boccuzzi
>>>> Blackstone Labs
>>>> Director of sales
>>>> (c) 203-313-5623
>>>>
>>>>
>>>> <End Of Day Recap Form.docx>

Gov't Exhibit

007

Gov't Ex 007
Page 1 of 1

BSL-541363
GOV_01691084

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | PJ Braun <pj@blackstonelabs.com> |
|-------|------------------------------------|
| Sent: | Saturday, October 10, 2015 12:40 PM |
| To: | A██ D██ <a███████@icloud.com> |
| Subject: | Re: Discontinued products |

Don't worry we have some bad ass stuff coming at you in a month... We are always one step ahead.

PJ Braun
President At Blackstone Labs
www.blackstonelabs.com

> On Oct 9, 2015, at 12:37 AM, A██ D██ <a███████████> wrote:
>
> I see. it really sucks that theyre doing all this, all Blackstone labs products have been great
>
> Sent from my iPhone
>
>> On Oct 9, 2015, at 00:35, PJ Braun <pj@blackstonelabs.com> wrote:
>>
>> Although they are not as hard on the system as prohormones, Sarms are under serious federal testing by medical companies. Osterine for instance is in level 2 testing meaning it's considered not safe for human consumption. To sell them as a dietary supplement would be illegal and comparable to putting something like heroin in bottles and selling it.
>>
>> PJ Braun
>> President At Blackstone Labs
>> www.blackstonelabs.com
>>
>>> On Oct 9, 2015, at 12:27 AM, A██ D██ <a███████@icloud.com> wrote:
>>>
>>> what?!?! why?!?? theyre not even prohormones
>>>
>>> Sent from my iPhone
>>>
>>>> On Oct 9, 2015, at 00:19, PJ Braun <pj@blackstonelabs.com> wrote:
>>>>
>>>> Illegal to sell them!
>>>>
>>>> PJ Braun
>>>> President At Blackstone Labs
>>>> www.blackstonelabs.com
>>>>
>>>>> On Oct 8, 2015, at 11:05 PM, A██ D██ <a██████@icloud.com> wrote:
>>>>>
>>>>> Hey PJ, what happened to the mk ultra, lgd elite, ostapure, and pct 4 ?!?!? did they get banned or something?!?!?

Gov't Exhibit

008

BSL-474855

GOV_01624621

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Tuesday, October 13, 2015 11:51 AM |
| To: | Ashley Ventrella <fightpharm@gmail.com>; Anthony Ventrella <anthonyventrella@gmail.com> |
| Cc: | Aaron Singerman <aaronsingerman@me.com> |
| Subject: | Payment for 1000 Ostapure to be entered through Fight Pharm |

Payment for the 1000 ostapure at 30 a piece

1010

A1 Supplements
860 Lakemont Dr
Louisville, TN 37777

PLEASE CONFIRM WHEN SHIPPED

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Exhibit

009

Gov't Ex 009
Page 1 of 1

GOV_00995861

| | |
|---|---|
| **From:** | PJ Braun <pjbraunfitness@yahoo.com> |
| **Sent:** | Friday, May 6, 2016 4:36 PM |
| **To:** | Luis Maldonado <luis@blackstonelabs.com>; David Winsauer <David@primenutrition.com> |
| **Subject:** | Re: Fwd: response and re-pitch to old products, copy and paste this for the future ref |

Good.

On Friday, May 6, 2016 12:34 PM, Luis Maldonado <luis@blackstonelabs.com> wrote:

---------- Forwarded message ----------
From: **Josh Feola** <josh.feola@blackstonelabs.com>
Date: Fri, May 6, 2016 at 11:39 AM
Subject: response and re-pitch to old products, copy and paste this for the future ref
To: Luis Maldonado <luis@blackstonelabs.com>, Jared Brown <jared.brown@blackstonelabs.com>, Billy Gagliardo <billy.gagliardo@blackstonelabs.com>, Sami Ghanem <sami.ghanem@blackstonelabs.com>, Corey Kubico <corey.kubica@blackstonelabs.com>, Brett Lillberg <brett.lillberg@blackstonelabs.com>, Matthew Arroyo <matt.arroyo@blackstonelabs.com>

Unfortunately Super DMZ 2.0 has been discontinued and is in fact Illegal for us to sell so there's no way of telling if its an actual Blackstone Labs product or something else from who knows where, your best bet is to stick to products coming straight from the lab that created them not just with Blackstone Labs but with anything going into your body you want to be 100% sure of where it came from and what's in it and that the dosage is in fact correct. That being said we do have great new products like Chosen 1, Brutal 4ce and AbNORmal which yield absolutely ridiculous results while being non-methylated which means ABSOLUTELY NO LIVER TOXICITY (unlike Super DMZ) so in the long run what we currently have available here at Blackstone labs is going to be the safest and most effective products on the market with the most advanced technology applied to make sure your body can absorb and utilize these compounds at the dosages which have been tested to be most effective! and because you reached out to me I'm going to be able to save you some cash on whatever stack we decide is best geared towards your personal goals by applying our exclusive call center discounts to your order when you are ready brother, send me a text at 707-755-0449 with your name and let me know about this email or just respond back to me on here with your number and I'll give you a ring to get you setup!

--
**Luis Maldonado | Call center Manager**

**Blackstone Labs**
**21218 St Andrews Boulevard Suite 230**
**Boca Raton, FL 33434**
**1-954-778-5049**

**SAVE 10% using code LUIS10**

**Gov't Exhibit**

**011**

BSL-646043
GOV_01795763

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# BLACKSTONE LABS

## DIRECTIONS

As a dietary supplement take one capsule twice per day with food. Do no exceed four weeks of continuous use. Always follow Alpha-1 Max with Eradicate to ensure proper post cycle therapy.

## WARNING

Do not exceed the recommended dose. Keep out of reach of children. Consult your physician before using this dietary supplement. Do not use this product if you are at risk or are being treated for high blood pressure, heart, kidney, thyroid, or psychiatric disease, difficulty in urinating, prostate enlargement, seizure disorder, or stroke.

†These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

# ALPHA-1 MAX

**60 CAPSULES**

DIETARY SUPPLEMENT

**PRO-HYPERTROPHIC**
**UDISPUTED RESULTS**

## SUPPLEMENT FACTS

Serving Size: 1 Capsule
Servings Per Container: 60

| | Amounts Per Servings | %DV* |
|---|---|---|
| **BLACKSTONE LABS** | | |
| Methyl-1-Etiocholenolol-Epietiocholanolone | 20mg | * |

* (DV) Daily Value Based on a 2,000 calorie diet
** Daily Value not established

Other Ingredients: Magnesium Stearate, Silicon Dioxide, Titanium Dioxide



Gov't Exhibit

014

6 16641 80342 1

BSL-158013

BLACKSTONE

Boca Raton, FL 33433
www.BlackStoneLabs.co

Case 9:19-cv-80410-WPD   Document 305-1   Entered on FLSD Docket 12/17/2021   Page 22 of 40



BSL-158088

# BLACKSTONE LABS
## OSTAPURE

### BLACKSTONE LABS

BLACKSTONE LABS
OSTAPURE

## OSTAPURE

**SELECTIVE ANDROGEN RECEPTOR MODULATOR**

### DIRECTIONS OF USAGE

As a dietary supplement, take one (1) per day. For men take one (1) capsule up to three (3) times daily in divided doses. Take no longer than 12 weeks without a 2 week break. Visit our website for additional information and guidance.

### WARNING:

WARNING: Do not exceed the recoomended dose. Keep out of reach of children. Consult your physician before using this dietary supplement. Do not use this product if you are at risi or are being treated for high blood pressure, kidney, thyroid, or pschiatric disease, difficulty urinating, prostate enlargement, anxiety, depression, seizure disorder, or stroke.

DO NOT USE IF SEAL IS DAMANGED OR MISSING SORE IN A COOL , DRY PLACE.

### DISCLAIMER:

†These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

### SUPPLEMENT FACTS

Serving Size: 1 Capsule
Servings Per Container: 90

| | |
|---|---|
| Amount Per Serving | DV%* |
| BSL OSTAPURE (SARM) ((2S)-3-(1-Cyanophenoxy)-N-[4-Cyano-3 [4-Cyano-3-(Trifluoromethyl)Phenyl] -2-methylpropanamide) | 10MG * |

*Daily Value Not Established

Other Ingredients: Rice Flour, Gelatin, Magnesium Stearate, Stearic Acid, Silica

Boca Raton, FL 33433
www.BlackStoneLabs.com

### MANUFACTURED EXCLUSIVELY FOR:

### BLACKSTONE LABS



**90**
**CAPSULES**
DIETARY SUPPLEMENT

**PURE SARM**          **PURE SARM**



6 42125 50259 7

BSL-158024



# BLACKSTONE LABS
## MK ULTRA

# BLACKSTONE LABS

# MK ULTRA

## BLACKSTONE LABS
## MK ULTRA

**DIRECTIONS OF USAGE:**

As a dietary supplement take 1 capsule two times per day with a meal. Do not exceed 2 capsules daily. Visit our website for additional information and guidance.

**WARNING:**

Warning: Not for use by individuals under the age of 18 years. Do not take without first consulting with a licensed healthcare provider. This product should not be taken by women. Do not take this product if you have been diagnosed with androgen-sensitive cancers, high cholesterol or hypertension. Keep this product out of the reach of children.

Do not use if seal is damaged or missing. Store in cool or dry place.

**DISCLAIMER:**

†These Statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## Supplement Facts

Serving Size: 1 Capsule
Servings Per Container: 60

| Amount Per Serving | DV% |
| --- | --- |
| BSL MK ULTRA™ | |
| Ibutamoren (MK-677) 10MG* (R)-1-(2-Methylalanyl-O-Bezyl-D-Seryl)-1-(Methylisulfonyl)-1,2-Dihydrospiro[indole3,4-piperidine] | |
| *Daily Value Not Established | |

Other Ingredients: Rice Flour, Gelatin, Magnesium Stearate, Stearic Acid, Silica

Boca Raton, FL 33433
www.BlackStoneLabs.com

**MANUFACTURED EXCLUSIVELY FOR:**

## BLACKSTONE LABS

THE GAME CHANGER

# 60 CAPSULES

**DRY HARD GAINS**          **DRY HARD GAINS**



6 38458 71353 3

BSL-157978



**BLACKSTONE LABS**

**LGD ELITE**

**BLACKSTONE LABS**

**BLACKSTONE LABS**

**LGD ELITE**

## DIRECTIONS OF USAGE:

As a dietary supplement take 1 capsule two times per day with a meal. Do not exceed 2 capsules daily. Visit our website for additional information and guidance.

## WARNING:

Warning: Not for use by individuals under the age of 18 years. Do not take without first consulting with a licensed healthcare provider. This product should not be taken by women. Do not take this product if you have been diagnosed with androgen-sensitive cancers, high cholesterol or hypertension.  Keep this product out of the reach of children.

Do not use if seal is damaged or missing. Store in cool or dry place.

## DISCLAIMER:

†These Statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

### Supplement Facts
Serving Size: 1 Capsule
Servings Per Container: 90

| Amount Per Serving | DV% |
|---|---|
| **BSL LGD-ELITE™** | |
| 4-((R)-2-((R)-2,2,2-Trifluoro-1-Hydroxyeth-yl)Pyrrolidin-1-1-yl)-2-TrifluoroMethyl)Benzonitrile     3MG* | |

*Daily Value Not Established

Other Ingredients: Rice Flour, Gelatin, Magnesium Stearate, Stearic Acid, Silica

Boca Raton, FL 33433
www.BlackStoneLabs.com

MANUFACTURED EXCLUSIVELY FOR:

**BLACKSTONE LABS**

**MAXIMUM GAINS**

**90 CAPSULES**

**MAXIMUM GAINS**

6 38458 71354 0

BSL-158017



# BLACKSTONE LABS
## PCT IV

### DIRECTIONS OF USAGE:
As an Anabolic Growth Agent, take 1 capsule two times per day with a meal. DO NOT exceed 2 capsules daily. Visit our website for additional information and guidance.

IMPROVES ENERGY AND LIBIDO†
IMPROVED MOOD AND MEMORY†
REDUCES BODY FAT AND INCREASES LEAN MASS†
ANTIAROMATASE INHIBITOR / SARM†
TESTOSTERONE BOOSTER AND DHT BLOCKER†

### WARNING:
KEEP OUT OF REACH OF CHILDREN. This product is only intended to be consumed by healthy adults 21 years of age or older. Before using this product, seek advice from a physician. Avoid using this product if you have any pre-existing medical condition including but not limited to: high or low blood pressure, cardiac arrhythmia, stroke, heart, liver, kidney, or thyroid disease, seizure disorder, psychiatric disease, diabetes, difficulty urinating due to prostate enlargement. Store in a cool and dry place away from moisture and sunlight.

†These statements have not been evaluated by the Food & Drug Administration. This product is not intended to, cure or prevent, any disease.

## BLACKSTONE LABS
### PCT IV

### SUPPLEMENT FACTS
Serving Size: 1 Capsule (459.2MG)
Servings Per Container: 60

| Amount Per Serving | DV%* |
|---|---|

**POST CYCLE THERAPY MATRIX **

| | |
|---|---|
| Ostarine | 12mg |
| Androst 3,5-dien-7,17-dione | 37.5mg |
| Tribulus Terresteris | 250mg |
| Saw Palmetto | 160mg |

*(DV) Daily Value Based on a 2,000 calorie diet.
** Daily Value Not Established

Other Ingredients: Magnesium Stearate, Rice Flour, Gelatine (Capsule)



6  16641 80356  8

Boca Raton, FL 33433
www.BlackStoneLabs.com

MANUFACTURED EXCLUSIVELY FOR:
### BLACKSTONE LABS

## PCT IV
### POST CYCLE THERAPY TETRAPLEXX

THE SHORTCUT TO EVOLUTION

**60** CAPSULES
DIETARY SUPPLEMENT

THE SHORTCUT TO EVOLUTION

BSL-157940



**DIRECTIONS** As a dietary supplement take (1) scoop 30 minutes prior to workout. Due to extreme potency user may wish to begin by consuming (1/2) scoop to assess tolerance. On non training days take one serving first thing in the morning.

SHREDDED MUSCLE PUMPS+
EXPLOSIVE STRENGTH AND POWER+
EXTREME ENERGY RELEASE+
ENHANCE ATHLETIC PERFORMANCE+
RAPID NUTRIENT ADSORPTION+

**WARNING** Not for use by individuals under the age of 18 years. Do not use if you are pregnant or nursing. Individuals who consume caffeine with this product may experience serious adverse health effects. Individuals who are sensitive to the effects of caffeine should consult a licensed health care professional before consuming this product. In case of accidental overdose, seek professional assistance or contact a poison control center immediately. Avoid alcohol while taking this product. Do not exceed recommended serving. Exceeding recommended serving may cause serious adverse health effects, including heart attack and stroke. Discontinue use and call a physician or licensed qualified healthcare professional immediately if you experience rapid heart beat, dizziness, severe headache, shortness of breath, or other similar symptoms. Improper use of this product may be hazardous to a person's health. Exceeding recommended serving will not improve results.

†These Statements have not been evaluated by the Food and Drug Administration. This product is not intended to, treat, cure, or prevent any disease.

# BLACKSTONE LABS

# ANGEL DUST

## EXTREME PRE-WORKOUT FORMULA

DIETARY SUPPLEMENTS
30 SERVINGS

Cut With WATERMELON

INCREASED MENTAL ACUITY

NATURAL & ARTIFICIAL

## Supplement Facts

Serving Size: 9grams (1 Rounded scoop)
Servings Per Container:30

| | Amount Per Servings | %DV ** |
|---|---|---|
| Angel Dust* Proprietary Blend : | 7,500mg* | |

Creatine, Beta Alanine, Taurine, N-Acetyl L-Tyrosine, Mucuna AAKG, D-Aspartic Acid, Betaine Anhydrous, Agmatine Sulfate, Caffeine, 1-3 Dimethyl-amylamine, Green Tea Extract

*(DV) Daily Value Based on a 2,000 Calorie diet
** Daily Value not establised.

Other Ingredients:Malic Acid, Natural and Artificial flavors, Acesulfame-k, Silicon Dioxide

KEEP OUT OF REACH OF CHILDREN.DO NOT USE IF SAFETY SEAL IS DAMAGED OR MISSING.

### BLACKSTONE LABS

Boca Raton, FL 33433
www.BlackStoneLabs.co

BSL-157930



# BLACKSTONE LABS
## HALO ELITE

### DIRECTIONS OF USAGE

As a dietary supplement, take one (1) to two (2) capsules per day with food. Use in cycles of 4 weeks taking at least 4 weeks off in between cycles. Post Cycle Therapy (PCT) is recommended after completion of a cycle. Visit our website for additional PCT information and guidance.

### WARNING:

WARNING: KEEP OUT OF REACH OF CHILDREN. Do not use this product if you are at risk for or are being treated for high blood pressure, heart, kidney, thyroid or psychiatric disease, anxiety, depression, seizure disorders, strokes or any other medical conditions. Do not take this product if you are using anti-depressant, MAO/MAOI inhibitors or any other prescriptions drugs. Not for use by women or by any person under the age of 21. Keep away from children. This product may elevate serum hormone levels wich could produce positive results if you are subject to NCAA testing. For use by healthy individuals only.

DO NOT USE IF SEAL IS DAMAGED OR MISSING SORE IN A COOL , DRY PLACE.

### DISCLAIMER:

1These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treats, cure, or prevent any disease.

# BLACKSTONE LABS
## HALO ELITE

### SUPPLEMENT FACTS

Serving Size:1 Capsule
Servings Per Container: 60

Amount Per Serving   DV%

4-chloro-17a-methyl-androst-1, 4-dine-3, 17b-dion    50 mg

*(DV) Daily Value Based on a 2,000 calorie diet.
** Daily Value Not Established

Other Ingredients: Magnesium Stearate, Silicon Dioxide, Titanium Dioxide.



Boca Raton, FL 33433
www.BlackStoneLabs.com

## HALO ELITE
### MAXIMUM PERFORMANCE

# 60
CAPSULES

DIETARY SUPPLEMENT

**BSL-158012**

# BLACKSTON LABS SUPER-TRENABOL

# BLACKSTONE LABS

# SUPER TRENABOL

## 90 CAPSULES
### DIETARY SUPPLEMENT

## DIRECTIONS

As a dietary supplement, take one (1) to two (2) capsules per day with food . Use in cycles of 4 weeks taking at least 4 weeks off in between cycles. Post Cycle Therapy (PCT) is highly recommended after completion of a cycle. Visit our website for additional PCT information and guidance.

DO NOT USE IF SEAL IS DAMAGED OR MISSING.
STORE IN A COOL, DRY PLACE

## WARNING

Do not exceed the recommended dose. Keep out of reach of children. Consult your physician before using this dietary supplement. Do not use this product if you are at risk or are being treated for high blood pressure, heart, kidney, thyroid, or psychiatric disease, difficulty in urinating, prostate enlargement, seizure disorder, or stroke.

†These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## SUPPLEMENTS FACTS
Serving Size: 1 Capsule
Servings per Container: 90

| | Amount per serving | % DV * |
|---|---|---|
| Estra-4,9,11-triene-3,17-dione | 20mg | * |

\* (DV) Daily Value Based on a 2,000 calorie diet
\* \* Daily Value not established

Other Ingredients: Magnesium Stearate, Silicon Dioxide, Titanium Dioxide.



6 32963 99339 8

BLACKSTONE

BSL-158014

Boca Raton, FL 33433
www.BlackStoneLabs.co



## BLACKSTONE LABS
### EPI SMASH ™

**DIRECTIONS OF USAGE:**
As a dietary supplement, take one (1) to three (3) capsules per day with food. Use in cycles of 4 weeks taking at least 4 weeks off in between cycles. Post Cycle Therapy (PCT) is recommended after completion of a cycle. Visit our website for additional PCT information and guidance.

**WARNING:**
Do not exceed the recommended dose. This product should not be used by anyone under the age of 21. Do not use if pregnant or nursing, or if you are at risk of, or being treated for diabetes or high blood pressure. Consult your health care professional before using any dietary supplements.

†These statements have not been evaluated by the Food & Drug Administration. This product is not intended to, cure or prevent, any disease.

## BLACKSTONE LABS
### EPI SMASH ™

**SUPPLEMENT FACTS**
Serving Size:1 Capsule
Servings Per Container: 90

| Amount Per Serving | DV% |
|---|---|
| 6a-Chloro-androst-4-en-17b-ol-3-one | 30mg |
| 2a, 3a-epithio17a methyl-17b-hydroxy-5a-andrstane | 10mg |

*(DV) Daily Value Based on a 2,000 calorie diet.
** Daily Value Not Established

Other Ingredients: Magnesium Stearate, Silicon Dioxide, Titanium Dioxide.

Boca Raton, FL 33433
www.BlackStoneLabs.co

**BLACKSTONE** LABS

**DISCONTINUED**

**SMASH WEIGHTS**

**90 CAPSULES**
DIETARY SUPPLEMENT

**STACK PLATES**

BSL-157941




US POSTAGE & FEES PAID
5 OZ FIRST-CLASS PKG RATE
NO SURCHARGE
COMMERCIAL BASE PRICING

062S0009564623
7556878
FROM 72501

stamps.com
09/08/2016

# USPS FIRST CLASS MAIL®

Legendary Supplements
Legendary Supplements
70 Batesville Blvd.
Suite A
Batesville AR 72501

**34**

SHIP
TO:   CHRIS ROMANO
██████████████████████
PLANTATION FL 33322

## USPS TRACKING #



9400 1116 9900 0739 4936 85

Gov't Exhibit

019








**BLACKSTONE LABS**

# SUPER DMZ RX2

## SUPPLEMENT FACTS

Serving Size: 1 Capsule
Servings Per Container: 60

| Amount Per Serving | DV%* |
|---|---|
| 2,17a-dimethyl-17b-hydroxy-5a androst-1-en-3-one | 10 mg * |
| 17 beta hydroxy2alpha, 17beta -dimethyl 5 alpha-androstan 3-one azine | 10 mg * |

\* Daily Value Not Established

Other Ingredients: Magnesium Stearate, Rice Flour, Gelatine (Capsule)

MANUFACTURED EXCLUSIVELY FOR:

**BLACKSTONE LABS**

Boca Raton, FL 33433
www.BlackStoneLabs.com

* Daily Value Not ~~Established~~

Other Ingredients: Magnesium Stearate, Rice Flour, Gelatin (Capsule)

7  98304  03911

MANUFACTURED EXCLUSIVELY FOR

BLAC~~KSTO~~NE

Boca Raton, FL 33431
www.BlackStoneLabs.com



# BLACKSTONE LABS

## SUPER DMZ RX2.0

**DIRECTIONS OF USAGE:**
As a dietary supplement, take one (1) to two (2) capsules in divided doses per day, with food. Use in cycles of 4 weeks only and take at least 4 weeks off in between cycles.. Visit our website for additional information and guidance.

**WARNING:**

EXP 05/18

KEEP OUT OF REACH OF CHILDREN. Do not use this product if you are at risk for or are being treated for high blood pressure, heart, kidney, thyroid, or psychiatric disease, anxiety, depression, seizure disorders, strokes or any other medical conditions. Do not take this product if you are using anti-depressant, MAO/MAOI inhibitors or any other prescriptions drugs. Not for use by women or by any person under the age of 21. Keep away from children. This product may elevate serum hormone levels which could produce positive results if you are subject to NCAA testing. For use by healthy individuals only.

LOT 3155

†These statements have not been evaluated by the Food & Drug Administration. This product is not intended to treat, cure or prevent any disease.

| From: | Ryan Burk <ryan.burk@blackstonelabs.com> |
|---|---|
| Sent: | Monday, August 29, 2016 9:30 PM |
| To: | PJ Braun <pj@blackstonelabs.com>; pjbraunfitness@yahoo.com |
| Cc: | David Winsauer <david@blackstonelabs.com> |
| Subject: | Company Roster |

As per your request, I have written up the company roster. Please let me know if I have excluded anyone, or if any changes need to be made.

**Company Roster**

**Chris Herron**
Christopher Herron is the head of customer service. His duties include answering all customer service-related duties. Additionally, he manages the time clock, system website content/articles, and handles all IT-related issues. He loves ranch dressing.

**PJ Braun**
President and CEO, PJ built Blackstone Labs from the ground up, starting off in the spare bedroom of a modest apartment. He has since been featured in Inc. 500's top 500 fastest-growing companies in the United States, coming in at number 27. He was a former professional bodybuilder, personal trainer, and loves animals.

**Trevor Fyfe**
Trevor is our social media manager, running all of Blackstone Labs' various social media outlets. He produces content for all accounts, manages all athletes (liaison), does videography, and assists with customer service by responding to inquiries on all social media accounts.

**Celeste Braun**
CEO and founder of Celestial Bodiez. Celeste spends the majority of her day paying out invoices, designing new styles of clothes, making inventory assessments, and ordering material to be used in manufacturing. She loves 90's hip-hop.

**Mike Trujillo**
Mike works in the marketing department, specifically tasked with created graphics for Facebook, Instagram, and all company websites. He also produces graphics for all print media, including magazine ads, sell sheets, store fixtures, vinyl banners, etc.

**David Winsauer**
David currently serves as Vice-President of Blackstone Labs. He began as an outsourced internet marketer before being brought on full-time as director of marketing. His tireless dedication to his work and novel approach to branding and engaging markets has directly led to the massive growth of the company. He loves flamingos and steak.

**Grant Roberts**
Grant Roberts currently sits as director of visual content and development. He was recently promoted from Blackstone Labs' internal marketing team, showing clear prowess in creating compelling images that suit the company's aesthetic. He is tasked with oversight of all graphic design, creating and designing labels for all products, and creating further graphic content. He has a penchant for the occult and video games,

**Eric Young**

Gov't Exhibit

020

Gov't Ex 020
Page 1 of 3

BSL-1011563

GOV_01307925

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Eric Young serves as Blackstone Labs' own internal videographer. He records any and all video content to be used across all affiliated companies and Blackstone Labs. He routinely shoots models, sponsored athletes, etc. He is also tasked with editing the majority of all video content, with help from Trevor Fyfe. He was promoted internally, previously serving as manager of the Blackstone Labs Call Center.

**Salvina Vitale**
Salvina, or Salvi, serves as personal assistant to PJ Braun. Her daily activities include managing all of PJ's various appointments and meetings, of which there are many, scheduling athlete appearances, and assisting in running payroll. She often takes on the majority of unclassifiable tasks to be undertaken. She loves dogs.

**Chris Evangelista**
Chris Evangelista serves as vice-president of affiliate company Prime Nutrition, taking care of all needs and direction for that company. He also manages and oversees Blackstone Labs' wholesale team, taking the reins and driving them to get all company products into brick and mortar stores and gyms across the country. He is a former professional bodybuilder and also acts as a foster parent for rescue dogs in need.

**Luis Maldonado**
Luis currently manages and oversees the Blackstone Labs internal call center. Under his direction, the call center has seen unbound growth, steadily breaking sales records month after month. He undertakes policy decisions, incentives, and all matters relating to his sales team. He loves EDM.

**JR Newton**
JR serves as head of Blackstone Labs ever-growing shipping department. He handles logistics, policy, and any and all things related to moving product in and out of our warehouse. He is also PJs step-father and all-around great guy.

**Ryan Burk**
Ryan Burk currently serves as lead content writer, where he creates, edits, and researches all things related to text content for Blackstone Labs and all affiliated companies. He often must find new and exciting ways to gauge previously untapped markets while establishing and reaffirming Blackstone Labs' image and marketing tone and voice. He also writes up all internal policy notifications and letters, as well as letters of contact to international authorities. He has also authored the company credo/company letter. He loves cats, pizza, boxing, and the truly absurd.

**James Bocuzzi**
James represents the wholesaling team at Blackstone Labs. He often sets incredible sales records himself while also directing his own wholesaling team. Under his tutelage, his team manages to creates expansive profit margins for the company, moving an unintelligible number amount of product out of the warehouse each month. Originally from Connecticut, his is now known colloquially as "Boca James" and drives a jaw-dropping Lamborghini.

**Michael Torres**
Michael Torres serves as shipping manager in the Blackstone Labs warehouse. He caters to the needs of the shipping team, as well as directing them on how to most-efficiently handle the in-and-out flow of products in the warehouse. He loves pirates, rum, kittens, and has arguable the best beard in the company.

**Brittany Smith**
Brittany serves as inventory manager to Celestial Bodies. She receives, packs, and ships each order, while also maintains all company records. She loves dogs and is an aspiring fitness model herself.

**Claudia Quintana**

Gov't Ex 020
Page 2 of 3
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
BSL-1011564
GOV_01307926

Claudia is a part of the Blackstone Labs internal marketing team. She serves the interests of the graphics department, working alongside of Mike Trujillo in creating graphic content for all print media, including magazine ads, sell sheets, store fixtures, vinyl banners, etc. She is originally from Cuba and makes an excellent espresso.

**Matt Rossi**
Matt Rossi is the digital marketing manager for Blackstone Labs. He runs all Google adwords advertising campaigns, as well as Facebook marketing, Paypal accounts, and overseeing content marketing/SEO. He also runs Rossi's Snack Racket, a licensed LLC with the sole purpose of providing the company with an easily-accessible internal store in which to buy drinks and snacks at their convenience.

**Clay Hodges**
Clay serves as inventory management, keeping track and accounting for the movement of all products going in and out of the warehouse, It is his responsibility to ensure that all sales obligations are met, and when to order more product.

**Chris Niemczyk**
Chris acts as vice-president of international sales. He accommodates and meets the needs of any and all things related to the sale and movement of Blackstone Labs products on the international market. He often serves the needs of customs, shipping-related costs, logistics, and currency-related issues.


--
Ryan Burk | **Digital Marketing Manager/Content Writer**
Blackstone Labs
**1090 Holland Drive, Suite 2**
**Boca Raton, FL 33434**

**Follow Us On Facebook & Instagram**

**Gov't Ex 020**
**Page 3 of 3**
BSL-1011565
GOV_01307927
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER