

Date: June 29, 2015
Invoice #:
Customer ID:

To:  **GOLD COAST NUTRITION**
**1519 NEWCASTLE STREET**
**BRUNSWICK, GA. 31520**

Ship to:

| Salesperson | Job | Shipping Method | Shipping Terms | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|

| Qty | Item # | Description | | Unit Price | | Discount | Line Total |
|---|---|---|---|---|---|---|---|
| 6.00 | | dmz | | $ | 30.00 | | $ 180.00 |
| 6.00 | | alm | | | 30.00 | | 180.00 |
| 6.00 | | pct | | | 30.00 | | 180.00 |
| 3.00 | | cobra | | | 20.00 | | 60.00 |

+1  dmz
+1  Alm
+1  pct
——————
+1  Stolf
        Aug D.

Total Discount

Subtotal $  600.00
Sales Tax
Total  $  **600.00**

Thank you for your business!


Gov't Exhibit
750



Date:              July 15, 2015
Invoice #:
Customer ID:

To:    **GOLD COAST NUTRITION**    Ship to:
       **1519 NEWCASTLE STREET**
       **BRUNSWICK, GA. 31520**

| Salesperson | Job | Shipping Method | Shipping Terms | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|

| Qty | Item # | Description | | Unit Price | | Discount | Line Total | |
|---|---|---|---|---|---|---|---|---|
| 6.00 | | glm | $ | 28.00 | | | $ | 168.00 |
| 6.00 | | dmz | | 30.00 | | | | 180.00 |
| 6.00 | | jubb | | 20.00 | | | | 120.00 |

Total Discount

Subtotal $   468.00
Sales Tax
Total $   **468.00**

Thank you for your business!

Gov't Ex 750
Page 2 of 6
GOV_00053722



Date: August 18, 2015
Invoice #:
Customer ID:

To: **GOLD COAST NUTRITION**
**1519 NEWCASTLE STREET**
**BRUNSWICK, GA, 31520**

Ship to:

| Salesperson | Job | Shipping Method | Shipping Terms | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|

| Qty | Item # | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| 6.00 | | dmz | $ 28.00 | | $ 168.00 |
| 6.00 | | alm | 30.00 | | 180.00 |
| 2.00 | | cobra ex | 22.00 | | 44.00 |

Total Discount

| | | |
|---|---|---|
| Subtotal | $ | 392.00 |
| Sales Tax | | |
| **Total** | **$** | **392.00** |

Thank you for your business!



Date:                 August 21, 2015
Invoice #:
Customer ID:

To:    GOLD COAST NUTRITION          Ship to:
       1519 NEWCASTLE STREET
       BRUNSWICK, GA. 31520

| Salesperson | Job | Shipping Method | Shipping Terms | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|
| | | | | | | |

| Qty | Item # | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| 6.00 | | alm | $ 30.00 | | $ 180.00 |
| 6.00 | | apex | 34.00 | | 204.00 |

Total Discount

Subtotal    $     384.00
Sales Tax
Total    $    **384.00**

Thank you for your business!



Date: ##########
Invoice #:
Customer ID:

To: GOLD COAST NUTRITION
1519 NEWCASTLE STREET
BRUNSWICK, GA. 31520

Ship to:

| Salesperson | Job | Shipping Method | Shipping Terms | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|

| Qty | Item # | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| 6.00 | 2572 | aim | $ 30.00 | | $ 180.00 |
| 6.00 | 2915 | apex | 34.00 | | 204.00 |
| 2.00 | | dust o | 20.00 | | 40.00 |

Total Discount

| | | |
|---|---|---|
| Subtotal | $ | 424.00 |
| Sales Tax | | |
| **Total** | **$** | **424.00** |

Thank you for your business!



Blackstone Labs GOLD COAST NUTRITION
1519 NEWCASTLE STREET
BRUNSWICK, GA. 31520

# Invoice

| Order Date | Invoice # |
|---|---|
| 1/27/2016 12:33 PM | SF11058 |

| Bill To: | Ship To: |
|---|---|
| Gold Coast Nutrition | Gold Coast Nutrition |
| | 1519 Newcastle St. |
| GA 31525 | Brunswick, 31520 |
| | US |

| Purchase Order Number | Terms | Ship Date | Type of Payment |
|---|---|---|---|
| | | | MasterCard |

| SKU | Product Title | Quantity | Unit Price | Order Line Total |
|---|---|---|---|---|
| A1M | Alpha 1 Max™ | 8 | $26.00 | $208.00 |
| GROWTH | Growth™ | 6 | $24.00 | $144.00 |
| BSL-WRISTBAND | Ultra-Thick 6" Wristband | 1 | $0.00 | $0.00 |

Notes:

| | |
|---|---|
| Sub-Total: | $352.00 |
| Tax: | $0.00 |
| Total: | $352.00 |
| Payments: | $352.00 |
| Balance Due: | $0.00 |

**From:**       James Boccuzzi <jamesbocc@gmail.com>
**Sent:**       Wednesday, October 7, 2015 12:27 PM
**To:**         PJ Braun <pjbraunfitness@yahoo.com>
**Subject:**    Re: **** Gold Coast Oct 7 ****

Jodie really has all of my contacts

On Wed, Oct 7, 2015 at 12:23 PM, PJ Braun <pjbraunfitness@yahoo.com> wrote:

Good job now go sell some fucking prime!

On Wednesday, October 7, 2015 12:12 PM, Jodie Minear <jodie@primenutrition.com> wrote:

Just killin it…

Jodie Minear
Regional Sales Manager
Office# (561)503-2518
Cell# (281)702-2691
Jodie@primenutrition.com
www.primenutrition.com



On Oct 7, 2015, at 11:10 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:

## Order SF7871

Email Address: abcc4@primenutrition.com

#### Billing Information

| Gold Coast Nutrition | z |
| | | | |

#### Shipping Information

| Gold Coast Nutrition | z |
| 1519 newcastle st | brunswick | GA | 31520 | US |

#### Order Information

| SKU | Title | Quantity | Price | Total |
|------|-------|----------|-------|-------|
| APEX | Apex Male | 6 | $34.00 | $204.00 |
| APEX | Apex Male | 1 | $0.00 | $0.00 |
| A1M | Alpha 1 Max™ | 6 | $30.00 | $180.00 |
| A1M | Alpha 1 Max™ | 1 | $0.00 | $0.00 |

| Subtotal | $384.00 | | |
| | Discount | $0.00 $0.00 $0.00 | |
| | | Shipping | Tax |
| **Order Total** | **$384.00** | | |

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**751**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00175269

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 751
Page 2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00175270

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Monday, December 7, 2015 2:59 PM |
| To: | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Richard Newton <jr@blackstonelabs.com>; Howard Gaines <howard@blackstonelabs.com>; Matthew Rossi <matt.rossi@primenutrition.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com>; Aaron Clark <aaron.clark@blackstonelabs.com>; Alex Frekey <alex.frekey@blackstonelabs.com>; Jodie Minear <jodie@primenutrition.com>; Chris Evangelista <chris@primenutrition.com> |
| Subject: | ***** Gold Coast Dec 7 **** |

384 Charged

## Order SF9721

**Email Address:** gcn.keg@comcast.net

**Billing Information**

| Gold Coast | Nutrition | | | |
|---|---|---|---|---|
| | | | | |

**Shipping Information**

| Gold Coast | Nutrition | | | |
|---|---|---|---|---|
| 1519 Newcastle St | Brunswick | GA | 31520 | US |

**Order Information**

| SKU | Title | Quantity | Price | |
|---|---|---|---|---|
| A1M | Alpha 1 Max™ | 6 | $30.00 | $18 |
| A1M | Alpha 1 Max™ | 1 | $0.00 | $0.0 |
| APEX | Apex Male | 6 | $30.00 | $18 |
| APEX | Apex Male | 1 | $0.00 | $0.0 |

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**752**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    GOV_00137235

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Tuesday, December 22, 2015 2:28 PM |
| To: | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Richard Newton <jr@blackstonelabs.com>; Howard Gaines <howard@blackstonelabs.com>; Matthew Rossi <matt.rossi@primenutrition.com> |
| Subject: | **** Gold Coast Dec 21 **** |

## Order SF10095

**Email Address:** gcn.keg@comcast.net

**Billing Information**

| Gold Coast | Nutrition |
|---|---|
| | |

**Shipping Information**

| Gold Coast | Nutrition | | | |
|---|---|---|---|---|
| 1519 Newcastle St | Brunswick | GA | 31520 | US |

### Order Information

| SKU | Title | Quantity | Price | To |
|---|---|---|---|---|
| B4C | Brutal 4ce | 4 | $40.00 | $160.00 |
| CH1 | Chosen 1 | 2 | $40.00 | $80.00 |
| A1M | Alpha 1 Max™ | 6 | $30.00 | $180.00 |
| A1M | Alpha 1 Max™ | 1 | $0.00 | $0.00 |
| CH1 | Chosen 1 | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Subtotal | $420.00 | |
| | Discount | $0.00 $0.00 $0.00 |
| | Shipping | Tax |
| **Order Total** | **$420.00** | |

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Exhibit

753

Gov't Ex 753
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00139227

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Friday, June 6, 2014 1:38 PM |
| **To:** | GCN.KEQ <gcn.keq@comcast.net> |
| **Subject:** | Re: blackstone labs |

Defcon1 - $17

Angel Dust - $18

PCT4, Super Tren , Alpha 1 Max, EpiSmash, Apex Male I will give to you for $30

Super DMZ $28

Eradicate $23

Growth $21

Cobra 6P - $21

OptiBurn - $17

On Fri, Jun 6, 2014 at 1:32 PM, GCN.KEQ <gcn.keq@comcast.net> wrote:
> Hey James... give me a call... I may want to place an order next week... need to go over pricing..!
>
> Thanks, Kel
> 912-342-7447
>
> ---
>
> **From:** "James Boccuzzi" <jamesbocc@gmail.com>
> **To:** "Kel Q" <gcn.keq@comcast.net>
> **Sent:** Wednesday, June 4, 2014 2:41:54 PM
> **Subject:** blackstone labs
>
> Kel,
>
> Check out the website
>
> www.blackstonelabs.co
>
> Let me know what you think looks good and we can work up some pricing.
>
> Have a good weekend.
>
> - James

Gov't Exhibit

754

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00208759

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Monday, January 12, 2015 8:42 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; jr@primenutrition.com; Connor BSL <connor@blackstonelabs.com>; <cs@blackstonelabs.com> Customer Support; Aaron Clark <aaron.clark@blackstonelabs.com> |
| **Subject:** | **** Gold Coast Nutrition jan 12 **** |

---

7 ALPHA
7 DMZ
7 PCT4
SAMPLES

Transaction ID: 6831361596
Payment Method: XXXX5411
Amount: 528.00

Sent to
Gold Coast Nutrition
1519 Newcastle St, Brunswick, GA 31520

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**755**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BSL-545461
GOV_01695182

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Thursday, November 19, 2015 1:30 PM |
| To: | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Matthew Rossi <matt.rossi@primenutrition.com>; Howard Gaines <howard@blackstonelabs.com>; Richard Newton <jr@blackstonelabs.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com>; Aaron Clark <aaron.clark@blackstonelabs.com>; Alex Frekey <alex.frekey@blackstonelabs.com>; Jodie Minear <jodie@primenutrition.com>; Chris Evangelista <chris@primenutrition.com> |
| Subject: | **** GOLD COAST NOV 19 **** |

## Order SF9183

**Email Address:** gcn.keg@comcast.net

**Billing Information**

| Gold Coast | Nutrition |
|---|---|
| | | | | |

**Shipping Information**

| Gold Coast | Nutrition |
|---|---|
| 1519 Newcastle St | Brunswick | GA | 31520 | US |

### Order Information

| SKU | Title | Quantity | Price | |
|---|---|---|---|---|
| A1M | Alpha 1 Max™ | 6 | $30.00 | $180.0 |
| A1M | Alpha 1 Max™ | 1 | $0.00 | $0.00 |
| ERD | Eradicate™ | 6 | $25.00 | $150.0 |
| ERD | Eradicate™ | 1 | $0.00 | $0.00 |

| Subtotal | $330.00 | | | |
|---|---|---|---|---|
| | Discount | $0.00 | $0.00 | $0.00 |
| | | Shipping | | Tax |
| **Order Total** | **$330.00** | | | |

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**756**

**Gov't Ex 756**
**Page 1 of 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00135650

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| **Sent:** | Tuesday, September 9, 2014 3:18 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Angel Echevarria <Angel@blackstonelabs.com>; jr@primenutrition.com; Connor BSL <connor@blackstonelabs.com> |
| **Subject:** | ***** Gold coast Sep 9 ***** |

2 Hype Orange
2 HYPE fruit punch
4 DMZ
4 Halo Elite
4 Alpha 1
3 Angel Dust Red ice
2 Shaker cups blackstone


Transaction ID: 6483711778
Payment Method: XXXX5411

Amount: 424.00

Sent to
Gold Coast Nutrition
1519 Newcastle St, Brunswick, GA 31520

Gov't Exhibit

757

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00220860

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| **Sent:** | Monday, December 1, 2014 4:24 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; jr@primenutrition.com; Connor BSL <connor@blackstonelabs.com>; Timbo Holmes <timbo@blackstonelabs.com>; <cs@blackstonelabs.com> Customer Support |
| **Subject:** | ***** Gold Coast Dec 1 ***** |

4 epi
2 tren
2 eradicate
2 alpha
2 halo
1 metha quad

Transaction ID: 6714207092
Payment Method: XXXX5411

Amount: 350.00

Sent to
Gold Coast Nutrition
1519 Newcastle St, Brunswick, GA 31520

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**758**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00240105

| From: | James Boccuzzi <jamesbocc@gmail.com> |
| Sent: | Tuesday, February 24, 2015 2:54 AM |
| To: | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Aaron Clark <aaron.clark@blackstonelabs.com>; Connor BSL <connor@blackstonelabs.com> |
| Subject: | James End Of Day Feb 23 |
| Attach: | EOD FEB 23.docx |

Guys great job on these today.  Remember these are here to help all of us be a better team and company, do not be afraid to express yourself in these reports.


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**759**

Gov't Ex 759
Page 1 of 2

BSL-0987863
GOV_01284225

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

End Of Day Recap

- Sales closed today – 18

- Sales closed this week – 18

- Sales closed this month –


- Positive Trends
1. Angel Dust Blue Sky is a big hit
2. Resurgence is selling well, also getting great reviews
3. I am picking up new accounts that didn't want our product before, they are picking us up because we still have DMZ and Alpha1
4. Epicat is moving well, the name EPI is popular and people are looking for a epi replacement
5. Ostapure is selling well as a prohormone replacement
6. Cobra extreme should move well since high stims are popular


- Negative Trends
1. No samples in stock
2. Other companies are hitting the Sarms hard, they are the prohormone replacement
3. Some shipments are taking too long to arrive at their destination, I could make more sales and the stores can move product faster if the product arrived quicker.  When UPS 3 day is used we are able to flip product faster. We also do not do terms so if someone spends 2k on product and they can't get the product fast they seem to get upset.
4. We need to be more involved in the field / demos / store visits
5. Northeast territory needs work, our products are not in many stores.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
BSL-0987864
GOV_01284226

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Friday, December 19, 2014 6:17 AM |
| **To:** | mexxterio <mexxterio@ya.ru> |
| **Subject:** | Re: discount Prices |

Yes until we run out of stock. We are not making metha quad, super tren, epi smash, halo elite anymore so once we run out we are not manufacturing them again

On Dec 19, 2014 6:10 AM, "mexxterio" <mexxterio@ya.ru> wrote:
> but you said that after the banned, you can still supply me?!
>
>
>
> 19.12.2014, 14:07, "James Boccuzzi" <jamesbocc@gmail.com>:
>
>> No, now we are selling the last of the stock this is the last chance no more product after this
>>
>> On Dec 19, 2014 1:00 AM, "mexxterio" <mexxterio@ya.ru> wrote:
>>> Hey James,
>>>
>>> in the last 2 my orders(25 metha; 10 epi + 10 tren + 10 alpha), these prices do not apply? :)
>>>
>>> Nick
>>>
>>> 19.12.2014, 05:33, "James Boccuzzi" <jamesbocc@gmail.com>:
>>>
>>>> Metha quad 30
>>>> tren 24
>>>> epi 24
>>>> halo 24
>>>>
>>>>
>>>> --
>>>> James Boccuzzi
>>>> Blackstone Labs
>>>> Director of sales
>>>> (c) 203-313-5623

Gov't Exhibit

760

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00184731



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Wednesday, December 17, 2014 12:55 PM |
| To: | Elite Sports Distribution <sales@elitesportsdistribution.com> |
| Subject: | Re: EPI, Tren, Metha, Halo |

Well see.  I am still not worried about this at all.  These compounds are still going to be made and sold, its just going to push it more underground.

On Wed, Dec 17, 2014 at 12:49 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
We will, we first need to wait for the dust to clear to see what we are left to deal with.

I think we will find out a lot once this crap is signed.

BTW, the president needs to sign it by sunday but hes leaving for vacation on friday. We are expecting it to get signed this week.


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Dec 17, 2014 at 9:41 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Are you still going to push the DMZ Alpha?

On Wed, Dec 17, 2014 at 12:38 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
I am good. With the transit time to get here it doesn't seem worth it to pick up more. They could get banned while in transit :/


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Dec 17, 2014 at 9:35 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
We currently have 300 backorders.  We are making another run

On Wed, Dec 17, 2014 at 12:34 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:

No we we are good. Do you have a plan for any leftover inventory?

On Dec 17, 2014 9:31 AM, "James Boccuzzi" <jamesbocc@gmail.com> wrote:

Gov't Exhibit

761

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00184524

WIll you guys be needing anymore of these?

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



-
ames Boccuzzi
Blackstone Labs
Director of sales
c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Thursday, August 20, 2015 2:09 PM |
| **To:** | m gervais <█████████@yahoo.com> |
| **Subject:** | Other BSL Products |

http://store.blackstonelabs.co/mk-ultra

http://store.blackstonelabs.co/lgd-elite

http://store.blackstonelabs.co/ostapure

ALPHA1 MAX  we do not sell this on the website
Methyl-1-Etiocholenolol-Epietiocholanolone

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Exhibit

762

Gov't Ex 762
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00164699

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Tuesday, April 19, 2016 12:44 PM |
| **To:** | anthony Ventrella <fightpharm@gmail.com> |
| **Subject:** | Re: DMZ for A1 |

---

A1 Supplements
860 Lakemont Dr
Louisville, TN 37777

THANKS!

On Tue, Apr 19, 2016 at 12:37 PM, anthony Ventrella <fightpharm@gmail.com> wrote:
I am ready to ship A1 Supplements - do you have address? Thanks

On Fri, Apr 15, 2016 at 1:51 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
ok

On Fri, Apr 15, 2016 at 1:48 PM, <fightpharm@gmail.com> wrote:
Email me as soon as the labels come in so we can prepare to ship. Thanks

Sent from my iPhone

On Apr 15, 2016, at 12:44 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Shit balls ok

On Thu, Apr 14, 2016 at 1:06 PM, <fightpharm@gmail.com> wrote:
Hey! Those aren't shipped because we are waiting on labels from Aaron. The bottles have been ready since last week. As soon as labels are in we will ship.

Sent from my iPhone

On Apr 14, 2016, at 11:15 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Hey guys

Do we have a tracking number for the 500 A1 dmz?

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi

Gov't Exhibit

763

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--

*Ashley Ventrella*
*COO*



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| **Sent:** | Thursday, September 3, 2015 10:54 AM |
| **To:** | Nathan Beveridge <muscleusa@verizon.net> |
| **Subject:** | Re: Blackstone Labs, Platinum Labs, Prime Nutrition |

# Pro-Hypertrophic! Undisputed Results!

ALPHA-1 MAX by BLACKSTONE LABS is a very powerful designer steroid that will illicit significant strength and lean body mass gains in just four short weeks.

This methylated version of 1-AD also has a significant conversion to the exceedingly strong but banned Methyl 1-Testosterone (M1T). M1T was arguably one of the most powerful designer steroids to ever hit the OTC market. Therefore, ALPHA-1 MAX possesses two distinct and powerful anabolic pathways that will produce rapid and profound gains in muscle mass and power if proper weight training and nutrition are in place. Users of ALPHA-1 MAX routinely have reported gains of 12-15 lbs. in just one cycle.

ALPHA-1 MAX by BLACKSTONE LABS has been designed for experienced users of anabolic steroids and cycle duration should NOT exceed four weeks. ALPHA-1 MAX does not aromatize which means conversion to estrogen is not a concern. Proper hydration and cycle support is recommended. ALPHA-1 MAX has been purity tested and is the gold standard in Alpha-1 products.

**Nomenclature:** Methyl-1-Etiocholenolol-Epietiocholanolone (20 mg per capsule) Consume 1 capsule twice daily in divided doses.

On Mon, May 19, 2014 at 12:54 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
   www.blackstonelabs.co

   invoice


On Thu, Apr 10, 2014 at 11:36 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
   Nathan,

   I am attaching all of our current pricing.  This pricing is not set in stone and I will be able to work deals with your account.  Blackstone Labs is our hardcore brand, Prime Nutrition is our basic line and Platinum Labs has the Defcon1 (best pre workout I have ever used) and the Optiburn.  We are huge on social media right now and our products are high in demand.  Please check out our websites.

   www.blackstonelabs.co
   www.primenutrition.com

   I look forward to talking with you soon.

   James Boccuzzi
   203 313 5623



Gov't Exhibit

764

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
GOV_00166848

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 764
Page 2 of 2
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    GOV_00166849

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Wednesday, March 25, 2015 3:14 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; jr@primenutrition.com; Connor BSL <connor@blackstonelabs.com>; <cs@blackstonelabs.com> Customer Support; Aaron Clark <aaron.clark@blackstonelabs.com>; Timbo Holmes <timbo@blackstonelabs.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com> |
| **Subject:** | **** Strong Supplement Shop March 25 **** |

400 DMZ
48 Alpha 1

Transaction ID: 7035714225
Payment Method: XXXX9867
Amount: 12,640.00

Strong Supplement Shop
13654 Victory Blvd #319
Van Nuys CA 91401

sales@elitesportsdistribution.com
--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**827**

**Gov't Ex 827**
**Page 1 of 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        GOV_00432535

| From: | James Boccuzzi <jamesbocc@gmail.com> |
| Sent: | Tuesday, February 17, 2015 10:30 AM |
| To: | DJ Wall <yusi.fudo@gmail.com> |
| Subject: | Re: Those sd! |

paypal

On Tue, Feb 17, 2015 at 9:58 AM, DJ Wall <yusi.fudo@gmail.com> wrote:

> Whats payment method
>
> On Feb 17, 2015 8:58 AM, "James Boccuzzi" <jamesbocc@gmail.com> wrote:
>
>> I have
>>
>> Metha drol - with superdrol 100
>> Metha drol - bsl 80
>> Sd - 80
>> Original tren - 80
>> Superdrol stacks - 80
>>
>> On Feb 17, 2015 9:52 AM, "DJ Wall" <yusi.fudo@gmail.com> wrote:
>>
>>> Hey man how much are those?! Miss sd

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gov't Exhibit

868

| From: | elitesportsdistribution@gmail.com on behalf of<br>Elite Sports Distribution <sales@EliteSportsDistribution.com> |
|---|---|
| Sent: | Friday, March 13, 2015 2:02 PM |
| To: | James Boccuzzi <jamesbocc@gmail.com> |
| Cc: | Elite Sports Distribution <sales@elitesportsdistribution.com> |
| Subject: | Re: PURCHASE ORDER 2-27 |



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 13, 2015 at 10:50 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:



On Fri, Mar 13, 2015 at 1:42 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Haha im trying to! Seems like a lot of these online guys are getting out.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 13, 2015 at 9:23 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Send me more drop ships lol

On Wed, Mar 11, 2015 at 4:03 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Cool, I will send you a separate email right now.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 11, 2015 at 1:02 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
No problem

On Wed, Mar 11, 2015 at 3:58 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Hey James,

I need to make a drop ship order for sdmz and alpha,

When you invoice us, can you put it as different items? Like apex and osta, or something like that?

**Gov't Exhibit**

**872**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00190739

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Tue, Mar 10, 2015 at 3:13 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

As of now no

On Mar 10, 2015 6:13 PM, "Elite Sports Distribution" <sales@elitesportsdistribution.com> wrote:
Are you guys going to make others? Like the cyano and dimetha?

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Tue, Mar 10, 2015 at 2:15 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Tue, Mar 10, 2015 at 2:13 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Bring it on

On Mar 10, 2015 5:12 PM, "Elite Sports Distribution" <sales@elitesportsdistribution.com> wrote:
Cool. I guess I will be giving you some drop shipping to do!

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Tue, Mar 10, 2015 at 1:43 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

At least a year

On Mar 10, 2015 4:30 PM, "Elite Sports Distribution" <sales@elitesportsdistribution.com> wrote:
Hahahaha!

Do you know for how much longer?

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Tue, Mar 10, 2015 at 1:22 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



On Tue, Mar 10, 2015 at 4:08 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Are you guys still making the pros?


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Mon, Mar 9, 2015 at 8:35 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Already took mine

On Mar 9, 2015 11:35 AM, "Elite Sports Distribution" <sales@elitesportsdistribution.com> wrote:
3 days later, im still trippin! lol

I'm about to pop one again in a minute.


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 6, 2015 at 5:26 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
you're still tripping on extreme

On Fri, Mar 6, 2015 at 8:23 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Yes!!!! haha


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 6, 2015 at 11:59 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



On Fri, Mar 6, 2015 at 2:58 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
8 plus 1

On Fri, Mar 6, 2015 at 2:53 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Ok wanna buy 144 units ?  :)

On Mar 6, 2015 2:52 PM, "Elite Sports Distribution" <sales@elitesportsdistribution.com> wrote:
Its good stuff. Nice Euphoria too, has me in a really good mood.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 6, 2015 at 9:41 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
What do you think?

On Fri, Mar 6, 2015 at 12:40 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
lol yea

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 6, 2015 at 9:37 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
kick in yet?

On Fri, Mar 6, 2015 at 12:34 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

On Fri, Mar 6, 2015 at 8:14 AM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Just popped it!

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Fri, Mar 6, 2015 at 7:54 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Did you try the extreme yet?  I processed your platinum order its on the way

On Wed, Mar 4, 2015 at 5:09 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 2:02 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:



On Wed, Mar 4, 2015 at 4:47 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 1:27 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



On Wed, Mar 4, 2015 at 4:03 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Lol :-)

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 12:56 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
What a deal maker

On Wed, Mar 4, 2015 at 3:54 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Sure that works.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 12:49 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Would you guys take a credit of 12 Cobra Extreme?

On Wed, Mar 4, 2015 at 3:48 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Yes correct.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 12:47 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
I owe you 160 right?

On Wed, Mar 4, 2015 at 3:45 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Do you have that adjusted invoice?

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 12:12 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Ill have a shit load of samples soon!

On Wed, Mar 4, 2015 at 3:08 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
I will start sending it out as a ship comp for accounts as well. If you can cut us a break and throw in a couple free units that would be a great help.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

Gov't Ex 872
Page 6 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00190744

On Wed, Mar 4, 2015 at 12:07 PM, Elite Sports Distribution
<sales@elitesportsdistribution.com> wrote:
  Okay I will try it out tomorrow. :-)


Thank you

---

Elite Sports Distribution
Call: (818) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Mar 4, 2015 at 12:04 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  Yes dude try it ASAP, I just used it, I think this is something we might be able to move
  the shit out of

  On Wed, Mar 4, 2015 at 3:03 PM, Elite Sports Distribution
  <sales@elitesportsdistribution.com> wrote:
    Nice!

    Haven't tried cobra. Can you comp a bottle so I can blow my head off?


    Thank you

    ---

    Elite Sports Distribution
    Call: (888) 994-9921
    Text: (818) 860-1393
    www.EliteSportsDistribution.com

    On Wed, Mar 4, 2015 at 12:01 PM, James Boccuzzi <jamesbocc@gmail.com>
    wrote:
      I got them to raise the price to 39.99!

      BTW did you try the new cobra?

      On Tue, Mar 3, 2015 at 12:26 PM, James Boccuzzi <jamesbocc@gmail.com>
      wrote:

        Ill fix it

        On Mar 3, 2015 12:19 PM, "Elite Sports Distribution"
        <sales@elitesportsdistribution.com> wrote:
          Hey bud,

          My cost on growth is 21 not 22.


          Thank you

          ---

          Elite Sports Distribution
          Call: (888) 994-9921
          Text: (818) 860-1393
          www.EliteSportsDistribution.com

          On Tue, Mar 3, 2015 at 8:35 AM, James Boccuzzi <jamesbocc@gmail.com>
          wrote:
            invoice

            On Tue, Mar 3, 2015 at 11:35 AM, James Boccuzzi
            <jamesbocc@gmail.com> wrote:
              Let me speak to pj that is his guy

              On Tue, Mar 3, 2015 at 11:31 AM, Elite Sports Distribution
              <sales@elitesportsdistribution.com> wrote:
                Hey James,

                I just had an account complaining about this as I sold them
                Anesthetized @ $30. Is my price too high? Not much margin to work
                with.

                http://www.legendarysupplements.com/anesthetized-by-blackstone-
                labs/


                Thank you

                ---

                Elite Sports Distribution
                Call: (888) 994-9921
                Text: (818) 860-1393
                www.EliteSportsDistribution.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

On Mon, Mar 2, 2015 at 1:43 PM, Elite Sports Distribution
<sales@elitesportsdistribution.com> wrote:
  Hey James,

  Just received a shipment confirmation. Can you send over an invoice
  for this order?

  Thank you

  ---

  Elite Sports Distribution
  Call: (888) 994-9921
  Text: (818) 860-1393
  www.EliteSportsDistribution.com

  On Fri, Feb 27, 2015 at 12:21 PM, Elite Sports Distribution
  <sales@elitesportsdistribution.com> wrote:
    Hahaha

    Thank you

    ---

    Elite Sports Distribution
    Call: (888) 994-9921
    Text: (818) 860-1393
    www.EliteSportsDistribution.com

  On Fri, Feb 27, 2015 at 12:17 PM, James Boccuzzi
  <jamesbocc@gmail.com> wrote:
    I am waiting for you to send me a million dollar po.....

    On Fri, Feb 27, 2015 at 3:17 PM, James Boccuzzi
    <jamesbocc@gmail.com> wrote:
      right?

      On Fri, Feb 27, 2015 at 3:15 PM, Elite Sports Distribution
      <sales@elitesportsdistribution.com> wrote:
        Gad damn!

        Thank you

        ---

        Elite Sports Distribution
        Call: (888) 994-9921
        Text: (818) 860-1393
        www.EliteSportsDistribution.com

      On Fri, Feb 27, 2015 at 12:13 PM, James Boccuzzi
      <jamesbocc@gmail.com> wrote:
        The platinum labs is going to have to wait, nutrition
        systems in AU put in a million dollar PO and cleaned the
        us warehouse out.

        On Fri, Feb 27, 2015 at 3:11 PM, Elite Sports
        Distribution <sales@elitesportsdistribution.com> wrote:
          Here we go:

          Platinum

          18 x Optiburn AMPed by Platinum Labs Peach ($18)

          6 x Optiburn AMPed by Platinum Labs Lemon Lime
          ($18)

          6 x Optiburn AMPed by Platinum Labs Watermelon
          ($18)

          BSL

          192 x Epi Cat by Blackstone Labs ($30)

          24 x Resurgence by Blackstone Labs Fruit Punch ($19)

          24 x Resurgence by Blackstone Labs Pina Colada ($19)

          36 x Cobra 6P by Blackstone Labs ($20)

          160 x Growth by Blackstone Labs ($21)

          Replacements

          24 x Angel Dust by Blackstone Labs Blue Sky

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12 x Angel Dust by Blackstone Labs Lemonade

1 x Resurgence by Blackstone Labs Pina Colada - trial

1 x Razors edge - if you can throw one in please do, I would like to
give this a shot.

Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

Gov't Ex 872
Page 10 of 12
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
GOV_00190748



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** ay <patriotscd@aol.com>
**To:** jamesbocc <jamesbocc@gmail.com>
**Subject:** Re: flex it
**Date:** Wed, Apr 22, 2015 10:20 am

---

That would be nice.  They are doing well.

Thank you,
Chris De Silva

Flex It Nutrition

-----Original Message-----
From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Wed, Apr 22, 2015 10:18 am
Subject: Re: flex it

Maybe more sarms

On Wed, Apr 22, 2015 at 11:15 AM, ay <patriotscd@aol.com> wrote:
dam ballar's!!

Thank you,
Chris De Silva

Flex It Nutrition

-----Original Message-----
From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Wed, Apr 22, 2015 10:10 am
Subject: Re: flex it

lol

On Wed, Apr 22, 2015 at 11:09 AM, ay <patriotscd@aol.com> wrote:
"all eyes on my"  good song by pac.  LOL.

Thank you,
Chris De Silva

Flex It Nutrition

-----Original Message-----
From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Wed, Apr 22, 2015 10:08 am
Subject: Re: flex it

We are far too big to do PHs now.  We have too many eyes on us now.

On Wed, Apr 22, 2015 at 11:07 AM, ay <patriotscd@aol.com> wrote:

**Gov't Exhibit**

**880**

legal Ph's

    Thank you,
    Chris De Silva

    Flex It Nutrition


-----Original Message-----
From: James Boccuzzi < jamesbocc@gmail.com>
To: ay < patriotscd@aol.com>
Sent: Wed, Apr 22, 2015 9:27 am
Subject: Re: flex it

Are those pro hormones?

On Wed, Apr 22, 2015 at 10:24 AM, ay <patriotscd@aol.com> wrote:
    Hey bud, I am selling a lot of Ironmag Labs 1-andro, 4-andro...and a decent amount of epiandro....if
    you guys came out with similar products, I think you would kill it.  Please share with boss.  As
    Blackstone always does, just make sure they are dosed right.  Makes a big difference.  Finaflex had
    one of the best 1andros because it was dosed right before they took it off the market because they
    wanted to be on BB.com.  Be good my man.  I'll take a commission check.  JK.  I love helping people
    and making money!!

        Thank you,
        Chris De Silva

        Flex It Nutrition



    --
    James Boccuzzi
    Blackstone Labs
    Director of sales
    (c) 203-313-5623
    




--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623





--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

Gov't Ex 880 GOV_00570036
Page 2 of 3          6/23/2017



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 880 GOV_00570037
Page 3 of 3      6/23/2017

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| **Sent:** | Monday, July 13, 2015 2:57 PM |
| **To:** | Marc Lobliner <mlobliner@gmail.com> |
| **Cc:** | Jon Briscoe <jonbrisc@tigerfitness.com>; Chad Vordem Esche <chad@tigerfitness.com> |
| **Subject:** | Re: Cape cod event |

I really over ordered on the watermelon flavor so I can prob run you a 5 plus 1 (including your current pricing) on whatever quantity you would like to go with, I can reach out to the social media team and see what they can do since that is not my department.

On Mon, Jul 13, 2015 at 2:47 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

> In the past 30 days we have sold
>
> 57 on its own
>
> 15 as a stack with MTS Whey
>
> What kind of deal and what kind of social media support can we get?
>
> Jon and Chad are copied
>
> Thank you,
>
> Marc Lobliner






6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Friday, July 10, 2015 7:23 PM

**To:** Marc Lobliner
**Subject:** Re: Cape cod event

Gov't Exhibit

885

Gov't Ex 885
Page 1 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00159531

I can run you a good deal on the new flavor

On Jul 10, 2015 8:16 PM, "Marc Lobliner" <mlobliner@gmail.com> wrote:

I'll run numbers ASAP

Thank you,

Marc Lobliner

CEO

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

On Jul 10, 2015, at 7:26 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

How is onward moving

On Jul 10, 2015 4:05 PM, "Marc Lobliner" <mlobliner@gmail.com> wrote:

Thanks!

Thank you,

Marc Lobliner







6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Friday, July 10, 2015 2:55 PM
**To:** Marc Lobliner
**Subject:** Re: Cape cod event

https://www.youtube.com/watch?v=OVsWcOI5CaU

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00159532



I thought this was a nice video

On Thu, Jun 11, 2015 at 6:50 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

Man, maybe some promo?

Thank you,

Marc Lobliner

<image002.jpg>

6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Thursday, June 11, 2015 5:33 PM

**To:** Marc Lobliner
**Subject:** Re: Cape cod event

Not bad, is there anything I can do to help?  Common Marc put me to work

On Thu, Jun 11, 2015 at 6:31 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

We have sold 155 in the past 30 days, not bad!!

Thank you,

Marc Lobliner

<image002.jpg>

6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem – nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Thursday, June 11, 2015 1:13 PM

**To:** Marc Lobliner
**Subject:** Re: Cape cod event

Thanks for the info!

Is there anything I can do to help you get Onward moving more?

On Thu, Jun 11, 2015 at 2:06 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

- Legal status is an investigational drug

- Per DSHEA, a dietary supplement cannot be approved or authorized for investigation as a drug

- GTx (pharmaceutical company) owns the registered trademark of Ostarine so clearly they have intentions of using this drug

- Dosing in human trials has been up to 3 mg, whereas most underground shady companies are touting 15-30 mg per day

- While the studies showed no *serious* adverse effects, they still existed. While this sounds safe on paper, there is no safety data for dosing above 3 mg, especially not 5-10x the dose.

Thank you,

Marc Lobliner

<image002.jpg>

6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem – nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Thursday, June 11, 2015 12:30 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00159534

**To:** Marc Lobliner
**Subject:** Re: Cape cod event

I do not know the legality of them?

On Thu, Jun 11, 2015 at 1:29 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Really?

On Thu, Jun 11, 2015 at 1:22 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

And pretty fucking illegal

Thank you,

Marc Lobliner

<image002.jpg>

6350 Castle Dr.
Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Thursday, June 11, 2015 12:20 PM
**To:** Marc Lobliner
**Subject:** Re: Cape cod event

Yes sir, we do still have Ostarine, what do you think about the Sarms? they seem pretty darn safe

On Thu, Jun 11, 2015 at 1:16 PM, Marc Lobliner <mlobliner@gmail.com> wrote:

I will be there!

If you still sell Ostarine it is a no

Thank you,

Marc Lobliner

<image002.jpg>

6350 Castle Dr.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Mason, OH 45040

Toll Free: 1-877-397-3801

SnapChat, Twitter, Instagram: @marclobliner

www.Facebook.com/Lobliner

www.Youtube.com/thetigerfitness

Machine Training Solutions (Marc Lobliner) is not a doctor or registered dietitian. The contents of this email should not be taken as medical advice. It is not intended to diagnose, treat, cure, or prevent any health problem - nor is it intended to replace the advice of a physician. Always consult your physician or qualified health professional on any matters regarding your health.

**IT'S NOT A GAME!**

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Wednesday, June 10, 2015 6:39 PM
**To:** Marc Lobliner
**Subject:** Cape cod event

Hey brother,

Will you be at the Cape Cod event?  If you are going maybe we can talk about possibly getting Blackstone on the site, I remember last time we spoke you didn't like the idea because of the prohormones, we'll now we do not have any illegal products, we even changed out Angel Dust preworkout name to just Dust since so many corporate companies have shown interest in our line.  Let me know what you think.

James

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

--

James Boccuzzi

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Blackstone Labs

Director of sales

(c) 203-313-5623



--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623



avast  This email is free from viruses and malware because avast! Antivirus protection is active.

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623



avast  This email is free from viruses and malware because avast! Antivirus protection is active.

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



 **avast** This email is free from viruses and malware because avast! Antivirus protection is active.

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

**Gov't Ex 885**
**Page 8 of 8**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            GOV_00159538

Re: flex it

**From:** ay <patriotscd@aol.com>
**To:** jamesbocc <jamesbocc@gmail.com>
**Subject:** Re: flex it
**Date:** Mon, Aug 10, 2015 10:38 am

I'll do a 16+2 on dmz.  How about Alpha 1max, are you still making it?  Also tell me if order went through on Alpha last week.

Thank you,
Chris De Silva

Flex It Nutrition

-----Original Message-----
From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Mon, Aug 10, 2015 10:35 am
Subject: Re: flex it

We are ditching DMZ last call

On Mon, Aug 10, 2015 at 11:26 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  LOL got it!

  On Mon, Aug 10, 2015 at 11:22 AM, ay <patriotscd@aol.com> wrote:
    Hey bud, can you just order me:

    8+2 on ostapure

    and  also, can you confirm Alpha 1max was shipped?  I never got confirmation.   Have a great week my friend

    PS - the Red Sox are really coming together now!!!


      Thank you,
      Chris De Silva

    Flex It Nutrition



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs

**Gov't Exhibit**

**894**

**Gov't Ex 894** GOV_00569916
**Page 1 of 2**          6/22/2017

Re: flex it

Director of sales
(c) 203-313-5623



Gov't Ex 894
Page 2 of 2

GOV_00569917

6/22/2017



GRAND JURY
EXHIBIT
MS-2
10/18/18

## CERTIFICATION OF DOMESTIC RECORDS
### OF REGULARLY CONDUCTED ACTIVITY
#### Pursuant to Fed. R. Evidence 902(11)
#### Control No. R0168560

The Undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

MaRK Sinus
Printed Name

President
Title

Cobat One Inc.
Company Name

500 Three Islands Blv #708 Hallandale
FL 33009
Business Address

03/03/2017
Date of Declaration/Execution

Gov't Exhibit

931B



Subpoena Control No. __R0168560__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: Grand Jury Proceedings                 Federal Grand Jury No. __16-02(MIA)__

WAIVER OF APPEARANCE
AND DOCUMENT RECEIPT

1. I, Mark Sinus, _____ President_ of _Kabal One Inc._ _____, have custody and control of the documents listed in paragraph 2 below. I have requested by US District Court for the Southern District of Florida _____ to take custody of these documents and present them to the grand jury in lieu of actual appearance by myself before the grand jury. I understand that this is voluntary on my part and I have an absolute right to appear before the grand jury with expenses paid as provided by U. S. Statutes.

2. The documents submitted are as follows:

   Serial No.                                  Description

   1- Certificate of Status
   2- Certification of Domestic Records of Regularly Conducted Activity
   3- List of US Suppliers of Sport Nutrition Supplements
   4- Inventory Report _November 2012 through February 2017_7pages
   5- Invoices from Black Stone Labs_4pages
   6- Certificate of Free Sales_Black Stone Labs -- 2p
   7- International Accounts Recievables (Black Stone's items)_4pages
   8- International Air Way Bills_4pages
   9- Letter: To Whom It May Concern

(Please use continuation sheet if necessary.)

_____              03/03/2017
Signature of Person Submitting Documents     Date

_____              _____
Signature of Person Submitting Documents     Date

3. The preceding documents were presented to the grand jury on _____.

                                    _____
                                    FOREPERSON OF THE GRAND JURY

**Gov't Exhibit**

**931C**

**Gov't Ex 931c**
**Page 1 of 1**





May 14, 2016

TO WHOM IT MAY CONCERN

We have reviewed correspondence on behalf of:

Blackstone Labs, LLC
1090 Holland Drive 1
Boca Raton, FL 33487

concerning the status of:

"Certificate of Free Sale Product List"

These products are regulated by the Food and Drug Administration (FDA) pursuant to the requirements of the Federal Food, Drug, and Cosmetic Act (FD&C Act) and the Fair Packaging and Labeling Act (FPLA) and other related laws.

The Food and Drug Administration does not have statutory authority to approve any food or any food manufacturer or distributor of such products.

The above referenced products are under the jurisdiction of the Food and Drug Administration which has primary responsibility for the administration and enforcement of the FD&C Act and the FPLA and other related laws. We have not examined the specific products being offered for export or reviewed the labels. Under the FD&C Act, such products may be exported if:

　　1. It is not adulterated or misbranded and it meets the other requirements of the FD&C Act for marketing in the U.S.; or

　　2. It cannot be lawfully marketed in the U.S. but meets the requirements of section 801(e) of the FD&C Act (21 U.S.C. 381(e)).

　　　　　　Sincerely yours,

　　　　　　James Boccuzzi, Ph.D.
　　　　　　Dietary Supplements Regulations Implementation Team
　　　　　　Division of Dietary Supplement Programs
　　　　　　Office of Nutrition, Labeling and Dietary Supplements
　　　　　　Center for Food Safety and Applied Nutrition

**Gov't Exhibit**

**931F**

**Gov't Ex 931f**
**Page 1 of 2**



## Certificate of Free Sale Product List

May 14, 2016

1. DUST v2: Ultimate Pre-Workout
2. DUST Extreme: Perfect Pre-Workout
3. Chosen1: 1-Testosterone Precursor
4. Brutal 4ce: Testosterone Precursor
5. AbN0Rmal: 19-nor-4-androstenediol Precursor
6. 3-Whey: Time-Released Whey Protein Blend
7. Isolation: 100% Whey Protein Blend
8. Anesthetized: Extreme Sleep Aid
9. Anogenin: Laxogenin Plant Based Steroid
10. Epi-Cat: Maximize Muscle Growth
11. Growth: Muscle Growth Extreme Powder
12. Cobra 6p: Thermogenic Fat Burner
13. Cobra 6P Extreme: Fat Burner and Intense Stimulant
14. Glycolog: Insulin Mimetic
15. HYPE: Nitric Oxide Booster
16. Juiced Up: Micronized Fruits & Greens
17. PCTV: Complete Post Cycle Therapy
18. Gear Support: Total Body Health
19. Eradicate: Estrogen Control
20. Euphoria: Party Supplement
21. BCAAs Resurgence: Branched Chain Amino Acids
22. Trojan Horse: Non-stimulant Fat Burner

Gov't Ex 931f
Page 2 of 2

GRAND JURY
EXHIBIT
MS-7
10/18/18

| From: | James Boccuzzi <james@blackstonelabs.com> |
| Sent: | Thursday, September 22, 2016 10:55 PM |
| To: | Mark Sinus <usmdmark@gmail.com> |
| Subject: | Re: KabalOne: order |

I understand but a lot of those brands are cheap brands Blackstone is the best of the best and has the best marketing they shouldn't be priced the same

Sent from my iPhone

On Sep 22, 2016, at 4:11 PM, Mark Sinus <usmdmark@gmail.com> wrote:

> James,
> I exporting a lot of stuff like that from other manufactures. And Dust V1 and Cobra are the products my clients interested the most in. But they prefer buying tons of cheaper items from APS, Hi Tech, GoldStar, Insane etc.
> So, to my opinion, the good pricing and promo are the main way to promote your sales internationally.
>
> **Mark Sinus, Export Sales Executive**
> **KABAL ONE INC**
> 500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
> Tel: +1 305 798 9325
> usmdmark@gmail.com

On Thu, Sep 22, 2016 at 3:15 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
> All set.  How can I help you guys grow your orders?
>
> On Thu, Sep 22, 2016 at 3:00 PM, Mark Sinus <usmdmark@gmail.com> wrote:
>> James,
>> Please, put in this AmerExp:

| MARK SINUS | | 1009 | Sep-19 | | 33009 |

>> **Mark Sinus, Export Sales Executive**
>> **KABAL ONE INC**
>> 500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
>> Tel: +1 305 798 9325
>> usmdmark@gmail.com

On Thu, Sep 22, 2016 at 2:33 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
> ok putting this in now
>
> On Thu, Sep 22, 2016 at 2:33 PM, Mark Sinus <usmdmark@gmail.com> wrote:
>> Oh, sorry for omission.

| MARK SINUS | | 9821 | Sep-17 | | 33009 |

>> **Mark Sinus, Export Sales Executive**
>> **KABAL ONE INC**
>> 500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
>> Tel: +1 305 798 9325
>> usmdmark@gmail.com

Gov't Exhibit

931H

BSL-324060

On Thu, Sep 22, 2016 at 2:28 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
I dont have that card on file

On Thu, Sep 22, 2016 at 2:24 PM, Mark Sinus <usmdmark@gmail.com> wrote:
No problem.
You may charge now **$3,288** with VISA c/c below:

| MARK SINUS | Sep-17 | ▮ | 33009 |
|---|---|---|---|

SHIP TO:

VELOX INTERNATIONAL SHIPPING, INC.

28-31 Merry Lane

East Hanover, NJ 07936

Attn: KABAL ONE INC

Mark Sinus, Export Sales Executive
KABAL ONE INC
500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
Tel: +1 305 798 9325
usmdmark@gmail.com

On Thu, Sep 22, 2016 at 2:15 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
I also dont know how to send invoices through system. this is the way I do it and then when I send it to my assistant you will see an updated invoice showing what you paid.  I am the original sales rep for the company so I have my own way of doing sales

Here is the updated invoice

On Thu, Sep 22, 2016 at 2:12 PM, Mark Sinus <usmdmark@gmail.com> wrote:
Sorry, James.
My clients didn't yet accustom to this Dust Extr price, considering I bring them down a lot of APS Mesomorph 388g at much lower price.

Mark Sinus, Export Sales Executive
KABAL ONE INC
500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
Tel: +1 305 798 9325
usmdmark@gmail.com

On Thu, Sep 22, 2016 at 2:02 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
No dust extreme on there?

On Thu, Sep 22, 2016 at 1:51 PM, Mark Sinus <usmdmark@gmail.com> wrote:
Then, please, send me invoice through your system and I'll pay it at once.

Mark Sinus, Export Sales Executive
KABAL ONE INC

500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
Tel: +1 305 798 9325
usmdmark@gmail.com

On Thu, Sep 22, 2016 at 1:47 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
ok 29 is fine

On Thu, Sep 22, 2016 at 1:41 PM, Mark Sinus <usmdmark@gmail.com> wrote:
James,
this is my pricing, except the Apex. Could you keep it at $29 I bought last time because it has been already pre-ordered by
my client?

Mark Sinus, Export Sales Executive
KABAL ONE INC
500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
Tel: +1 305 798 9325
usmdmark@gmail.com

On Thu, Sep 22, 2016 at 1:32 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
dust ex is 26

On Thu, Sep 22, 2016 at 1:27 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
Just found your pricing

On Thu, Sep 22, 2016 at 1:26 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
do you remember your old pricing for those?

On Thu, Sep 22, 2016 at 1:20 PM, Mark Sinus <usmdmark@gmail.com> wrote:

Hi James,

below is my order:

| | |
|---|---|
| Cobra 6p extreme 60caps | 72 |
| Apex Male 240caps | 24 |
| Hype 30sv | 36 |
| Resurgence | 24 |

please, invoice me and let me know current Dust extreme pricing and the specials if any.

Thanks,
Mark Sinus, Export Sales Executive
KABAL ONE INC
500 Three Islands Blvd, Suite 708 | Hallandale, FL 33009
Tel: +1 305 798 9325
usmdmark@gmail.com

Gov't Ex 931h
Page 3 of 5
BSL-324062

James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

Gov't Ex 931h
Page 4 of 5 BSL-324063

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

--
James Boccuzzi
Director of Sales
Blackstone Labs
Cell - 203-313-5623

Gov't Ex 931h
Page 5 of 5  BSL-324064



**U.S. Department of Justice**
Consumer Protection Branch

| | | |
|---|---|---|
| Phone: 202-616-0295<br>Fax: 202-514-8742 | **Overnight Delivery Address**<br>450 Fifth Street, NW, Sixth Floor South<br>Washington, D.C.  20001 | **Mailing Address**<br>P.O. Box 386<br>Washington, D.C.  20044 |

January 9, 2019

Phillip Menditto, Esq.
303 SW 6th St
Fort Lauderdale, FL 33315

     **Re:**    **Robert Aleong Proffer Letter**

Dear Mr. Menditto:

     You have indicated that your client, Robert Aleong, is interested in providing information regarding criminal activity of which your client is aware.  The U.S. Department of Justice, Consumer Protection Branch Office ("this Office") is willing to meet with your client pursuant to the terms of this letter so that your client can make a proffer to be evaluated by this Office. This letter contains the terms and conditions which shall govern your client's statements to this Office, and serves to document the ground rules for the debriefing by this Office of your client. The parties understand and agree to the following:

     1.    <u>This is not a cooperation agreement.</u>  This Office is in no way offering to confer a sentencing benefit upon your client simply because your client has agreed to submit to an interview, and to date, no agreement to impart such a benefit upon your client has been made by this Office. Your client agrees not to seek, nor argue to any court, that your client should receive a sentencing benefit merely for providing information to this Office under the auspices of this agreement. Your client further knowingly and voluntarily agrees that any protections for your client's statements that your client may have under Federal Rule of Evidence 410 and Federal Rule of Criminal Procedure 11(f) (both of which Rules include a provision that statements made during plea discussions with an attorney for the government are not admissible against a defendant except in very limited circumstances) are expressly waived.

     2.    <u>Truthful Information.</u>  Your client knowingly and voluntarily agrees to answer all questions, and provide all information relating to criminal activity of which your client is aware, in a complete, accurate and truthful manner. Your client agrees not to seek to protect any person or entity through false statement or through omission. Your client agrees not to falsely implicate any person or entity.

Gov't Exhibit

959

Gov't Ex 959
Page 1 of 4

Page 2 of 4

3.      No Direct Use.  This Office agrees that no statements made by your client during the debriefing conducted pursuant to this letter agreement will be used directly against your client in this Office's case-in-chief at trial in a criminal prosecution in the Southern District of Florida, except as set forth in the remainder of this letter agreement. Nothing in this agreement shall be interpreted to extend this limited grant of direct-use immunity beyond this Office's case-in-chief at trial and, solely to the extent set forth in paragraph 7, at sentencing.

4.      Crimes of Violence.  Statements pertaining in any way to crimes of violence are expressly excluded from the grant of direct-use immunity set forth above and may be used against your client in any proceeding or prosecution without limitation.

5.      Should this Office determine, in its sole discretion, that your client has (1) failed to abide by the terms of this agreement, (2) made any statement that is untruthful, inaccurate, misleading or incomplete, (3) deliberately withheld material information, or (4) committed any violation of law after signing this agreement, this Office shall be entitled to use in any prosecution or proceeding and without limitation any statements made by your client during this debriefing.

6.      Cross-Examination, Impeachment.  This Office also expressly reserves the right to use your client's statements in any cross-examination of your client or as impeachment evidence in the event that your client testifies at any trial or proceeding. Additionally, this Office may use, at any stage of any proceeding or criminal prosecution, your client's statements to rebut any evidence, argument, cross-examination, or representations offered by or on behalf of your client, regardless of whether your client testifies.

7.      Use of Proffer Statements at Sentencing.  Your client understands and agrees that, under some circumstances including sentencing, this Office must provide to the court all or part of the contents of your client's proffer. Provided, however, that this Office determines, in its sole discretion, that your client has not (1) failed to abide by the terms of this agreement, (2) made any statement that is untruthful, inaccurate, misleading, or incomplete, (3) deliberately withheld material information, (4) committed any violation of law after signing this agreement, or (5) taken a position at sentencing contrary to your client's statements to this Office in your client's debriefing, this Office, consistent with U.S.S.G. § 1B1.8, agrees not to use as direct evidence at your client's sentencing any statements made by your client in this debriefing. This Office expressly reserves the right to use at sentencing any evidence derived from your client's statements.

8.      No Derivative Use Immunity.  It is expressly understood and agreed that this letter shall in no way impart "derivative use immunity" to your client. This Office expressly reserves the right to pursue any and all investigative leads derived from your client's statements during this debriefing, and to use such derivative evidence in any criminal or civil proceedings against your client and/or other individuals. This provision is intended to eliminate any need for, or right or entitlement of your client to, a *Kastigar* hearing at which the government would otherwise have to prove that evidence offered against your client at a criminal trial is not derived from statements or other information provided pursuant to this letter.

Page 3 of 4

9.    No Transactional Immunity. It is expressly understood and agreed that this letter shall in no way impart "transactional immunity" to your client. This Office reserves the right to charge your client with any federal crime committed by your client. Nothing in this letter shall prevent this Office from bringing charges against your client, whether the evidence to support such charges comes into this Office's possession before, during, or after meeting with your client.

10.   Disqualification of Government Attorneys. Your client agrees not to seek disqualification of any government attorney from any proceeding or prosecution because of that attorney's participation at any debriefing.

11.   Entire Agreement. The entire agreement between this Office and your client is set forth in this letter. No additional promises, agreements, or conditions have been entered into, and none will be entered into unless reduced to writing and signed by all parties. Your client understands that no law enforcement agents have been or will be authorized to conduct plea discussions with your client.

Sincerely,

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

By:    Alistair Reader
David A. Frank
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044-0386

Page 4 of 4

I, Phillip Menditto, am counsel for Robert Aleong. I have explained to Robert Aleong the terms and conditions set forth above and am satisfied that he understands and agrees to them.

Date: _____1-19-19_____

_____

Phillip Menditto

I, Robert Aleong, after having read the foregoing, and having it fully explained to me by my attorney, affirm that I understand the foregoing and voluntarily and knowingly agree that I will make a proffer under the terms and conditions set forth above. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

Date: _____1/9/19._____

_____

Robert Aleong



**U.S. Department of Justice**
Consumer Protection Branch

Phone   202-616-0295
Fax     202-514-8742

**Overnight Delivery Address**
450 Fifth Street, NW, Sixth Floor South
Washington, DC  20001

**Mailing Address**
P.O. Box 386
Washington, DC  20044

January 9, 2019

October 6, 2021

Phillip Menditto, Esq.
303 SW 6th St
Fort Lauderdale, FL 33315

Re:   **Robert Aleong Proffer Letter**

Dear Mr. Menditto:

You have indicated that your client, Robert Aleong, is interested in providing information regarding criminal activity of which your client is aware. The U.S. Department of Justice, Consumer Protection Branch Office ("this Office") is willing to meet with your client pursuant to the terms of this letter so that your client can make a proffer to be evaluated by this Office. This letter contains the terms and conditions which shall govern your client's statements to this Office, and serves to document the ground rules for the debriefing by this Office of your client. The parties understand and agree to the following:

1.     This is not a cooperation agreement. This Office is in no way offering to confer a sentencing benefit upon your client simply because your client has agreed to submit to an interview, and to date, no agreement to impart such a benefit upon your client has been made by this Office. Your client agrees not to seek, nor argue to any court, that your client should receive a sentencing benefit merely for providing information to this Office under the auspices of this agreement. Your client further knowingly and voluntarily agrees that any protections for your client's statements that your client may have under Federal Rule of Evidence 410 and Federal Rule of Criminal Procedure 11(f) (both of which Rules include a provision that statements made during plea discussions with an attorney for the government are not admissible against a defendant except in very limited circumstances) are expressly waived.

2.     Truthful Information. Your client knowingly and voluntarily agrees to answer all questions, and provide all information relating to criminal activity of which your client is aware, in a complete, accurate and truthful manner. Your client agrees not to seek to protect any person or entity through false statement or through omission. Your client agrees not to falsely implicate any person or entity.

**Gov't Exhibit**

**959A**

Page 2 of 4

3.      No Direct Use.  This Office agrees that no statements made by your client during the debriefing conducted pursuant to this letter agreement will be used directly against your client in this Office's case-in-chief at trial in a criminal prosecution in the Southern District of Florida, except as set forth in the remainder of this letter agreement. Nothing in this agreement shall be interpreted to extend this limited grant of direct-use immunity beyond this Office's case-in-chief at trial and, solely to the extent set forth in paragraph 7, at sentencing.

4.      Crimes of Violence.  Statements pertaining in any way to crimes of violence are expressly excluded from the grant of direct-use immunity set forth above and may be used against your client in any proceeding or prosecution without limitation.

5.      Should this Office determine, in its sole discretion, that your client has (1) failed to abide by the terms of this agreement, (2) made any statement that is untruthful, inaccurate, misleading or incomplete, (3) deliberately withheld material information, or (4) committed any violation of law after signing this agreement, this Office shall be entitled to use in any prosecution or proceeding and without limitation any statements made by your client during this debriefing.

6.      Cross-Examination, Impeachment.  This Office also expressly reserves the right to use your client's statements in any cross-examination of your client or as impeachment evidence in the event that your client testifies at any trial or proceeding. Additionally, this Office may use, at any stage of any proceeding or criminal prosecution, your client's statements to rebut any evidence, argument, cross-examination, or representations offered by or on behalf of your client, regardless of whether your client testifies.

7.      Use of Proffer Statements at Sentencing.  Your client understands and agrees that, under some circumstances including sentencing, this Office must provide to the court all or part of the contents of your client's proffer. Provided, however, that this Office determines, in its sole discretion, that your client has not (1) failed to abide by the terms of this agreement, (2) made any statement that is untruthful, inaccurate, misleading, or incomplete, (3) deliberately withheld material information, (4) committed any violation of law after signing this agreement, or (5) taken a position at sentencing contrary to your client's statements to this Office in your client's debriefing, this Office, consistent with U.S.S.G. § 1B1.8, agrees not to use as direct evidence at your client's sentencing any statements made by your client in this debriefing. This Office expressly reserves the right to use at sentencing any evidence derived from your client's statements.

8.      No Derivative Use Immunity.  It is expressly understood and agreed that this letter shall in no way impart "derivative use immunity" to your client. This Office expressly reserves the right to pursue any and all investigative leads derived from your client's statements during this debriefing, and to use such derivative evidence in any criminal or civil proceedings against your client and/or other individuals. This provision is intended to eliminate any need for, or right or entitlement of your client to, a *Kastigar* hearing at which the government would otherwise have to prove that evidence offered against your client at a criminal trial is not derived from statements or other information provided pursuant to this letter.

Gov't Ex 959a
Page 2 of 4

Page 3 of 4

9.     No Transactional Immunity.  It is expressly understood and agreed that this letter shall in no way impart "transactional immunity" to your client. This Office reserves the right to charge your client with any federal crime committed by your client. Nothing in this letter shall prevent this Office from bringing charges against your client, whether the evidence to support such charges comes into this Office's possession before, during, or after meeting with your client.

10.     Disqualification of Government Attorneys.  Your client agrees not to seek disqualification of any government attorney from any proceeding or prosecution because of that attorney's participation at any debriefing.

11.     Entire Agreement.  The entire agreement between this Office and your client is set forth in this letter. No additional promises, agreements, or conditions have been entered into, and none will be entered into unless reduced to writing and signed by all parties. Your client understands that no law enforcement agents have been or will be authorized to conduct plea discussions with your client.

Sincerely,

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

By:     Alistair Reader
David A. Frank
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044-0386

Page 4 of 4

I, Phillip Menditto, am counsel for Robert Aleong. I have explained to Robert Aleong the terms and conditions set forth above and am satisfied that he understands and agrees to them.

Date:     / - / 9 - / 9

Phillip Menditto

I, Robert Aleong, after having read the foregoing, and having it fully explained to me by my attorney, affirm that I understand the foregoing and voluntarily and knowingly agree that I will make a proffer under the terms and conditions set forth above. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

Date:     / 9 / 19

Robert Aleong

Gov't Ex 959a
Page 4 of 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:20-cr-80049-WPD

**UNITED STATES OF AMERICA**

**vs.**

**LEONARD SHEMTOB,**

      **Defendant.**

_____/



### PLEA AGREEMENT

The Office of the United States Attorney for the Southern District of Florida and the United States Department of Justice, Consumer Protection Branch (hereinafter, the "government") and **LEONARD SHEMTOB** (hereinafter, the "defendant") enter into the following plea agreement:

1.    The defendant agrees to plead guilty to an Information that will charge him with the crime of conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i), all in violation of Title 21, United States Code, Section 846.

2.    The defendant is aware that his sentence will be imposed by the Court after considering the United States Federal Sentencing Guidelines and Policy Statements (hereinafter, "Sentencing Guidelines"). The defendant acknowledges and understands that the Court will compute an advisory sentence under the Sentencing Guidelines and that the applicable guidelines will be determined by the Court relying in part on the results of a Pre-Sentence Investigation by the Court's Probation Office ("Probation"), which investigation

1

**Gov't Exhibit**

**963**

**Gov't Ex 963
Page 1 of 11**

will commence after the guilty plea has been entered. The defendant is also aware that, under certain circumstances, the Court may depart from the advisory sentencing guideline range that it has computed, and may raise or lower that advisory sentence under the Sentencing Guidelines. The defendant is further aware and understands that the Court is required to consider the advisory guideline range determined under the Sentencing Guidelines, but is not bound to impose that sentence; the Court is permitted to tailor the ultimate sentence in light of other statutory concerns, and such sentence may be either more severe or less severe than the Sentencing Guidelines' advisory sentence. Knowing these facts, the defendant understands and acknowledges that the Court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offense identified in paragraph 1 and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

3.      The defendant understands and acknowledges that the Court may impose a statutory maximum term of imprisonment of up to ten (10) years in prison for a violation of Title 21, United States Code, Section 846, followed by a maximum of up to three (3) years of supervised release, pursuant to Title 18, United States Code, Section 3583(b)(2). In addition, the defendant also understands and acknowledges that the Court may impose a fine of up to $500,000, pursuant to Title 18, United States Code, Section 3571(b)(1) and Title 21, United States Code, Section 841(b)(1)(E)(i).   In addition to a term of imprisonment and supervised release, the court may order forfeiture and restitution.

4.      The defendant further understands and acknowledges that, in addition to any sentence imposed under paragraph 3 of this agreement, a special assessment in the amount of $100 will be imposed on the defendant, pursuant to Title 18, United States Code,

2

Gov't Ex 963
Page 2 of 11

Case 9:19-cr-80030-WPD   Document 601-1   Entered on FLSD Docket 12/17/2021   Page 73 of
156
Case 9:20-cr-80049-WPD   Document 28   Entered on FLSD Docket 05/19/2021   Page 3 of 11

Section 3013(a)(2). The defendant agrees that any special assessment imposed shall be paid at the time of sentencing. If the defendant is financially unable to pay the special assessment, the defendant agrees to present evidence to government and the Court at the time of sentencing as to the reasons for the defendant's failure to pay.

5.   The government reserves the right to inform the Court and Probation of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's background. Subject only to the express terms of any agreed-upon sentencing recommendations contained in this agreement, the government further reserves the right to make any recommendation as to the quality and quantity of punishment.

6.   The government agrees that it will recommend at sentencing that the Court reduce by up to two levels the sentencing guideline level applicable to the defendant's offense, pursuant to Section 3E1.1(a) of the Sentencing Guidelines, based upon the defendant's recognition and affirmative and timely acceptance of personal responsibility. If at the time of sentencing the defendant's offense level is determined to be 16 or greater, the government will make a motion requesting an additional one level decrease pursuant to Section 3E1.1(b) of the Sentencing Guidelines, stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently. The government further agrees to recommend that the defendant be sentenced at the low end of the Guideline range that is ultimately determined by the Court However, the government will not be required to make this sentencing recommendation if

3

Gov't Ex 963
Page 3 of 11

the defendant: (1) fails or refuses to make full, accurate and complete disclosure to Probation of the circumstances surrounding the relevant offense conduct; (2) is found to have misrepresented facts to the government prior to entering this plea agreement; or (3) commits any misconduct after entering into this plea agreement, including but not limited to committing a state or federal offense, violating any term of release, or making false statements or misrepresentations to any governmental entity or official.

7.      The government and the defendant agree that, although not binding on the Probation Office or the Court, they will jointly recommend that the Court make the following findings and conclusions as to the sentence to be imposed:

a.      Base offense level:  That the base offense level is 16, pursuant to Sections 2D1.1(a)(5) and 2D1.1(c)(12).

b.      Mass-marketing:  That the base offense level will increase by 2, pursuant to Section 2D1.1(b)(7), because controlled substances were distributed through mass-marketing by means of an interactive computer service.

8.      Pursuant to Title 18, United States Code, Section 3663(a)(1)(A) and (a)(3), the defendant agrees to pay restitution to C.H., a victim, because of the purchase by C.H. of the product Alpha-1 Max from Strong Supplements LLC, in an amount to be determined by U.S. Probation and the Court.

9.      The defendant agrees that he shall cooperate fully with the government by:

a.      providing truthful and complete information and testimony, and producing documents, records and other evidence, when called upon by the government, whether in interviews, before a grand jury, or at any trial or other court proceeding;

4

Gov't Ex 963
Page 4 of 11

        b.      appearing at such grand jury proceedings, hearings, trials, and other judicial proceedings, and at meetings, as may be required by the government; and

        c.      if requested by the government, working in an undercover role under the supervision of, and in compliance with, law enforcement officers and agents.

In addition, the defendant agrees that he will not protect any person or entity through false information or omission, that he will not falsely implicate any person or entity, and that he will not commit any further crimes.

      10.      The government reserves the right to evaluate the nature and extent of the defendant's cooperation and to make the defendant's cooperation, or lack thereof, known to the Court at the time of sentencing. If in the sole and unreviewable judgment of the government, the defendant's cooperation is of such quality and significance to the investigation or prosecution of other criminal matters as to warrant the Court's downward departure from the advisory sentence calculated under the Sentencing Guidelines, the government may make a motion prior to sentencing, pursuant to Section 5K1.1 of the Sentencing Guidelines, or subsequent to sentencing, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, informing the Court that the defendant has provided substantial assistance and recommending that the defendant's sentence be reduced. The defendant acknowledges and agrees, however, that nothing in this plea agreement may be construed to require the government to file any such motions and that the government's assessment of the nature, value, truthfulness, completeness, and accuracy of the defendant's cooperation shall be binding as it relates to the appropriateness of the government's filing or non-filing of such a motion to reduce sentence.

Gov't Ex 963
Page 5 of 11

11.     The defendant understands and acknowledges that the Court is under no obligation to grant a motion for reduction of sentence, as referred to in the preceding paragraph of this plea agreement.    In addition, the defendant understands and acknowledges that the Court is under no obligation of any type to reduce the defendant's sentence because of the defendant's cooperation or attempted cooperation.

12.     The defendant knowingly and voluntarily agrees to the entry of a forfeiture money judgment against him in the amount of $64,640 (hereinafter, the "Forfeiture Money Judgment"), which he agrees is a sum of money equal in value to the proceeds he obtained, directly or indirectly, as a result of the offense to which he agrees to plead guilty herein, pursuant to Title 21, United States Code, Section 853(a)(1).

13.     The defendant knowingly and voluntarily agrees to waive his right to a hearing, pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(A), to determine the amount of the Forfeiture Money Judgment. Furthermore, the defendant knowingly and voluntarily agrees that he shall not, in any manner, act in opposition to the United States in seeking entry and full satisfaction of the Forfeiture Money Judgment.

14.     The defendant knowingly and voluntarily agrees to waive the following rights with respect to the entry of the Forfeiture Money Judgment against him:

a.     All constitutional, legal, and equitable defenses to such forfeiture;

b.     Any constitutional or statutory double jeopardy defense or claim regarding such forfeiture;

c.     Any claim or defense to such forfeiture brought or raised under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or defense of excessive fine; and

6

Gov't Ex 963
Page 6 of 11

Case 9:19-cr-80030-WPD   Document 601-1   Entered on FLSD Docket 12/17/2021   Page 77 of
156
Case 9:20-cr-80049-WPD   Document 28   Entered on FLSD Docket 05/19/2021   Page 7 of 11

d.      Any right he may have to an appeal of any resulting order of forfeiture regarding the Forfeiture Money Judgment.

15.     The defendant knowingly and voluntarily agrees and understands that entry of the Forfeiture Money Judgment agreed upon herein shall not be treated as satisfaction (either partial or full) of any assessment, fine, restitution, cost of imprisonment, or any other penalty that the Court may impose upon the defendant in addition to the forfeiture. The defendant also agrees to assist the government in all proceedings, administrative or judicial, involving forfeiture to the United States of any property, including substitute property, regardless of its nature or form, real or personal, which the defendant or others known to the defendant, have accumulated as a result of illegal activities. The assistance shall include: identification of any property subject to forfeiture, agreement to the entry of an order enjoining the transfer or encumbrance of such property, and the transfer of such property to the United States by delivery to the government upon the government's request, any necessary and appropriate documentation, including consents to forfeiture and quit claim deeds, to deliver good and marketable title to such property.

16.     In furtherance of the collection of the Forfeiture Money Judgment and/or a restitution judgment, the defendant agrees to the following:

a.      The defendant agrees to make full and accurate disclosure of his financial affairs to the government and Probation. Specifically, the defendant agrees that upon signing of this Plea Agreement, defendant shall submit a completed Financial Disclosure Statement and shall fully disclose and identify all assets in which he has any interest and/or over which the defendant exercises control, directly or indirectly, including those held by a spouse, nominee, or other third party. The defendant agrees to provide, in

7

Gov't Ex 963
Page 7 of 11

a timely manner, all financial information requested by the government and Probation, and upon request, to meet in person to identify assets/monies which can be used to satisfy the Forfeiture Money Judgment and/or the restitution judgment.  In addition, the defendant expressly authorizes the government to obtain a credit report.

    b.  The defendant agrees that he will not sell, hide, waste, encumber, destroy, or otherwise devalue any asset until the Forfeiture Money Judgment and/or his restitution judgment is paid in full without prior approval of the government.  The defendant shall also identify any transfer of assets valued in excess of $5,000 since the date of his indictment or when he became aware of the criminal investigation, including the identity of the asset, the value of the asset, the identity of the third party to whom the asset was transferred, and the current location of the asset.

    c.  The defendant agrees to cooperate fully in the investigation and the identification of assets to be applied toward forfeiture and/or restitution.  The defendant agrees that providing false or incomplete information about his financial assets, or hiding, selling, transferring or devaluing assets and/or failing to cooperate fully in the investigation and identification of assets may be used as a basis for: 1) separate prosecution, including, under Title 18, United States Code, Section 1001; or 2) recommendation of a denial of a reduction for acceptance of responsibility pursuant to Sentencing Guidelines Section 3E1.1.

    d.  The defendant further agrees to liquidate assets, or complete any other tasks which result in immediate payment of the Forfeiture Money Judgment and/or the restitution judgment in full, or full payment in the shortest amount of time, as requested by the government.

8

Gov't Ex 963
Page 8 of 11

e.      The defendant shall notify, within 30 days, the Clerk of the Court and the government of: (1) any change of name, residence, or mailing address, and (2) any material change in economic circumstances that affects the ability to pay the Forfeiture Money Judgment and/or restitution.

17.      The defendant is aware that Title 28, United States Code, Section 1291 and Title 18, United States Code, Section 3742 afford the defendant the right to appeal the sentence imposed in this case. Acknowledging this, in exchange for the undertakings made by the government in this plea agreement, the defendant hereby waives all rights conferred by Sections 1291 and 3742 to appeal any sentence imposed, including any restitution order, or to appeal the manner in which the sentence was imposed, unless the sentence exceeds the maximum permitted by statute or is the result of an upward departure or upward variance from the Sentencing Guidelines range that the Court establishes at sentencing. The defendant further understands that nothing in this plea agreement shall affect the government's right and/or duty to appeal as set forth in Title 18, United States Code, Section 3742(b) and Title 28, United States Code, Section 1291. However, if the government appeals the defendant's sentence pursuant to Sections 3742(b) and 1291, the defendant shall be released from the above waiver of the right to appeal his sentence.

The defendant further hereby waives all rights conferred by Title 28, United States Code, Section 1291 to assert any claim that (1) the statute(s) to which the defendant is pleading guilty is/are unconstitutional; and/or (2) the admitted conduct does not fall within the scope of the statute(s) of conviction.

By signing this agreement, the defendant acknowledges that he has discussed the appeal waiver set forth in this plea agreement with defendant's attorney. The defendant

9

Gov't Ex 963
Page 9 of 11

further agrees, together with the government, to request that the district court enter a specific finding that the defendant's waiver of his right to appeal the sentence to be imposed in this case was knowing and voluntary.

18.    The defendant is aware that the sentence has not yet been determined by the Court. The defendant also is aware that any estimate of the probable sentencing range or sentence that the defendant may receive, whether that estimate comes from the defendant's attorney, the government, or Probation, is a prediction, not a promise, and is not binding on the government, Probation, or the Court. The defendant understands further that any recommendation that the government makes to the Court as to sentencing, whether pursuant to this plea agreement or otherwise, is not binding on the Court and the Court may disregard the recommendation in its entirety. The defendant understands and acknowledges, as previously acknowledged above, that the defendant may not withdraw his guilty plea based upon the Court's decision not to accept a sentencing recommendation made by the defendant, the government, or a recommendation made jointly by both the defendant and the government.

10

Gov't Ex 963
Page 10 of 11

19.   This plea agreement is the entire agreement and understanding between the

government and the defendant. There are no other agreements, promises, representations,

or understandings.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

GUSTAV W. EYLER
DIRECTOR
CONSUMER PROTECTION BRANCH

Date: 5/11/2021          By: _____

                              ALISTAIR READER
                              Trial Attorney
                              Consumer Protection Branch
                              U.S. Department of Justice

Date: 5/3/2021           By: _____

                              DANIEL V. BEHESNILIAN
                              Attorney for Defendant

Date: 5/3/2021           By: _____

                              LEONARD SHEMTOB
                              Defendant

11

Gov't Ex 963
Page 11 of 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-80030-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID WINSAUER,**

      **Defendant.**

_____/

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/3/21

## PLEA AGREEMENT

The United States Attorney's Office for the Southern District of Florida and the United States Department of Justice, Consumer Protection Branch ("government") and **DAVID WINSAUER** ("defendant") enter into the following agreement:

1.    The defendant agrees to plead guilty to Count 1 of the indictment, namely, the crime of conspiracy to defraud the United States, namely, the U.S. Food and Drug Administration, in violation of Title 18, United States Code, Section 371.

2.    After sentencing, the government agrees to seek dismissal of all remaining counts of the indictment against the defendant.

3.    The defendant is aware that the sentence will be imposed by the Court after considering the advisory Federal Sentencing Guidelines and Policy Statements (hereinafter "Sentencing Guidelines" or "Guidelines").  The defendant acknowledges and understands that the Court will compute an advisory sentence under the Sentencing Guidelines and that the applicable guidelines will be determined by the Court relying in part on the results of a pre-sentence investigation by the Court's Probation Office, which investigation will commence after the guilty

1

Gov't Exhibit

964

Gov't Ex 964
Page 1 of 7

Case 9:19-cr-80030-WPD   Document 601-1   Entered on FLSD Docket 12/17/2021   Page 83 of
Case 9:19-cr-80030-WPD   Document 460   Entered on FLSD Docket 09/02/2021   Page 2 of 7
156

plea has been entered. The defendant is also aware that, under certain circumstances, the Court may depart from the advisory sentencing guideline range that it has computed, and may raise or lower that advisory sentence under the Sentencing Guidelines. The defendant is further aware and understands that the Court is required to consider the advisory guideline range determined under the Sentencing Guidelines, but is not bound to impose a sentence within that advisory range; the Court is permitted to tailor the ultimate sentence in light of other statutory concerns, and such sentence may be either more severe or less severe than the Sentencing Guidelines' advisory range. Knowing these facts, the defendant understands and acknowledges that the Court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offense identified in paragraph 1 and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

4.     The defendant understands and acknowledges that the Court may impose a statutory maximum term of imprisonment of up to five (5) years in prison for a violation of Title 18, United States Code, Section 371, followed up a term of up to three (3) years of supervised release, pursuant to Title 18, United States Code, Section 3583(b)(2). In addition to a term of imprisonment and supervised release, the Court may impose a fine of up to $250,000, pursuant to Title 18, United States Code, Section 3571(b)(3). The Court also may order forfeiture and restitution.

5.     The defendant further understands and acknowledges that, in addition to any sentence imposed under paragraph 4 of this agreement, a special assessment of $100 will be imposed on the defendant under Title 18, United States Code, Section 3013(a)(2). The defendant agrees that any special assessment imposed shall be paid at the time of sentencing. If a defendant is financially unable to pay the special assessment, the defendant agrees to present evidence to the

2

Gov't Ex 964
Page 2 of 7

Case 9:19-cr-80030-WPD   Document 601-1   Entered on FLSD Docket 12/17/2021   Page 84 of
156
Case 9:19-cr-80030-WPD   Document 460   Entered on FLSD Docket 09/02/2021   Page 3 of 7

government and the Court at the time of sentencing as to the reasons for the defendant's failure to pay.

6.      The government reserves the right to inform the Court and Probation Office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's background. Subject only to the express terms of any agreed-upon sentencing recommendations contained in this agreement, the government further reserves the right to make any recommendation as to the quality and quantity of punishment.

7.      The government agrees that it will recommend at sentencing that the Court reduce by two levels the sentencing guideline level applicable to the defendant's offense, pursuant to Section 3E1.1(a) of the Sentencing Guidelines, based upon the defendant's recognition and affirmative and timely acceptance of personal responsibility. If at the time of sentencing the defendant's offense level is determined to be 16 or greater, the government will file a motion requesting an additional one-level decrease pursuant to Section 3E1.1(b) of the Sentencing Guidelines, stating that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.  The government further agrees to recommend that the defendant be sentenced at the low end of the guideline range that is determined by the Court. The government, however, will not be required to make this motion and make this recommendation if the defendant: (1) fails or refuses to make a full, accurate and complete disclosure to the Probation Office of the circumstances surrounding the relevant offense

3

Gov't Ex 964
Page 3 of 7

conduct; (2) is found to have misrepresented facts to the government prior to entering into this plea agreement; or (3) commits any misconduct after entering into this plea agreement, including but not limited to committing a state or federal offense, violating any term of release, or making false statements or misrepresentations to any governmental entity or official.

8.      The government and the defendant agree that, although not binding on the Probation Office or the Court, they will jointly recommend that the Court make the following finding and conclusion as to the sentence to be imposed:

a.      <u>Base offense level</u>.  Under Guidelines Sections 2X1.1(a) and 2C1.1(a)(2), the base offense level is 12.

9.      The defendant agrees that he shall cooperate fully with the government by: (a) providing truthful and complete information and testimony, and producing documents, records and other evidence, when called upon by the government, whether in interviews, before a grand jury, or at any trial or other Court proceeding; (b) appearing at such grand jury proceedings, hearings, trials, and other judicial proceedings, and at meetings, as may be required by the government; and (c) if requested by the government, working in an undercover role under the supervision of, and in compliance with, law enforcement officers and agents. In addition, the defendant agrees that he will not protect any person or entity through false information or omission, that he will not falsely implicate any person or entity, and that he that he will not commit any further crimes.

10.      The government reserves the right to evaluate the nature and extent of the defendant's cooperation and to make that cooperation, or lack thereof, known to the Court at the time of sentencing.  If in the sole and unreviewable judgment of the government, the defendant's cooperation is of such quality and significance to the investigation or prosecution of other criminal

Gov't Ex 964
Page 4 of 7

matters as to warrant the Court's downward departure from the advisory sentencing range calculated under the Sentencing Guidelines and/or any applicable minimum mandatory sentence, the government may make a motion prior to sentencing pursuant to Section 5K1.1 of the Sentencing Guidelines and/or Title 18, United States Code, Section 3553(e), or subsequent to sentencing pursuant to Rule 35 of the Federal Rules of Criminal Procedure, informing the Court that the defendant has provided substantial assistance and recommending that the defendant's sentence be reduced. The defendant understands and agrees, however, that nothing in this agreement requires the government to file any such motions, and that the government's assessment of the quality and significance of the defendant's cooperation shall be binding as it relates to the appropriateness of the government's filing or non-filing of a motion to reduce sentence.

11.    The defendant understands and acknowledges that the Court is under no obligation to grant a motion for reduction of sentence filed by the government. In addition, the defendant further understands and acknowledges that the Court is under no obligation of any type to reduce the defendant's sentence because of the defendant's cooperation.

12.    The defendant is aware that Title 28, United States Code, Section 1291 and Title 18, United States Code, Section 3742 afford the defendant the right to appeal the sentence imposed in this case. Acknowledging this, in exchange for the undertakings made by the United States in this plea agreement, the defendant hereby waives all rights conferred by Sections 1291 and 3742 to appeal any sentence imposed, including any restitution order, or to appeal the manner in which the sentence was imposed, unless the sentence exceeds the maximum permitted by statute or is the result of an upward departure and/or an upward variance from the advisory guideline range that the Court establishes at sentencing. The defendant further understands that nothing in this

5

Gov't Ex 964
Page 5 of 7

agreement shall affect the government's right and/or duty to appeal as set forth in Title 18, United States Code, Section 3742(b) and Title 28, United States Code, Section 1291. However, if the government appeals the defendant's sentence pursuant to Sections 3742(b) and 1291, the defendant shall be released from the above waiver of his right to appeal his sentence.

The defendant further hereby waives all rights conferred by Title 28, United States Code, Section 1291 to assert any claim that (1) the statute to which the defendant is pleading guilty is unconstitutional; and (2) the admitted conduct does not fall within the scope of the statute of conviction.

By signing this agreement, the defendant acknowledges that the defendant has discussed the appeal waiver set forth in this agreement with the defendant's attorney. The defendant further agrees, together with the government, to request that the Court enter a specific finding that the defendant's waiver of his right to appeal the sentence imposed in this case and his right to appeal his conviction in the manner described above was knowing and voluntary.

13. The defendant is aware that the sentence has not yet been determined by the Court. The defendant also is aware that any estimate of the probable sentencing range or sentence that the defendant may receive, whether that estimate comes from the defendant's attorney, the government, or the Probation Office, is a prediction, not a promise, and is not binding on the government, the Probation Office, or the Court. The defendant understands further that any recommendation that the government makes to the Court as to sentencing, whether pursuant to this agreement or otherwise, is not binding on the Court and the Court may disregard the recommendation in its entirety. The defendant understands and acknowledges, as previously acknowledged in paragraph 3 above, that the defendant may not withdraw his plea based upon the

6

Gov't Ex 964
Page 6 of 7

Court's decision not to accept a sentencing recommendation made by the defendant, the government, or a recommendation made jointly by the defendant and the government.

14.     This is the entire agreement and understanding between the government and the defendant. There are no other agreements, promises, representations, or understandings.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

GUSTAV W. EYLER
DIRECTOR
CONSUMER PROTECTION BRANCH

Date: _9/2/21_                    By: _____
                                      ALISTAIR F.A. READER
                                      Trial Attorney
                                      DAVID A. FRANK
                                      Senior Litigation Counsel
                                      JOHN W. BURKE
                                      Assistant Director
                                      STEPHEN J. GRIPKEY
                                      Trial Attorney
                                      Consumer Protection Branch
                                      U.S. Department of Justice

Date: _8/24/21_                   By: _____
                                      ROBERT J. BUONAURO
                                      Attorney for Defendant

Date: _8/24/21_                   By: _____
                                      DAVID WINSAUER
                                      Defendant

· 7

Gov't Ex 964
Page 7 of 7

| From: | James Boccuzzi <jamesbocc@gmail.com> |
| Sent: | Wednesday, September 23, 2015 2:41 PM |
| To: | Elite Sports Distribution <sales@elitesportsdistribution.com> |
| Subject: | Re: BSL PO 9-23 |

perm

http://www.browardpalmbeach.com/news/lawsuit-blackstone-labs-is-selling-unsafe-supplement-ostarine-7278352

Haterz B hattin

On Wed, Sep 23, 2015 at 2:39 PM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Damn son. Permanently or just taking them off the site?


Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com

On Wed, Sep 23, 2015 at 10:42 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Hey man,  just got word we r ditching the sarms now.  Let me know if you want to stock up on any

On Wed, Sep 23, 2015 at 11:39 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
LMAO that was a good one!

On Wed, Sep 23, 2015 at 11:34 AM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
Yo yo,

Here you go:

20 x Resurgence - Fruit Punch ($18)

120 x Apex Male ($30)

84 x Growth ($21)

24 x Hype - Fruit Punch ($18)

36 x PCT 4 ($30)

120 x Eradicate ($21)

Hook up dem samples and shakers son.

Gov't Exhibit
1001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     GOV_00170354



Thank you

---

Elite Sports Distribution
Call: (888) 994-9921
Text: (818) 860-1393
www.EliteSportsDistribution.com


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623




--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623




--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Gov't Ex 1001
Page 3 of 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00170356

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Monday, October 12, 2015 1:08 PM |
| **To:** | R&J Greene <greenemountainnutrition@gmail.com> |
| **Subject:** | Re: Blackstone Labs |

Hey Ryan I tried to call you a few times. Are you available today?

- James


On Wed, Oct 7, 2015 at 10:31 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  Hey boss are you free today to chat?

  On Thu, Oct 1, 2015 at 4:10 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
    Those are all discontinued from the BSL brand, I will have them in the Fight Pharm brand for you

    On Thu, Oct 1, 2015 at 4:10 PM, R&J Greene <greenemountainnutrition@gmail.com> wrote:

      Do you still have the lgd and mk and the osteine

      On Sep 28, 2015 3:03 PM, "James Boccuzzi" <jamesbocc@gmail.com> wrote:
      Top Sellers

      Dust v2
      Hype
      Resurgence
      Anesthetized
      Formula 19
      Epicat
      Apex male
      Cobra 6p extreme

      This would be a good start!

      --
      James Boccuzzi
      Blackstone Labs
      Director of sales
      (c) 203-313-5623
      


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

**Gov't Exhibit**

**1011**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gov't Ex 1011
Page 1 of 2

GOV_00176812



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** James Boccuzzi <jamesbocc@gmail.com>
**Sent:** Tuesday, February 9, 2016 1:26 PM
**To:** anthony Ventrella <fightpharm@gmail.com>
**Cc:** Anthony Ventrella <anthonyventrella@gmail.com>
**Subject:** Re: a1 CC info

TRY ▆▆▆

On Tue, Feb 9, 2016 at 1:20 PM, anthony Ventrella <fightpharm@gmail.com> wrote:
hey! This is Ashley.

Did you get the security code on the back? I am ready to ship order I just need the numbers to charge
it. Thanks

On Mon, Feb 8, 2016 at 3:12 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
45 thousand

▆▆▆▆▆▆0102

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

*Ashley Ventrella*
*COO*



--
James Boccuzzi

Gov't Exhibit

1042

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                GOV_00984141

Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 1042
Page 2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            GOV_00984142

VBS Labs - Feb

Gov't Exhibit

1043

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00505829

VBS Labs, LLC
1140 Holland Dr, Ste 12
Boca Raton, FL  33487

# Invoice

| Bill To |
| --- |
| Adrafinil Express |
| Attn: Jared |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 02/19/16 | 3 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Private Label | 30ct  60cc bottles | 500 | 4.50 | 2,250.00T |

| 50% deposit needed | | | Subtotal | $2,250.00 |
| --- | --- | --- | --- | --- |
| | | | Sales Tax (0.0%) | $0.00 |
| | | | Total | $2,250.00 |

Gov't Ex 1043
Page 2 of 8
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       GOV_00505830

Term ID: 001

# Sale - Approved

Date                 02/22/16              Time 15:27:10
Method of Payment    Visa
Entry Method         Manual
Account #            XXXXXXXXXXXX1602

Order ID             3
Approval Code        01330G
**Amount**           **2,250.00**

Merchant Copy

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00505831

VBS Labs, LLC
1140 Holland Dr, Ste 12
Boca Raton, FL  33487

# Invoice

| Bill To |
| --- |
| Blackstone Labs |
| Attn: JR |
| Holland Drive |
| Boca Raton, Fl 33487 |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 02/29/16 | 5 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Private Label | Eradicate | 742 | 8.65 | 6,418.30T |
| | | | Subtotal | $6,418.30 |
| | | | Sales Tax (0.0%) | $0.00 |
| | | | Total | $6,418.30 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00505832

# Invoice

VBS Labs, LLC
1140 Holland Dr, Ste 12
Boca Raton, FL  33487

| Bill To |
| --- |
| Blackstone Labs |
| Attn: JR |
| Holland Drive |
| Boca Raton, Fl 33487 |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 02/16/16 | 1 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| PCT V | | 758 | 9.25 | 7,011.50T |
| | | | Subtotal | $7,011.50 |
| | | | Sales Tax (0.0%) | $0.00 |
| | | | Total | $7,011.50 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00505833

# Invoice

VBS Labs, LLC
1140 Holland Dr, Ste 12
Boca Raton, FL  33487



| Bill To |
| --- |
| Condemned Labs |
| Attn: Michael Jirovec |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 02/29/16 | 6 | | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Private Label | BCAA Cyclin Dextrin | 500 | 14.20 | 7,100.00T |
| Private Label | BCAA Regular- mixed berry | 500 | 9.40 | 4,700.00T |
| Private Label | Fat Burner Arson | 500 | 7.75 | 3,875.00T |
| Private Label | Nitric Oxide Dispatch | 500 | 8.75 | 4,375.00T |
| Private Label | Sleep Aid | 500 | 10.00 | 5,000.00T |
| Private Label | Pre Workout | 750 | 10.80 | 8,100.00T |
| Private Label | Pre Workout #2 | 750 | 10.80 | 8,100.00T |
| Private Label | Creatine/Hydromax Blend | 500 | 6.50 | 3,250.00T |
| Private Label | Insulin Formula | 250 | 11.90 | 2,975.00T |
| Private Label | Heart Formula | 250 | 7.25 | 1,812.50T |
| Private Label | Greens Formula | 250 | 10.25 | 2,562.50T |
| Private Label | Kidney Formula | 250 | 9.25 | 2,312.50T |

| 50 percent of total sales price is due upfront | Subtotal | $54,162.50 |
| --- | --- | --- |
| | Sales Tax (0.0%) | $0.00 |
| | Total | $54,162.50 |

16MIF7350166_83306_5_4_000539

Gov't Ex 1043
Page 6 of 8
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00505834

**Fight Pharm LLC**

1140 Holland Drive  Ste 12
Boca Raton, FL  33487
(225)938-0526
fightpharm@gmail.com



# INVOICE

BILL TO
A1 Supplements
860 Lakemont Drive
Louisville, TN  37777

INVOICE # 1221
DATE 02/09/2016
DUE DATE 02/09/2016
TERMS  Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Private Label**<br>Super DMZ 2.0 | 1,000 | 45.00 | 45,000.00 |

BALANCE DUE     **$45,000.00**

Thank you for the business.

16MIF7350166_83306_5_4_000540

**Gov't Ex 1043**

**Page 7 of 8**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     GOV_00505835

Term ID: 001

# Sale - Approved

| | | |
|---|---|---|
| Date | 02/09/16 | Time 13:58:14 |
| Method of Payment | American Express | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXX1010 | |

| | |
|---|---|
| Order ID | 1221 |
| Approval Code | 279218 |
| **Amount** | **45,000.00** |

Merchant Copy

16MIF7350166_83306_5_4_000541
**Gov't Ex 1043**
**Page 8 of 8**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00505836

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Monday, March 21, 2016 2:08 PM |
| To: | Aaron Singerman <aaronsingerman@me.com> |
| Cc: | Ashley Ventrella <fightpharm@gmail.com>; Richard Newton <jr@blackstonelabs.com> |
| Subject: | Re: Alpha 1 Max |

Jr are these shipping now ?

On Mar 21, 2016 2:04 PM, "Aaron Singerman" <aaronsingerman@me.com> wrote:
  We have 1200 in warehouse

  Aaron Singerman
  CEO of Blackstone Labs
  CEO of Prime Nutrition

  On Mar 21, 2016, at 2:02 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

    Hey guys how is this looking?  When can these start shipping?

    --
    James Boccuzzi
    Blackstone Labs
    Director of sales
    (c) 203-313-5623

    



Gov't Exhibit

1053

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00149618

Gmail - Fwd: Shipping inför for 500 dmz

3/13/17, 3:18 PM

 Gmail

## Fwd: Shipping inför for 500 dmz

**fightpharm@gmail.com** <fightpharm@gmail.com>
To: Daddy <anthonyventrella@gmail.com>

Wed, Mar 30, 2016 at 2:28 PM

Sent from my iPhone

Begin forwarded message:

> **From:** James Boccuzzi <jamesbocc@gmail.com>
> **Date:** March 28, 2016 at 1:58:23 PM EDT
> **To:** Ashley Ventrella <fightpharm@gmail.com>
> **Cc:** Aaron Singerman <aaronsingerman@me.com>
> **Subject: Re: Shipping inför for 500 dmz**
>
> Ok
>
> On Mar 28, 2016 1:57 PM, <fightpharm@gmail.com> wrote:
>> Joey and Aaron have to settle. They paid someone, but not the lab:)
>>
>> Sent from my iPhone
>>
>> On Mar 28, 2016, at 1:46 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
>>
>>> They paid us already
>>>
>>> On Mon, Mar 28, 2016 at 1:39 PM, <fightpharm@gmail.com> wrote:
>>>> James
>>>> We haven't received any money for these yet. Joey is out of town and he wasn't sure
>>>> the details yet. Have Aaron contact me or Joey and I can do tomorrow. Thanks
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Mar 28, 2016,  at 1:36 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
>>>>
>>>>> For the first 500
>>>>>
>>>>> Flex It Nutrition
>>>>> 124 Wooded Creek Drive
>>>>> Red Oak TX 75154
>>>>>
>>>>> --
>>>>> James Boccuzzi
>>>>> Blackstone Labs

**Gov't Exhibit 1054**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gov't Ex 1054
Page 1 of 3**

GOV_00983823

3/13/17, 3:18 PM

Director of sales
(c) 203-313-5623

   

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

   

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gov't Ex 1054
Page 2 of 3

GOV_00983824

 Gmail

## Outlier line

**anthonyventrella@gmail.com** <anthonyventrella@gmail.com>
To: Aaron Singerman <aaronsingerman@me.com>

Tue, Apr 12, 2016 at 10:48 PM

Hey. I think Ashley sent you the labels. I'm good with changing them up some. I'm not sold on them. They will work but since we have access to your guys I think we tweak them a little. I like them but I don't think they are great by any means. We need to figure out what products you and pj are good with as well. I think we need a 1,3 fatburner as well as a preworkout. I'm flexible with how hardcore you two can do. I don't think we need to go mainstream though. Just a few thoughts I had.
Joey

**Aaron Singerman** <aaronsingerman@me.com>
To: anthonyventrella@gmail.com

Tue, Apr 12, 2016 at 10:49 PM

I think the labels are Ok, but could be better.

We can discuss options tomorrow.

Aaron Singerman
CEO of Blackstone Labs
CEO of Prime Nutrition
[Quoted text hidden]

**anthonyventrella@gmail.com** <anthonyventrella@gmail.com>
To: Aaron Singerman <aaronsingerman@me.com>

Tue, Apr 12, 2016 at 10:55 PM

K
[Quoted text hidden]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gov't Ex 1054**
**Page 3 of 3**
GOV_00983825

# Blackstone Labs ShipStation Records

| Line Number | OrderItemQuantity & OrderItemDescription | OrderShipDate | OrderCustomer |
|---|---|---|---|
| 82371 | 7 Super DMZ RX 2.0 | 2/24/15 | Gold Coast Nutrition |
| 82372 | 7 Alpha-1 Max | 2/24/15 | Gold Coast Nutrition |
| 91589 | 3 Super DMZ Rx 2.0 | 3/9/15 | Gold Coast Nutrition |
| 91590 | 7 Alpha-1 Max | 3/9/15 | Gold Coast Nutrition |
| 91592 | 9 Super DMZ RX 2.0 | 3/24/15 | Gold Coast Nutrition |
| 91595 | 5 Alpha-1- Max | 3/24/15 | Gold Coast Nutrition |
| 101635 | 7 Super DMZ RX 2.0 | 4/7/15 | Gold Coast Nutrition |
| 101636 | 7 Alpha-1 Max | 4/7/15 | Gold Coast Nutrition |
| 117222 | 7 Super DMZ RX 2.0 | 6/26/15 | Gold Coast Nutrition |
| 117224 | 7 Alpha-1 Max | 6/26/15 | Gold Coast Nutrition |

Gov't Exhibit

1113

Gov't Ex 1113
Page 1 of 1

Ex. 387 - Blackstone Orders MasterList

# July 30, 2014 Shipment

OrderPayDate: 7/30/14
Order Status: Shipped
Order Number: or62535
Order Modify Date: 7/30/2014
(Blackstone Labs ShipStation Records)

**Order Warehouse:**
**Blackstone Labs**

**OrderItemDescription:**
**Super DMZ RX 2.0**
**OrderItemQuantity: 50**
**OrderService: USPS Priority Mail**

**OrderShip Name:**
**Legendary Supps**

**OrderShipCity:**
**Batesville, AR**

Gov't Exhibit
1114

Gov't Ex 1114
Page 1 of 4

Gov. Ex. 387 – line 36963

# September 26, 2014 Shipment

OrderPay Date: 9/26/14
OrderStatus: Shipped
Order Number: GL1767899091
Order Modify Date: 9/26/2014
(Blackstone Labs ShipStation Records)

**Order Warehouse:**
**Blackstone Labs**

**OrderItemDescription:**
**Super DMZ RX 2.0**
**OrderItemQuantity: 400**
**Order Service: UPS Ground**

**OrderShip Name:**
**Legendary Supplements**

**OrderShipCity:**
**Batesville, AR**

**Gov't Ex 1114**
**Page 2 of 4**
**Gov. Ex. 387 – line 49313**

# March 12, 2015 Shipment

Order Number SF1588
OrderPayDate: 3/12/2015
(Blackstone Labs ShipStation Records)

**Order Warehouse:**

**Blackstone Labs**

**OrderItemQuantity: 100**
**OrderItemDescription: Alpha-1 Max**
**Order Status: Shipped**
**OrderService: UPS 3 Day Select**
**Order Total:  $5800**

**OrderShipName: Strong Supplement Shop**

**13654 Victory Blvd**
**Van Nuys, CA**

Gov't Ex 1114
Page 3 of 4

Gov. Ex. 387 – line 97536

# March 26, 2015 Shipment

Order Number SF1955
OrderPayDate: 3/26/2015
(Blackstone Labs ShipStation Records)

**Order Warehouse:**

**Blackstone Labs**

**OrderItemQuantity: 48**
**OrderItemDescription: Alpha-1 Max**
**OrderStatus: Shipped**
**OrderService: UPS 3 Day Select**
**Order Total:  $12,640**

**OrderShipName:**
**Elite Sports Distribution**

**13654 Victory Blvd**
**Van Nuys, CA**

Gov't Ex 1114
Page 4 of 4

Gov. Ex. 387 – line 97503

# Categories of Dietary Ingredients

- **Vitamin**;

- **Mineral**;

- **Herb or other botanical**;

- **Amino acid**;

- **A dietary substance** for use by man to supplement the diet by increasing the total dietary intake;

- A concentrate, metabolite, constituent, extract, or combination of any of the above.

Gov't Exhibit

1115

| INGREDIENT | IS THIS A DIETARY INGREDIENT? | PRODUCTS LABELED WITH THIS INGREDIENT | ARE THESE PRODUCTS DIETARY SUPPLEMENTS? |
|---|---|---|---|
| **Dimethazine**<br><br>17beta hydroxy2alpha, 17beta-dimethyl 5 alpha-androstan 3-one azine* | **No** | **Blackstone Labs Super DMZ Rx 2.0**<br>**Fight Pharm Methyl DMZ**<br>**IronMag Labs Super-DMZ Rx 2.0** | **No** |
| **Methylstenbolone**<br><br>2,17a-Dimethyl-17b-Hydroxy-5a-androst-1-en-3-one* | **No** | **Blackstone Labs Super DMZ Rx 2.0**<br>**Fight Pharm Methyl DMZ**<br>**IronMag Labs Super-DMZ Rx 2.0** | **No** |
| **Methyl-1-etiocholenolol-epietiocholanolone*** | **No** | **Blackstone Labs Alpha-1 Max**<br>**Fight Pharm Alpha Extreme** | **No** |

* As named on Blackstone Labs labels

| INGREDIENT | INGREDIENT MARKETED AS A FOOD/DIETARY SUPPLEMENT BEFORE INVESTIGATED AS A DRUG? | PRODUCTS LABELED WITH THIS INGREDIENT | ARE PRODUCTS CONTAINING OSTARINE DIETARY SUPPLEMENTS? |
|---|---|---|---|
| **Ostarine\***<br><br>((2S)-3-(1-Cyanophenoxy)-N-[4-Cyano-3[4-Cyano-3-(Trifuoromethyl)Phenyl]-2-methylpropanamide)\* | **No** | **Blackstone Labs Ostapure**<br>**Blackstone Labs PCT IV**<br>**Fight Pharm OstaPro** | **No** |

\* As named on Blackstone Labs labels

# Introduction to Chemical Structures

all atoms shown

bond-line notation



## 5α-androstane structure

The bond-line notation offers a simplified way of representing chemical structures. These two structures represent the same chemical, known as 5α-androstane

Gov't Exhibit 1116

# 5α-Androstane and Testosterone



5α-androstane                    testosterone

Gov't Ex 1116
Page 2 of 8

2

# Chemical Structures



"methyl-1-etiocholenolol"          1-androstendiol

Gov't Ex 1116
Page 3 of 8

3

"methyl-1-etiocholenolol"                1-androstendiol

5α-androstane structure

A-ring double bond
(1-2 positions)

A-ring hydroxyl
(3-position)

17-position substitution(s)

Gov't Ex 1116
Page 4 of 8

4

# Chemical Structures



methylstenbolone



stenbolone

Gov't Ex 1116
Page 5 of 8

5

# methylstenbolone                    stenbolone

5α-androstane structure

A-ring double bond
(1-2 positions)

A-ring methyl group
(2 position)

A-ring ketone
(3-position)

17-position substitution(s)

Gov't Ex 1116
Page 6 of 8

6

# Chemical Structures



methasterone

dymethazine

dymethazine                                    methasterone

5α-androstane
structure

A-ring methyl group
(2 position)

D-ring hydroxyl
and methyl
(17-position)

A-ring ketone/azine
(3-position)



Gov't Ex 1116
Page 8 of 8

8

## Detectable amount of OSTARINE identified in:

| Physical Item | Lab Photograph(s) |
|---|---|
| Government Exhibit 553 (Item 10) | GX503 |
| Government Exhibit 554 (Item 14) | GX504 |
| Government Exhibit 557 (Item 26) | GX507 |

Gov't Exhibit

1117

## Detectable amount of METHYL-1-ETIOCHOLENOLOL identified in:

| Physical Item | Lab Photograph(s) |
|---|---|
| Government Exhibit 555 (Item 18) | GX505 |
| Government Exhibit 558 (Item 27) | GX508 |
| Government Exhibit 561 (Item 58) | GX511 |

Gov't Ex 1117
Page 2 of 4

## Detectable amount of DIMETHAZINE identified in:

| Physical Item | Lab Photograph(s) |
|---|---|
| Government Exhibit 559 (Item 38) | GX509 |
| Government Exhibit 552 (Item 9) | GX502 |

## Detectable amounts of DIMETHAZINE and METHYLSTENBOLONE identified in:

| Physical Item | Lab Photograph(s) |
|---|---|
| Government Exhibit 560 (Item 49) | GX510 |

- **Epidemiology**
- **Latency / Timing**
- **Clinical Picture**
- **"Wash Out"**
- **Rule Out**

Gov't Exhibit

1119

| From: | James Boccuzzi <jamesbocc@gmail.com> |
| Sent: | Thursday, August 29, 2013 12:19 PM |
| To: | pjbraunfitness@yahoo.com; Aaron Singerman <aaronsingerman@me.com> |
| Subject: | Blackstone Labs |

Money you have received from my deals

Supplement Edge Portland Maine
100 DMZ
 $3000

Supplement City Orange CT
$1150
Mixed car stock.  Will get another check from him this coming week.

Docs Nutrition Danbury
$335
13 Dust
3 Eradicate
$580 - Coming in mail
11 Dust
6 DMZ
3 Alpha 1 Max
4 Trenbolan

American Nutrition Center Everett Mass
$1620
60 Alpha1 max


New orders that need to go out ASAP

American Nutrition Center
718 Broadway  Everett, MA 02149
36 Angel Dust Watermelon ( Make sure these are perfect!)
36 Alpha 1 Max

Car stock for me
50 Super DMZ
50 Methdrol Extreme
50 Alpha 1 max
50 Tren
50 Eradicate
Gear Support ??? if in stock
50-100 Angel Dust
I have my own UPS account.  If I need to ship anything to my stores I can do it myself.  This will hopefully save us money in the long run.  Let me know.

Gov't Exhibit

1211

Gov't Ex 1211
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     GOV_00242517

| | |
|---|---|
| **From:** | Aaron Singerman <aaronsingerman@me.com> |
| **Sent:** | Friday, July 19, 2013 5:30 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com> |
| **Subject:** | Fwd: Blackstone Labs Northeast attack plan |
| **Attach:** | Blackstone Labs Northeast Game Plan.docx; ☐ |

Sent from my iPhone

Begin forwarded message:

**From:** James Boccuzzi <jamesbocc@gmail.com>
**Date:** July 18, 2013, 8:23:15 PM EDT
**To:** aaronsingerman@me.com
**Subject: Blackstone Labs Northeast attack plan**

Here ya go.

Gov't Exhibit

1212

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BSL-0957053
GOV_01253415

# Blackstone Labs Northeast Game Plan 7/18/2013

There are two types of accounts that I work with.

1. Accounts with **high buying power**:
   - Can order up to 600 Units at a time.
   - Usually have a website that they sell their products on as well as a storefront.
   - They order many units at a time to get the best margin.
   - They are currently stocked up on Jack3d and Hyde (DMAA Products).
   - Can move products very fast.
   - Can move products overseas.
   - They expect the most kick-backs.
   - They are paying 16-20 dollars for their pre-workouts.
   - Pro Supps gives 4 and 1 on Hyde.
   - USPlabs gives 5 and 1 on Jack3d.
   - Their cost for Jack3d is 21 dollars.

2. Accounts with **low buying power**:
   - Usually order 4-12 Units at a time.
   - Order weekly.
   - Very customer loyal.
   - Sell product then replenish.
   - They do not keep a big stock.
   - They are low or already sold out of Jack3d and Hyde.
   - Their cost on Jack3d is 21 dollars.
   - If you support them they will support you.
   - Move product at a much slower rate.
   - Sell more pro-hormones than larger accounts since they have a lower volume of customers.

## Game Plan:
   - Start working with small accounts since they are low or out of stock on DMAA products.
   - To save money on shipping to these smaller accounts I will sell "car stock" out of my trunk.
   - Introduce Angel Dust to the larger accounts.
   - Pass out Angel Dust samples to customers at larger accounts.
   - Once Jack3d and Hyde sells out of these large accounts we will pitch them Angel Dust deals on large orders.
   - Move Pro-hormones to smaller accounts and build up the Blackstone Labs name.

**Gov't Ex 1212**
**Page 2 of 4**
BSL-0957054
GOV_01253416
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

- If we help these accounts out in the beginning we will have their support when we go mainstream.

## Price List:

- Angel Dust $21
- Metha-drol  $30-35
- Super DMZ 2.0 $30
- Trenabol $26
- Alpha 1 Max $26-28
- Eradicate ?

## Car Stock:

- Angel Dust 36 Units.
- All other Skus 12 Units each.
- Angel Dust samples.

Gov't Ex 1212
Page 3 of 4

BSL-0957055
GOV_01253417

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gov't Ex 1212**
**Page 4 of 4**
BSL-0957056
GOV_01253418
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| From: | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| Sent: | Monday, October 13, 2014 11:21 AM |
| To: | Chris Dickey <hdnutraceuticals@gmail.com> |
| Subject: | Re: Inquiry |

Ya I got to ask for tracking we will.never make samples of those hardcore products...they take a long time to make since the ingredients come from china

On Oct 13, 2014 11:16 AM, "Chris Dickey" <hdnutraceuticals@gmail.com> wrote:

> Hey man can you send me the tracking codes for the 2 euphoria orders? Also, do you have samples of that product yet?

Gov't Exhibit

1213

Gov't Ex 1213
Page 1 of 1

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Friday, December 12, 2014 11:37 AM |
| **To:** | Elite Sports Distribution <sales@elitesportsdistribution.com> |
| **Subject:** | Re: Prohormone Bill |

Obama didnt sign it yet

On Fri, Dec 12, 2014 at 11:31 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
   You got it

   On Fri, Dec 12, 2014 at 11:30 AM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
      Get me tracking on those orders. I need to make sure all this shit is sold.


      Thank you

      ---

      Elite Sports Distribution
      Call: (888) 994-9921
      Text: (818) 860-1393
      www.EliteSportsDistribution.com

      On Fri, Dec 12, 2014 at 8:26 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
         http://thehill.com/blogs/floor-action/senate/226909-senate-makes-designer-steroids-a-controlled-substance

         On Fri, Dec 12, 2014 at 11:23 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
            yup

            On Fri, Dec 12, 2014 at 11:23 AM, Elite Sports Distribution <sales@elitesportsdistribution.com> wrote:
               No fucking way


               Thank you

               ---

               Elite Sports Distribution
               Call: (888) 994-9921
               Text: (818) 860-1393
               www.EliteSportsDistribution.com

               On Fri, Dec 12, 2014 at 8:18 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
                  Did you see that the bill passed?

                  --
                  James Boccuzzi
                  Blackstone Labs
                  Director of sales
                  (c) 203-313-5623

Gov't Exhibit

1214

Gov't Ex 1214
Page 1 of 2



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



-
ames Boccuzzi
Blackstone Labs
Director of sales
c) 203-313-5623



Gov't Ex 1214
Page 2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00183396

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Friday, December 12, 2014 3:58 PM |
| **To:** | Nick Reeves <nickreeves@a1supplements.com> |
| **Subject:** | Re: A1 Order |

---

Its ok we will have the next best thing for you guys to sell. The blackstone name is big enough now that we wont have to rely on those prohormone sales!

On Fri, Dec 12, 2014 at 3:55 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:

> Holy shit...pretty much kills em all!
>
> ---
>
> **From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
> **Sent:** Friday, December 12, 2014 3:49 PM
>
> **To:** Nick Reeves
> **Subject:** Re: A1 Order
>
> https://www.govtrack.us/congress/bills/113/hr4771
>
> On Fri, Dec 12, 2014 at 3:45 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:
>
> Do you have a link to info about it?
>
> ---
>
> **From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
> **Sent:** Friday, December 12, 2014 3:44 PM
>
> **To:** Nick Reeves
> **Subject:** Re: A1 Order
>
> Bye Bye prohormones. Banned for good by the end of January it looks like

**Gov't Exhibit**

**1215**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

On Fri, Dec 12, 2014 at 3:43 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:

Not the lastest...whats up?

---

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Friday, December 12, 2014 3:43 PM

**To:** Nick Reeves
**Subject:** Re: A1 Order

Did you hear about the proho ban?

On Fri, Dec 12, 2014 at 3:42 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:

Thanks dude!

---

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Friday, December 12, 2014 3:41 PM

**To:** Nick Reeves
**Subject:** Re: A1 Order

1ZW09A450399104323

On Fri, Dec 12, 2014 at 2:09 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

Waiting on shipping

Gov't Ex 1215
Page 2 of 8
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      GOV_00183471

On Fri, Dec 12, 2014 at 2:09 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:

Tracking?

---

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Friday, December 12, 2014 11:43 AM

**To:** Nick Reeves
**Subject:** Re: A1 Order

Invoice

On Fri, Dec 12, 2014 at 11:40 AM, Nick Reeves <nickreeves@a1supplements.com> wrote:

**Have tracking and the invoice for this order?**

---

**From:** James Boccuzzi [mailto:jamesbocc@gmail.com]
**Sent:** Wednesday, December 10, 2014 1:59 PM
**To:** Nick Reeves
**Subject:** Re: A1 Order

Sure!  What promo do you want to do for January?

On Wed, Dec 10, 2014 at 12:18 PM, Nick Reeves <nickreeves@a1supplements.com> wrote:

Hi James!

Gov't Ex 1215
Page 3 of 8
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    GOV_00183472

Shoot us out the following order? Still $8 on Euphoria…we still have promo running..

Thanks man, Have a great week!

| Po 16449 | |
|---|---|
| **Item Name** | **Qty.** |
| Super DMZ RX 2.0, 60 Capsules | 12 |
| Euphoria RX, 16 Capsules | 48 |
| Ostapure, 90 Capsules | 12 |
| Super Trenabol, 90 Capsules | 12 |

"If it looks good, you'll see it. If it sounds good, you'll hear it. If it's marketed right, you'll buy it. But... if it's real, you'll feel it..."

Nick Reeves

Purchasing Director



*America's Favorite Supplement Store.* ®

nickreeves@a1supplements.com

Toll Free: 800-538-4404
Phone: 865-977-5877
Fax: 865-977-8017

Gov't Ex 1215
Page 4 of 8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00183473

**Follow us:** Facebook  Twitter

---

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

--

James Boccuzzi

Blackstone Labs

Director of sales

(c) 203-313-5623

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 1215
Page 8 of 8
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       GOV_00183477

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Sunday, December 14, 2014 12:43 PM |
| **To:** | ay <patriotscd@aol.com> |
| **Subject:** | Re: flex it |

As soon as I have more info I will let you know.  Right now there isnt much

On Sun, Dec 14, 2014 at 12:37 PM, ay <patriotscd@aol.com> wrote:
> That's good news....thanks for all your help.
>
>     Thank you,
>     Chris De Silva
>
>     Flex It Nutrition
>
>
> -----Original Message-----
> From: James Boccuzzi <jamesbocc@gmail.com>
> To: ay <patriotscd@aol.com>
> Sent: Sun, Dec 14, 2014 11:35 am
> Subject: Re: flex it
>
> Well all the other I mentioned still are illegal.  I know where you are coming from though.
>
>
> On Sun, Dec 14, 2014 at 12:33 PM, ay <patriotscd@aol.com> wrote:
>> This is my first time being on the retailer side.  DMAA is still legal and only Hi-Tech can make it because they are
>> sueing the FEDs...so all the other labels are made by Hi-tech.  I am just scared for getting stuck with inventory and
>> getting busted....Everyone is saying this bill is different and has no idea what is going on.
>>
>>     Thank you,
>>     Chris De Silva
>>
>>     Flex It Nutrition
>>
>>
>> -----Original Message-----
>> From: James Boccuzzi <jamesbocc@gmail.com>
>> To: ay <patriotscd@aol.com>
>> Sent: Sun, Dec 14, 2014 11:18 am
>> Subject: Re: flex it
>>
>> Remember this is not the first time this happened. ... Ephedra, DMAA other PRO Hormones - SuperDrol M1t all those
>> were still sold for a while after they were banned
>>
>> On Sun, Dec 14, 2014 at 11:42 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
>>> Ya its pretty unclear what the rules are.
>>>
>>> On Sun, Dec 14, 2014 at 11:40 AM, ay <patriotscd@aol.com> wrote:
>>>> I wish I could do that bud....I am just scared.
>>>>
>>>>     Thank you,
>>>>     Chris De Silva
>>>>
>>>>     Flex It Nutrition
>>>>
>>>>
>>>> -----Original Message-----

**Gov't Exhibit 1216**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Gov't Ex 1216**
**Page 1 of 3**
GOV_00183910

From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Sun, Dec 14, 2014 10:37 am
Subject: Re: flex it

I doubt there will be a "grace period" but I also dont think anyone is going to come knocking on your door anytime soon. They would come after companies like us first. With that being said, I would try to capitalize on this. Similar to the DMAA thing where USPLabs had to stop selling it but other companies kept selling it for months. I personally might buy 10k worth of blackstone for myself, it could be a good opportunity to triple my money

On Sun, Dec 14, 2014 at 11:17 AM, ay <patriotscd@aol.com> wrote:
I know your in a gray area...I had a manufacture contact me yesterday, saying he's making shit cheap and I will have a grace period. Eveyone has a different opinion. It would be so much easier, if we had a grace period. I would be placing a huge order with you, but afraid to get stuck with anything. I am too small of a company to take that risk right now. sucks. I thank you for your honesty.

   Thank you,
   Chris De Silva

   Flex It Nutrition


-----Original Message-----
From: James Boccuzzi <jamesbocc@gmail.com>
To: ay <patriotscd@aol.com>
Sent: Sun, Dec 14, 2014 10:12 am
Subject: Re: flex it

It looks like
Super tren
Epi
Halo
Methaquad
Were on the list. But who knows if they w change the list. We are kinda in a gray area now. Im telling my customers to stock up and to get their customers to stock up asap
On Dec 14, 2014 11:07 AM, "ay" <patriotscd@aol.com> wrote:
do you have the list of your products on the ban...Your Instagram post looked like it was only 4 products??

   Thank you,
   Chris De Silva

   Flex It Nutrition


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623




--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Ex 1216
Page 2 of 3
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00183911

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Sunday, December 14, 2014 2:17 PM |
| **To:** | Nicholas Venazio - Anytime Fitness <nicholas@anytimepsl.com> |
| **Subject:** | Re: Banned! FML |

Thats what it looks like everything

On Dec 14, 2014 2:06 PM, "Nicholas Venazio" <nicholas@anytimepsl.com> wrote:
> That sounds like a plan.    I'll leave ok at my stock tomorrow when I get to the gym and put together a pretty
> healthy order.
> What products are effected?
> I saw the 4 listed on the email.  But I assume DMZ etc will be gone too.  Right?
>
> Sent from my iPhone
>
> On Dec 14, 2014, at 11:57 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
>
>> Its hard to say right now.  I think it will effect me more in the beginning.  Its not like anyone is
>> going to come knocking on your door you know.  I would stock up and sell for as high of a price
>> as you can.  Try to make some money off of this.
>>
>> On Sun, Dec 14, 2014 at 11:55 AM, Nicholas Venazio <nicholas@anytimepsl.com> wrote:
>>> Hey buddy!!!
>>>
>>> So how does the ban effect retail locations?   How long will we have to sell the products?
>>>
>>> Sent from my iPhone
>>
>>
>> --
>> James Boccuzzi
>> Blackstone Labs
>> Director of sales
>> (c) 203-313-5623



**Gov't Exhibit**

**1217**

**Gov't Ex 1217**
**Page 1 of 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00184150

| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
|---|---|
| **Sent:** | Tuesday, December 16, 2014 12:54 PM |
| **To:** | Chris Dickey <hdnutraceuticals@gmail.com> |
| **Subject:** | Re: Invoices Needed |

https://www.govtrack.us/congress/bills/113/hr4771

On Tue, Dec 16, 2014 at 12:50 PM, Chris Dickey <hdnutraceuticals@gmail.com> wrote:
  What are the details? Can you attach a link ?

On Tue, Dec 16, 2014 at 11:50 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  Just another stupid ban nothing too new.

On Tue, Dec 16, 2014 at 12:47 PM, Chris Dickey <hdnutraceuticals@gmail.com> wrote:
  I had a buddy call me about that last night. What is the exact situation with that? I look briefly on google and couldn't find much.

On Tue, Dec 16, 2014 at 11:45 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  How are your sales.  We are going crazy with this ban people are buying like crazy

On Tue, Dec 16, 2014 at 12:44 PM, Chris Dickey <hdnutraceuticals@gmail.com> wrote:
  Thank you sir.

On Tue, Dec 16, 2014 at 11:25 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:
  Hey!  Attached

On Tue, Dec 16, 2014 at 12:23 PM, Chris Dickey <hdnutraceuticals@gmail.com> wrote:
  Hey man...hope all is well. Need 2 invoices from you when you get a sec.

  **Blackstone - $480.00**
  **Platinum Labs - $312.00**

  These are the two most recent ones I believe.

  --
  James Boccuzzi
  Blackstone Labs
  Director of sales
  (c) 203-313-5623

  

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



Gov't Exhibit

1218

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   GOV_00184450

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Carl Frady III <carl@thenutritioncorners.com> |
| **Sent:** | Wednesday, May 13, 2015 12:48 PM |
| **To:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Subject:** | Re: angel dust |

But I knew about this. And asked if you guys were doing anything about them.

I'll talk to Doug and see if he wants to move on them.

Best,

Carl Frady III
Store Manager
757.660.7501
www.thenutritioncorners.com

Best Prices, Best Brands, Best Services.

On May 13, 2015, at 12:38 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:

> our owner is getting scared
>
> On Wed, May 13, 2015 at 12:36 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
> this came on cause of heat from the FDA!  I have a few thousand left
>
>> On Wed, May 13, 2015 at 12:34 PM, Carl Frady III <carl@thenutritioncorners.com> wrote:
>> how many do you have?  and this is why i asked the other day before i placed the order for 50
>> PER STORE!!! i feel a little slighted now.
>>
>> Best,
>>
>> Carl Frady III
>> Manager
>> carl@thenutritioncorners.com
>> c: 757.660.7501
>> w. 757.877.4204
>>
>> Best Brands, Best Prices, Best Service.
>>
>>
>> --------- Original Message ---------
>> Subject: angel dust
>> From: "James Boccuzzi" <jamesbocc@gmail.com>
>> Date: 5/13/15 12:04 pm
>> To: "Carl Frady III" <carl@thenutritioncorners.com>

1

**Gov't Exhibit**

**1219**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gov't Ex 1219
Page 1 of 2

GOV_00196525

Hey boss I need all my angel dust gone by friday  15 bucks per unit blow out

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

Gov't Ex 1219
Page 2 of 2
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
GOV_00196526

| From: | JR Newton <jr@primenutrition.com> |
|---|---|
| Sent: | Thursday, May 14, 2015 10:59 AM |
| To: | James Boccuzzi <jamesbocc@gmail.com> |
| Cc: | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; Howard Gaines <howard@blackstonelabs.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com>; Aaron Clark <aaron.clark@blackstonelabs.com>; Matthew Rossi <matt.rossi@primenutrition.com> |
| Subject: | Re: ***** Yuri P May 14 *** |

Great job we want to empty our angel dust shelves by tomorrow
Sales team is responsible for this and will be held accountable
Prostitution is always the best way to sell

Sent from my iPhone

On May 14, 2015, at 10:55 AM, James Boccuzzi <jamesbocc@gmail.com> wrote:

> 324 Lemonade dust!  Lets move this lemonade today!

Transaction ID: 7177474680
Payment Method: XXXX5249
Amount: 5,184.00
Customer Name: Yuri

--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623



**Gov't Exhibit**

**1220**

**Gov't Ex 1220**
**Page 1 of 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GOV_00196653

| | |
|---|---|
| **From:** | James Boccuzzi <jamesbocc@gmail.com> |
| **Sent:** | Thursday, May 14, 2015 3:06 PM |
| **To:** | PJ Braun <pjbraunfitness@yahoo.com>; Aaron Singerman <aaronsingerman@me.com>; jr@primenutrition.com; Howard Gaines <howard@blackstonelabs.com>; Seth Fidanza <seth.fidanza@blackstonelabs.com>; Aaron Clark <aaron.clark@blackstonelabs.com>; Matthew Rossi <matt.rossi@primenutrition.com> |
| **Subject:** | Re: **** Infinity trading May 14 **** |

649 TOTAL dust left guys,  blue sky is sold out!  Lets get these out!

On Thu, May 14, 2015 at 3:02 PM, James Boccuzzi <jamesbocc@gmail.com> wrote:
Bye bye lemonade dust we had some good workouts together....

Transaction ID: 7178305833
Payment Method: XXXX1005
Amount: 7,500.00
Customer Name: Boris


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623


--
James Boccuzzi
Blackstone Labs
Director of sales
(c) 203-313-5623

1

Gov't Exhibit

1221

Gov't Ex 1221
Page 1 of 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_00196786

| | |
|---|---|
| **From:** | Mike Trujillo <mike.trujillo@blackstonelabs.com> |
| **Sent:** | Thursday, May 12, 2016 6:02 PM |
| **To:** | James Boccuzzi <james@blackstonelabs.com> |
| **Subject:** | Re: Super DMZ Negetive Side Effects |

that's what im talking about

On Thu, May 12, 2016 at 1:58 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
> penis shrinkage
> ball shrinkage
>
> On Thu, May 12, 2016 at 11:14 AM, James Boccuzzi <james@blackstonelabs.com> wrote:
>> Acne
>> Aromatization
>> Shutdown
>> Liver Toxic
>> Decreased appetite
>
>
>
> --
> James Boccuzzi
> Director of Sales
> Blackstone Labs, Dynamik Muscle
> Cell - 203-313-5623
>
> 

Gov't Exhibit

1222

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BSL-347477
GOV_01497643

| From: | Mike Trujillo <mike.trujillo@blackstonelabs.com> |
|---|---|
| Sent: | Thursday, May 12, 2016 6:02 PM |
| To: | James Boccuzzi <james@blackstonelabs.com> |
| Subject: | Re: Super DMZ Negetive Side Effects |

that's what im talking about

On Thu, May 12, 2016 at 1:58 PM, James Boccuzzi <james@blackstonelabs.com> wrote:
> penis shrinkage
> ball shrinkage
>
> On Thu, May 12, 2016 at 11:14 AM, James Boccuzzi <james@blackstonelabs.com> wrote:
>> Acne
>> Aromatization
>> Shutdown
>> Liver Toxic
>> Decreased appetite
>>
>>
>>
>> --
>> James Boccuzzi
>> Director of Sales
>> Blackstone Labs, Dynamik Muscle
>> Cell - 203-313-5623
>>
>> 

Gov't Exhibit

1223

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Gov't Ex 1223
Page 1 of 1

BSL-347477
GOV_01497643